IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Staffing Services Association of Illinois; American Staffing Association; ClearStaff Inc.; M.M.D. Inc. d/b/a The AllStaff Group, Inc.; TempsNow Employment; and Placement Services LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor, <br><br> Defendant. | Case No. 1:23-cv-16208 <br><br> Hon. Thomas M. Durkin |

## DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Jane R. Flanagan, Director of the Illinois Department of Labor, respectfully moves for an extension of time, to January 26, 2024, to answer or otherwise plead to the complaint. In support of her motion, Defendant states:

1. Plaintiffs filed their complaint on November 22, 2023, and served Defendant on November 30, 2023. ECF 1, 15. Defendant's current deadline to answer or otherwise plead is December 21, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i). The Court may extend the deadline to answer or otherwise plead for good cause. Fed. R. Civ. P. 6(b)(1)(A).

2. Good cause exists to allow the parties to coordinate the briefing schedules on two expected motions. First, Plaintiffs have stated they intend to move for a preliminary injunction. *See* ECF 16, 17. Second, Defendant has informed Plaintiffs that her responsive pleading will be a motion to dismiss. Consistent with the Court's standing order, the parties have discussed the briefing schedule that would govern both motions.

3. The parties have been unable to agree on the details of that briefing schedule. The parties' respective positions will be set forth in a separate joint filing, which Defendant incorporates by reference in support of this motion. Plaintiffs' counsel has assured Defendant's counsel that Plaintiffs will file the joint submission today.

4. This motion is Defendant's first request for an extension of time to answer or otherwise plead. As will be discussed in the separate joint filing, Plaintiffs do not object to an extension of time for Defendant to answer or otherwise plead, but would limit the proposed extension to January 19, 2024.

For the foregoing reasons, Defendant moves for an extension of time to answer or otherwise plead to January 26, 2024 and for entry of Defendant's proposed briefing schedule on both expected motions.

Dated: December 21, 2023

R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
20th Floor
Chicago, IL 60603
(773) 590-6838
robert.weaver@ilag.gov

Respectfully submitted,

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Defendant Jane R. Flanagan

By: /s/ R. Henry Weaver
      Assistant Attorney General