# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Staffing Services Association of Illinois, American Staffing Association, ClearStaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., TempsNow Employment and Placement Services LLC,<br><br>      Plaintiffs,<br><br>vs.<br><br>Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor,<br><br>      Defendant. | Case No.: 1:23-cv-16208 |

## DECLARATION OF BRITANY J. SAKATA

Britany J. Sakata, being duly sworn, states the following under oath:

1.      I am over the age of eighteen years and have personal knowledge of the matters set forth herein. If sworn as a witness, I could testify completely to the facts set forth in this Declaration.

2.      I am the General Counsel for the American Staffing Association. ("ASA"), which is the voice across the nation for the staffing, recruitment, and workforce solutions industry. The ASA and its state affiliates advance the interest of the temporary staffing industry through advocacy, research, education, and the promotion of high standards of legal, ethical, and professional practices. ASA began as the Institute of Temporary Services in Washing, D.C. Its mission from inception through the present is to advance the interests of the staffing industry and to promote flexible employment opportunities for individuals. ASA has members throughout the United States, including Illinois.

3.      Temporary staffing companies provide temporary employees to service the critical, flexible labor needs of third-party clients. Third-party clients often need short-term labor on short notice to complete a project, and they may lack the necessary time and manpower to interview, hire and complete the administrative paperwork to secure new employees. Temporary staffing companies fill this void by providing temporary laborers that the temporary staffing companies have already recruited and vetted, and for whom the temporary staffing companies complete all the required paperwork, administration, and human resources functions.

4.      Without the assistance of temporary staffing companies and the laborers they provide, many third-party clients (particularly small ones), could not economically compete in the marketplace. As employers, temporary staffing companies have responsibility for addressing all administrative matters, such as paying the workers' wages, offering and providing benefits, obtaining and maintaining appropriate workers' compensation insurance, attending to

unemployment insurance obligations, performing payroll services, and withholding and paying all applicable taxes. In addition, staffing agencies must comply with all applicable labor and employment laws.

5. The temporary staffing industry services a significant segment of the United States economy. ASA data shows that temporary staffing employees work as follows:

- 36% industrial
- 24% office/clerical and administrative
- 21% professional/managerial
- 11% engineering, information technology and scientific
- 8% healthcare

6. Temporary staffing companies charge third-party clients for their services by submitting an invoice. The invoice covers the temporary staffing companies' costs of finding, recruiting, and vetting the employees, in addition to taking care of all employer obligations such as paying the employees' wages and related taxes, providing benefits, providing workers' compensation coverage, and funding unemployment insurance.

7. Third-party clients are willing to pay the temporary staffing agencies in return for the flexibility of obtaining labor only as needed. Using staffing agencies also avoids the administrative burden of recruiting and hiring workers, which is particularly important when a worker may only be needed on a project for a few days.

8. Temporary staffing companies charge third-party clients for their services by submitting an invoice. The invoice covers the temporary staffing companies' costs of finding, recruiting, and vetting the employees as well as the employees' wages and related taxes, benefits, workers' compensation insurance obligations, unemployment obligations, and the general and administrative expenses of operating its business.

9. The temporary staffing industry nationwide provides job opportunities for between about 13.5 million and 16 million employees per year. Approximately 3 million temporary and contract employees work for American staffing companies during an average week.

10. According to ASA's surveys and data, approximately 73% of temporary staffing employees work in one or more locations of third-party clients on a full-time basis, which is comparable to the overall United States workforce where about 75% of employees work full-time.

11. More than six in ten temporary staffing employees work in the temporary staffing industry to fill in the gap between jobs or to help them land a job. Approximately 20% of temporary staffing employees cite scheduling flexibility as their reason for choosing temporary/contract work.



12.     ASA has been harmed and will continue to be harmed by the recent amendments and related rules governing the staffing industry in Illinois (the "Legislation"). The Legislation contains significant and oppressive provisions, including record-keeping requirements, record-producing requirements, and pay/benefits requirements.

13.     The ASA has had to divert its resources to address the Legislation and its ramifications. In addition to legal fees incurred in challenging the Legislation, ASA staff has devoted many hours to discussion of the Legislation with our member companies that are struggling to understand how they can comply.

14.     ASA members have reported that the new requirements of record-keeping and record-producing as well as the payment/benefit requirements have caused and will continue to cause an extraordinary compliance burden. They also report that the Legislation will expose them to compliance risks that did not previously exist.

15.     ASA members have also reported that they have lost business from clients that fear the compliance obligation with the Legislation. ASA members also expect to lose more business when the equivalent benefits provision becomes effective.

16.     Attached as Exhibit A to this Declaration is the 2023 ASA Fact Sheet for the State of Illinois. The Fact Sheet states that staffing firms employed 984,200 workers in Illinois in 2022. The average number of temporary workers each week in 2022 in Illinois was 189,600. The annual payroll for staffing agencies in the State of Illinois in 2022 was $7.8 billion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 21, 2023

_____
Brittany J. Sakata

3

# **EXHIBIT A**




# FACT SHEET

## Staffing Firms Employed 984,200 Workers in Illinois

U.S. staffing agencies assign millions of people to millions of jobs every business day.



### 2022 AT A GLANCE:
### Illinois Staffing Statistics

- Average temporary help workers each week: 189,600
- Annual employment: 984,200
- Annual payroll (2021): $7.8 Billion
- Estimated number of offices (2021): 1,650

### Top 5 Temporary Help Occupation Groups—IL



Transportation and Material Moving — 49%
Production — 16%
Office and Administrative Support — 10%
Business and Financial Operations — 7%
Computer and Mathematical — 6%

### National Staffing STATISTICS

- Average temporary/contract employees each week: 2.8 million
- Average tenure: 10 weeks
- Annual employment: 14.6 million
- Temporary/contract staffing sales: $159.1 billion
- Estimated number of offices: 41,240

**For more information visit**
*americanstaffing.net/research.*

Sources: ASA (2021 national benchmarks); Census CBP (2020 offices); 2017 Economic Census and ASA benchmarks (2021 state sales estimate); 2021 Bureau of Labor Statistics OEWS (top occupations, earnings, weekly employment)

**ASA** helps the staffing industry create **better** lives, **better** businesses, and a **better** economy.

© 2023 American Staffing Association