# EXHIBIT B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Staffing Services Association of Illinois, American Staffing Association, ClearStaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., TempsNow Employment and Placement Services LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:23-cv-16208 |
| vs. | ) ) | |
| Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF BYRON FIGUEROA

Byron Figueroa, being duly sworn, states the following under oath:

**I.**     **Background Information About Me, ClearStaff, and the Staffing Industry.**

1. I am over the age of eighteen years and have personal knowledge of the matters set forth herein. If sworn as a witness, I could testify completely to the facts set forth in this Declaration.

2. I am the General Manager of ClearStaff, Inc. ("ClearStaff"). I have been in this position since 2017. As the General Manager, I am responsible for the operations and financial performance of ClearStaff.

3. I began to work in this industry in 1998.

4. ClearStaff is a full-service staffing company offering direct hire, temp-to-hire, temporary and pay rolling services throughout Chicago and the suburbs surrounding Chicago. ClearStaff is a temporary staffing agency as that term is defined in the Day and Temporary Labor Staffing Act (the "Act"). ClearStaff's primary business is the provision of temporary labor to companies in the Chicagoland area that prefer to rely on a staffing agency to meet their needs for labor services. ClearStaff has over 160 clients, most of whom I consider to be in the light industrial industries, such as light manufacturing and distribution.

5. ClearStaff is a licensed agency under the Act.

6. ClearStaff is a member of the Staffing Services Association of Illinois.

2

7. ClearStaff complies with its legal obligations relating to employee benefits under such laws as the Affordable Care Act, with respect to the provision of health insurance benefits.

8. ClearStaff has nine branch offices. As of October 2023, we placed the following approximate number of employees out of each branch office:

- Aurora – 286

- Bensenville – 240

- Bolingbrook – 500

- Chicago – 286

- Crest Hill – 540

- Midlothian – 160

- Streamwood – 140

- Villa Park – 98

- West Chicago – 370

9. Light manufacturing companies typically turn to ClearStaff for supplemental labor to meet excess demand or to provide labor they are unable to source themselves. Manufacturing companies typically turn to ClearStaff for supplemental labor for tasks such as unloading shipping containers and stocking of inventory.

10. Similarly, distribution companies typically turn to ClearStaff for supplemental labor to meet excess demand for tasks such as "picking and packing" in a warehouse. This generally involves picking products from warehouse shelves and placing them in shipping containers. In addition, manufacturers frequently seek supplemental labor from ClearStaff to ramp up their production personnel.

11. Reliance on staffing agencies allows light industrial companies the chance to compete more effectively. Staffing agency clients can focus on growing their businesses while outsourcing the task of sourcing and managing qualified individuals to perform the work that is needed. Temporary staffing agencies promote the growth of commerce and industry throughout the State of Illinois by helping their clients meet their staffing needs more efficiently than relying solely on directly-hired personnel.

12. Our clients include such industries as food manufacturers, warehouse logistics, automotive parts manufacturers and sheet metal manufacturers.

13. ClearStaff is excellent at sourcing individuals that desire to work as temporary staff. ClearStaff incurs substantial expenses advertising, vetting, onboarding, and training individuals that desire to work on temporary assignments. ClearStaff incurs substantial expenses



training workers to perform tasks assigned to them and to educate workers on how to operate in a safe manner.

14. ClearStaff hires employees like any other employer. ClearStaff issues over 8,000 W2s in a typical year. In a typical week, ClearStaff is a source of income for more than 2,500 people at a typical moment in time. Many of ClearStaff's employees have relied on ClearStaff for employment for more than three years.

15. Every ClearStaff employee made the affirmative choice to work for ClearStaff. Through over two decades of experience in the temporary staffing industry, I have learned that many people choose to work for a temporary staffing agency instead of a traditional employer.

16. In my experience, ClearStaff is often the preferred employer for its employees because it offers immediate opportunities to earn an income. ClearStaff offers flexibility that allows students, caregivers, and those working seasonal full-time jobs, to work the hours they have available. ClearStaff is more flexible than traditional employers. ClearStaff generally permits employees to work full days for a week or less than a week, take weeks or months off at a time, and reject assignments for any reason. ClearStaff also provides opportunities to work first, second, or third shift, and will reassign workers to different shifts if their availability or interests change. If an overtime is offered, there is often flexibility as to whether the extra time is put in before the regular shift or after. Individuals also often choose to supplement the income they earn from another full-time job with temporary employment through ClearStaff.

17. ClearStaff is more flexible than traditional employers when it comes to hiring individuals that lack strong English language skills. ClearStaff is more flexible than traditional employers when it comes to hiring individuals with a history of criminal convictions.

18. In my experience, ClearStaff is more desirable than traditional employers because ClearStaff is less demanding about prior work experience and more willing to take a chance on people. ClearStaff's temporary employees always have the option to seek employment as a direct hire of a ClearStaff client, or any third-party employer. I believe a direct hire from ClearStaff reflects well on our company with respect to employee development, training, and other matters.

19. ClearStaff invests in its workforce. ClearStaff trains its employees. In my experience, many of ClearStaff's hourly employees seek employment from ClearStaff because they lack the job skills necessary to get hired directly by a light industrial company.

20. ClearStaff also invests substantial resources in ensuring the safety of its temporary employees. ClearStaff understands the importance of safety in the workplace. We work closely with clients to incorporate their General Manufacturing Practices and Safety Protocols. ClearStaff often utilizes loss control specialists to tour prospective clients' work sites. In doing this, we gain a greater understanding of potential safety hazards and are able to address necessary safety issues. These tours are conducted, and inquiries made, before any temporary employee is assigned to the site. It is our practice to point out any potential safety risks to the potential client, and expect it to be remedied, before we place a temporary employe at the site.

21. ClearStaff's 2022 revenue was approximately $120,000,000.



## II.      ClearStaff's Benefits

22.      ClearStaff has both an office-based staff and an hourly employee staff. ClearStaff's office-based staff consists of its executive employees, its sales personnel, its human resources personnel, its finance personnel, and recruiters and coordinators. Some of these positions require work outside of the office a regular basis. The office-based staff are responsible for business operations, including sourcing, interviewing, and hiring of workers; development of staffing plans to meet the unique needs of our clients; assignment of workers to the best position where they can succeed based on the worker's skill set, preferred shift, and schedules that fit their needs. Most of the office-based staff is salaried.

23.      ClearStaff's hourly employee staff predominantly serves as temporary labor as that term is defined by the Act ("ClearStaff Hourly Employees"). Some of the ClearStaff Hourly Employees work in clerical positions, which puts them outside of the Act, in my understanding.

24.      All employees are paid weekly.

25.      For all employees, including me, ClearStaff funds the employer-side contributions for social security (i.e., FICA and Medicare), and ClearStaff withholds payroll taxes in accordance with the employee's withholding preferences, and in accordance with federal and state requirements. ClearStaff makes remittances to the various taxing authorities, including the treasury for the State of Illinois and the Illinois Department of Employment Security.

26.      All ClearStaff Hourly Employees are at-will, meaning the employee and ClearStaff have the right to terminate employment at any time, with or without advance notice, and with or without cause.

27.      All employees at ClearStaff have "benefits" as that term is defined in the Act.

28.      ClearStaff's Hourly Employees are provided with benefits, as that term is defined in the Act, in three categories: medical insurance, leave policies, and other/fringe benefits. The details of these policies are described in various exhibits to this Declaration. ClearStaff stopped offering dental insurance coverage after 2021 because so few employees elected it as an option.

29.      Exhibit A is "Summary of Benefits," which is a document that describes the current health plan offered by ClearStaff to the ClearStaff Hourly Employees. As shown on Exhibit A, ClearStaff currently offers a PPO plan called Open Choice—MedSure 60/50 $6K.

30.      As described in Exhibit A, there are benefits for doctors' office and emergency room visits as well as prescription drugs, hospital care and surgery. No coverage is provided for dental work.

31.      This health insurance plan can provide coverage to an employee and/or his or her spouse and/or children. Each employee must make decisions about whether to enroll, and whether to secure coverage for other family members during enrollment periods. I understand that enrollment periods are limited to the period when someone meets the hours requirement as found in the Affordable Care Act (generally, any employee who averages thirty hours weekly over a ninety day period), an annual open enrollment period in the late fall, and at the time of so-

called "qualified" life events, which are a discrete list of events such as the birth of a child or a divorce.

32.     The cost of coverage to both the employee and ClearStaff depends on a series of choices the employee makes. Employees must decide if they want coverage, and if they do, whether they want coverage for themselves only or if they want to add a spouse, and/or a child, and/or more than one child.

33.     If an employee opts for coverage for him or herself, the current weekly premium is about $29. The employee's actual benefit from the coverage depends, of course, on the health care services consumed by the covered individual(s). The plan has deductibles for individuals and families as well as coinsurance or copay requirements that vary depending on the service consumed.

34.     The actual cost to ClearStaff for offering this health plan varies by plan and by participant personal characteristics, such as the participant's age and zip code. The costs can vary widely from participant to participant. The average cost for this health plan to ClearStaff on a per-covered employee basis for the month of November 2023 was $344.60. The average cost for this health plan to ClearStaff for all employees in the month of November 2023 was $18,263. The actual cost for each employee runs from zero for the vast majority of employees that reject this coverage to $159.75 for a 21 year-old male in the 60555 zip code and $662.38 for a 62 year-old female in the 60185 zip code.

35.     ClearStaff incurs no expense for participants that reject these plans. Those who reject these plans can only seek participation through the open enrollment period or the qualifying life events I discussed above.

36.     ClearStaff has a handbook ("ClearStaff Handbook") provides guidance concerning the company's current leave policies. It is attached as Exhibit B. Eligibility for these policies depends on the type of leave being offered and length of service. This includes paid holidays, which are not required by law.

37.     ClearStaff also offers benefits such as unpaid school visitation leave, unpaid domestic or sexual or gender violence leave, unpaid family and medical leave, unpaid parental leave, unpaid medical leave, unpaid military family leave for a qualifying exigency, unpaid military family leave for a serious illness or injury, and the opportunity to take leaves of absence for a qualifying condition under laws such as the Americans with Disabilities Act, the Illinois Human Rights Act, and the Pregnant Workers' Fairness Act.

38.     In addition to these leave benefits, ClearStaff offers a number of "other" benefits such a "refer a worker" bonus. The value of this particular benefit and the cost to ClearStaff of this benefit cannot be known in advance and vary substantially from employee to employee based on a myriad of factors such as whether they refer an employee, and how many employees they refer.

### III.     The 90-Day Trigger for the Equivalent Benefits Rule

39.     Although ClearStaff may ask its employees to disclose any worksite where they worked in a rolling 12-month period, employees have no legal or other duty to track that information and no incentive to disclose that information accurately. It is simply not the employees' responsibility to do this tracking. Clients are similarly unreliable sources of information in this regard as they generally do not know more about temporary laborers than their name, and many names are the same or substantially similar.

40.     Thus, under the recent amendments to the Act, ClearStaff would be prudent to assess the benefits of comparable directly-hired employees at each client it serves so that it can determine if it needs to take action to comply with the 90 Day Rule.

41.     Under the 90 Day Rule, ClearStaff Hourly Employees are provided the ability to receive or otherwise be compensated for benefits they originally rejected. A client's directly hired employees do not have that right. This anomaly provides the temporary employee with greater compensation and/or benefits compared to the direct hire to which they are deemed comparable at the client site.

### IV.     ClearStaff's Clients' Benefits

#### A. Retirement Benefits

42.     The benefit options being offered to my clients' directly-hired employees are too numerous to describe in detail. But I will briefly state that many clients offer 401(k) programs.

43.     These retirement programs generally come with a minimum service requirement that varies from company to company.

44.     Many clients offer some matching of contributions, including a few with matching up to 6% and others with tiered matching where larger contributions trigger larger matching contributions.

45.     These 401(k) programs have many rules and a wide variety of investment options, all of which makes them more or less beneficial depending on whether one prioritizes minimizing fees, historical returns, the creditworthiness of the custodian institution, or other factors.

46.     The value of the "retirement benefit" to any given employee is entirely subjective. The actual cost of any retirement benefit generally depends on the employee's level of participation.

#### B. Health Care Benefits

47.     Many clients also offer health care plans.

48.     ClearStaff could not possibly offer its employees the opportunity to participate in the health care plans of many, if not all, of its clients for a number of independent reasons. First,



I understand that the insurance companies operating these plans will not allow non-employees of ClearStaff's client to join the cohort of insured lives. Second, ClearStaff could not simply move its employees from its ClearStaff's plans to another, superior plan when necessary to comply with the Act. I am not aware of any legal right that ClearStaff has to de-enroll any of its employees and enroll them in a different, superior plan. As I mentioned before, I understand that enrollment in a health plan is only possible when meeting the minimum hours requirement, an open enrollment period or when there is a Qualified Life Event. Third, I understand that ClearStaff has a legal obligation to avoid discrimination within its workforce when it comes to benefits. I understand that ClearStaff is not free to offer two similarly situated employees different benefits merely because they have been assigned to work for different ClearStaff clients. Fourth, ClearStaff could not possibly design and administer several hundred different health care plans as well as its own plans. Fifth, I believe there is an issue concerning whether an insurance company must and/or will offer the same options to a company with over 200 employees (i.e., a client) compared with a company with 5 employees (i.e., the staffing agency employees assigned to that client).

### C. Leave Benefits

49.     ClearStaff's clients offer a myriad of leave benefits. I could not possibly describe all the varieties. Many of our clients offer a number of different leave benefits. These include paid leave, sick leave, and unpaid leave. There may also be leave benefits for specific reasons, such as bereavement, active military service, and pregnancy. The client decides what approach it will use for accrual of leave rights, carryover of leave rights from year to year, and refund or cash-out rights upon separation.

### D. Other Benefits

50.     ClearStaff's clients offer all kinds of "other" benefits. For example, some companies offer holiday or pizza parties. Some clients offer an occasional gift of a stored value card, like a prepaid VISA card. Some clients grant stock options in company stock. Some offer lockers to directly-hired employees in locations that are more favorable than the lockers offered to workers provided by ClearStaff. Some allow employees to dress a certain way to differentiate them from the employees of staffing agencies working at the same location.

51.     Two of ClearStaff's clients offer free uniforms to their employees, whereas ClearStaff's workers must pay for those uniforms if they want to wear them. These uniforms are not required for the ClearStaff workers; wearing them is completely voluntarily.

## V.      The Analysis Required to Comply with the Equivalent Benefits Rule

52.     Determining the universe of potentially comparable employees takes a great deal of time, information, and judgment. The Act and its related regulations require assessment of seniority, for work on jobs with substantially similar skills, effort and responsibilities. ClearStaff must determine the potentially comparable directly-hired employee for each worker sent by ClearStaff to a worksite.. The Act requires a detailed analysis to determine which among the many candidates of potentially comparable employees is the proper comparable employee. And, the directly-hired comparable employee for one ClearStaff employee may not be the same as the



comparable, directly-hired employee for another ClearStaff employee assigned to the same worksite who may be in a similar position but with different seniority and whose skills, effort and responsibility may be significantly different.

53.     The burden associated with this process cannot be overstated. ClearStaff typically sends over 2,000 workers to worksites every day. Many ClearStaff clients operate three-shifts, seven days a week. This means that under the amendments to the Act, ClearStaff will need to constantly assess both the value to the employees and the actual cost to the employers for thousands of benefits packages daily.

54.     Prior to enactment of the recent amendments to the Act, ClearStaff had no reason to be knowledgeable about the benefits offered by its roster of more than 160 clients to their respective directly-hired employees. Under the Act, however, ClearStaff will need to endlessly gather and assess information about the benefits offered at each client for all potentially comparable employees to ensure its employees are given the equivalent benefits or payment in lieu of the actual cost of benefits.

55.     The new statutory scheme means that a temporary employee may be earning more than the comparable direct hire, because the temporary employee may be required to receive benefits the direct hire may have rejected, and/or the equivalent cost of benefits the direct hire may have rejected.  The direct hires do not receive cash in lieu of benefits, as far as I know.

56.     Under the definition of "benefits" under the Act, ClearStaff can meet its obligations under the equivalent benefits provision by providing these same benefits. The problem is that it is impossible. ClearStaff cannot ensure its employees are "paid" the same benefits offered by its clients for many reasons including that insurance companies will not allow participation by non-employees in their life insurance, long-term disability, or health plans. Payment of the actual cost of corporate benefits is impossible, too, considering there is no way to compute the benefit or actual cost for a specific employee of "opportunities," such as the opportunity to participate in a disaster relief fund or tuition reimbursement program.

57.     ClearStaff does not merely need to compute the actual cost of benefits. It also needs to compute a different number: the value to the employee so that ClearStaff can determine which of the two bundles of benefits is superior. Some of the benefits offered by clients have no actual cost to the client, but they have value to an employee. For example, an employee may have the option to purchase supplemental insurance through the client, but at the employee's own cost. The challenge for ClearStaff and every other staffing agency is that the value to the employee of many benefits is entirely subjective. Some may consider the opportunity to attain an everyday, particular benefit such as supplemental insurance, as worth an additional $25/week and others may consider it to be worthless. There is no objective way to determine whether ClearStaff's benefits are better than the benefits offered by ClearStaff's client for anyone much less for everyone because the perceptions differ as to what is "better" or "equivalent."

58.     Paying the actual cost of the benefits offered by ClearStaff's clients is not a legitimate option, either. To compute the actual cost of retirement plans, heath plans, and other benefits, including leave policies, requires ClearStaff to know whether to use a person-specific computation of actual cost or a metric-based computation of actual cost.



59.     A person-specific computation would factor in whether that particular person opted into a 401(k) program with a matching contribution and/or took paid leave that week/month/quarter/year and/or contributed to a long-term disability plan. Such an approach would require assessing whether the person chose coverage for only him or herself, a spouse, children, and what dollar amount of life insurance coverage they want to fund.

60.     A metric-based computation would ignore the behavior of the specific, potentially comparable employee and allocate the costs of providing a 401(k) program to all employees based on a metric like headcount or hours of service at a specific moment in time. This approach would ignore whether a person took advantage of a tuition reimbursement program or a paid leave opportunity and instead allocate the actual cost of all benefits to every employee or maybe some subset of the client's directly-hired employees, such as the employees paid on an hourly basis.

61.     Deciding which of these two methods to use requires judgment and discretion, the exercise of which is going to be measured by the Illinois Department of Labor, "strangers" such as interested parties and the court system. Similarly, deciding all the subsidiary questions, such as the right date for a population census, whether to divide the total actual cost by all employees or only the hourly employees, are decisions that require judgment and discretion, the accuracy of which will be determined by others.

62.     ClearStaff does not have the expertise or personnel to handle these discretionary decisions about benefit plans. Unfortunately, ClearStaff is not free to merely rely on its client's assessment of these matters. ClearStaff's obligation under the Act is to be accurate. ClearStaff can have its license terminated and be subjected to large fines and lawsuits by strangers if it incorrectly computes the "actual cost" of a potentially comparable employee's benefits.

63.     The problem is compounded by the fact that ClearStaff may have to recompute these benefits every day/week/month/quarter/year to ensure it has paid equivalent or better benefits to each of its employees. In my experience, employee decisions about benefits change over time. Some employees opt into certain benefits and then later decide they would prefer to waive those particular benefits. Some employees spread out their usage of paid time off and some prefer to save it and use it all at once, such as around the holidays. Some employees like to take advantage of carry-over rights in leave policies and others would never fail to take the maximum amount of paid leave even if they can carry over some unused days. Given the variety in employee behavior, the value of competing benefits packages and the actual cost of competing benefits packages may be quite different at different times of the month/quarter/year for any given ClearStaff employee and any given potentially comparable directly-hired employee.

64.     Similarly, leave policies can have a very different actual cost depending on which of the two Illinois Department of Labor-approved approaches the company takes to accruing paid time off. A "front-loaded" approach may grant a year's worth of paid days off on day 1 of a calendar or anniversary year. An "accrual" approach grants employees paid days off over time. These two policies have very different values to an employee and very different "actual costs" to an employer depending on the valuation date. So, for example, if two employers that use the two different approaches each grant 12 paid days off a year, the value and costs of these programs on June 30 is radically different. At that point in the year, the front-loaded approach "costs" 12 paid

days and the accrual method "costs" 6 days off. Although these policies will have the same actual cost if the employee remains for all 12 months, they have very different actual costs depending on the date of the analysis. Thus assessing the actual costs of benefits requires assessing corporate policies that change from time-to-time. This is a real problem as Illinois employers are currently reassessing their paid leave policies as a result of new Illinois laws governing paid leave that come into effect in January 2024. Chicago employers are similarly reassessing as a result of recently passed changes to ordinances that govern paid leave policies for Chicago-based employers. And, at the time I prepared this Declaration, I am aware that Cook County was considering a changed to mandated, paid time off.

65.　　The actual cost of these benefits for any given hourly employee depends on many factors, including the employee's preferences. Some ClearStaff Hourly Employees want benefits, but the vast majority of them reject them. Indeed, over 95% of ClearStaff's Hourly Employees opt out of health benefits offered by ClearStaff. In my experience, the predominant reason for this is the desire by ClearStaff Hourly Employees to maximize their cash compensation. Another reason is that some ClearStaff's Hourly Employees receive benefits from other employment they have or they rely on a spouse or other family member's benefits.

66.　　The actual cost of benefits for any given hourly employee also depends on the individual's personal characteristics, such as whether they are married and/or whether they have dependents because health care plans and life insurance offer different options depending on the scope of coverage.

67.　　The actual cost of benefits for any given hourly employee also depends on the actions of the employee. Each employee has a unique approach to leave benefits, with some employees taking substantial unpaid leave and others preferring to maximize their compensation and taking zero unpaid leave. Similarly, employee perception of "other" benefits such as employee lounges and annual employee picnics vary greatly.

68.　　ClearStaff does not compute the value of its benefits to a generic or specific employee in the ordinary course of business. ClearStaff similarly does not compute the actual cost of its benefits to ClearStaff for any generic or specific employee. ClearStaff certainly has never computed the value of benefits or the actual cost of benefits offered by its clients.

69.　　As a practical matter, it is not possible to compute either the value of benefits or the actual cost of benefits on a going-forward basis. There are far too many unknowns about how each employee will make decisions about whether to reject or accept, consume or ignore, and maximize or minimize, each benefit, including leave and other benefits, to compute either the value or the actual cost of benefits for a specific employee on a going-forward basis.

70.　　Computing the actual cost of benefits for any given employee after the fact would be extraordinarily burdensome and expensive. Doing so would require ClearStaff to develop systems and processes to gather data about benefits usage, including the actual cost of unpaid leave, which is dependent on whether ClearStaff missed business opportunities because it lacked deployable employees due to their usage of unpaid leave. Computing the value to employees and the actual cost to ClearStaff of unpaid leave is itself an impossible task in an industry where employees generally pick and choose when they work; they do not take days off.



71.     Even if this analysis was possible, which it is not, I estimate ClearStaff would need several additional full-time HR and/or finance department employees to develop systems to track the necessary information and perform the necessary computations to compute the value of benefits to its employees as well as the actual cost of benefits for each of its hourly employees and all the potentially comparable directly hired employees of the third-party clients.

72.     This expenditure of resources, however, would only provide historical information. Historical information is not relevant to making going-forward business decisions. If an hourly employee's actual cost of benefits in 2022 was determined to be $1.45/hour, that information means nothing about the employee's actual cost of benefits in 2023. In 2023, the employee is highly likely to be working more or less time at a different wage doing different tasks with different training and different preferences as to life insurance and different needs as to other benefits due to a new marriage and/or different spousal employment that provides benefits.

73.     If there were a way to compute the actual cost of benefits on a going-forward basis, doing so would be an endless process as the actual cost will constantly be changing based on all the variables affecting actual cost of benefits (*i.e.*, personal preferences, personal circumstances, etc...) The Act does not state that the analysis I have described is sufficient so long as it was correct on day 90. If one of the potentially comparable employees qualifies to participate in a retirement plan on day 91 that makes his or her benefits bundle superior to the benefits bundle of a different, similarly situated directly-hired employee, ClearStaff may have to act differently to ensure it

## VI.     The Labor Dispute Provision Is Harmful to ClearStaff

74.     ClearStaff is not privy to all the controversies at its clients regarding the terms and conditions of work at its clients. Similarly, ClearStaff sometimes knows about grievances over relatively minor issues like bathroom cleanliness and break times. Similarly, ClearStaff sometimes knows about grievances over a client supervisor's alleged age discrimination or alleged discrimination toward people of a particular national origin. More often, however, these "controversies" are kept private, particularly those that involve mere allegations of discriminatory or harassing conduct.

75.     The Act requires ClearStaff's clients to advise it whether or not there is a controversy affecting the terms and conditions of work at a particular worksite. Controversies could include union organizing activities like meetings during meal breaks where there is talk about a collective interest in higher wages. Controversies could also include a confidential investigation into an alleged age harassment by a supervisor.   The types of disputes that fall into "labor dispute" as defined are varied and infinite.

76.     In my experience, ClearStaff's client contacts do not know about every controversy within their workplaces and do not keep a dynamic list of every "controversy" regarding terms and conditions of employment at a particular worksite.

77.     ClearStaff's employees are at-will employees. They can be terminated for any lawful reason. The anti-retaliation provisions of the Act, however, change that arrangement and

provide ClearStaff's hourly employees with union-like protection from termination and other adverse employment actions that they do not currently have.

78.     ClearStaff works hard to accommodate its workforce. Generally speaking, if an employee expresses a desire to not work at a particular worksite, ClearStaff tries to accommodate that desire. But ClearStaff is sometimes unable to accommodate the desires of each of its employees, and assignments are sometimes made to worksites that are not a particular employee's preference. ClearStaff is being harmed by the Act, which limits ClearStaff's rights to place its employees where necessary to meet ClearStaff's client demands.

79.     The labor disputes provision is already having an adverse effect on ClearStaff's business. I understand from several of ClearStaff's clients that the duty to ascertain, log, and disclose "controversies" is itself an independent reason for ClearStaff's clients to cease doing business with ClearStaff and to turn to meeting their client demand from operations in other states or through increased automation.

## VII.     The Interested Parties Provision Is Harmful to ClearStaff

80.     I understand that under the law as amended, third parties, or interested parties, who have not suffered any harm due to alleged violations of the law can now sue us, as well as our clients. They can recover penalties under the new law even though they have not been harmed.

81.     I am aware of nothing in the new law which prevents more than one interested party to seek penalties and other damages from us, for the same alleged violations that another interested party has already recovered or tried to recover.  The attorneys' fees alone, much less possible repetitive damages payouts, will create financial hardships to ClearStaff, and may very well be an incentive to exit the business, which has provided people with good work for many years.

82.     ClearStaff is committed to operating its business in compliance with applicable laws. Strict compliance with the Act, however, is not realistic, and non-compliance appears to risk loss of licensure and exposure to infinite lawsuits by uninjured parties.  The fines imposed by the Act are excessive, and repetitive imposition of fines in lawsuit brought by the uninjured party could cause our company to lose business, or even cease operations.

## VIII.     ClearStaff Has Been Harmed and Will Continue to be Harmed by Amended Act

83.     The Act is already hurting ClearStaff's business. ClearStaff's placements in November are down approximately 8% from their level in November 2022 despite opening a new branch this year.

| Branch | November 2022 | November 2023 |
| --- | --- | --- |
| Aurora | 400 | 288 |
| Bensenville | 260 | 197 |
| Bolingbrook | 660 | 650 |
| Chicago | 415 | 288 |

13



| Crest Hill | 600 | 620 |
| Midlothian | 125 | 221 |
| Streamwood | New branch 2023 | 178 |
| Villa Park | 35 | 100 |
| West Chicago | 667 | 360 |

84.     I understand from conversations with many different clients that they are unwilling to incur the cost and risk associated with using temporary labor in the state of Illinois. The leading options seem to be relocation of operations across the border into other states and automation. If Illinois businesses could meet their labor needs with directly-hired personnel, I believe they would have done that years ago.

85.     Three clients have advised us that that they will cease using our agency because of the Act. They are concerned about how to calculate the equal pay and equivalent benefits calculation to do the lack of useful guidance. They are also concerned with the possibility that they themselves can be sued if the calculations are not done properly.

86.     Many clients have advised us that they are concerned about sharing pay and benefits information with us, because they consider that proprietary information.

87.     Absent an injunction of the challenged portions of the Act and the implementing regulations, without appropriate guidance issued by the Illinois Department of Labor, we expect our losses to increase, with the possibility that ClearStaff could end up closing some or all of its Illinois operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 20, 2023

Byron Figueroa

14

# EXHIBIT A

 **aetna**

CLEARSTAFF INC.

Open Choice® - MedSure 60/50 $6K

**Coverage for: Individual + Family | Plan Type: PPO**

| | |
|---|---|
| ⚠️ | The Summary of Benefits and Coverage (SBC) document will help you choose a health **plan**. The SBC shows you how you and the **plan** would share the cost for covered health care services. NOTE: Information about the cost of this **plan** (called the **premium**) will be provided separately. **This is only a summary.** For more information about your coverage, or to get a copy of the complete terms of coverage, https://www.aetna.com/sbcsearch/getpolicydocs?u=081800-090020-022338 or by calling 1-888-982-3862. For general definitions of common terms, such as allowed amount, balance billing, coinsurance, copayment, deductible, provider, or other underlined terms, see the Glossary. You can view the Glossary at https://www.healthcare.gov/sbc-glossary/ or call 1-888-982-3862 to request a copy. |

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **What is the overall deductible?** | In-Network: Individual $6,000 / Family $12,000. Out-of-Network: Individual $12,000 / Family $24,000. | Generally, you must pay all of the costs from providers up to the deductible amount before this plan begins to pay. If you have other family members on the plan, each family member must meet their own individual deductible until the total amount of deductible expenses paid by all family members meets the overall family deductible. |
| **Are there services covered before you meet your deductible?** | Yes. In-network preventive care is covered before you meet your deductible. | This plan covers some items and services even if you haven't yet met the deductible amount. But a copayment or coinsurance may apply. For example, this plan covers certain preventive services without cost sharing and before you meet your deductible. See a list of covered preventive services at https://www.healthcare.gov/coverage/preventive-care-benefits/. |
| **Are there other deductibles for specific services?** | No. | You don't have to meet deductibles for specific services. |
| **What is the out-of-pocket limit for this plan?** | In-Network: Individual $6,350 / Family $12,700. Out-of-Network: Individual $12,700 / Family $25,400. | The out-of-pocket limit is the most you could pay in a year for covered services. If you have other family members in this plan, they have to meet their own out-of-pocket limits until the overall family out-of-pocket limit has been met. |
| **What is not included in the out-of-pocket limit?** | Premiums, balance-billing charges, health care this plan doesn't cover & penalties for failure to obtain pre-authorization for services. | Even though you pay these expenses, they don't count toward the out-of-pocket limit. |
| **Will you pay less if you use a network provider?** | Yes. See http://www.aetna.com/docfind or call 1-888-982-3862 for a list of in-network providers. | This plan uses a provider network. You will pay less if you use a provider in the plan's network. You will pay the most if you use an out-of-network provider, and you might receive a bill from a provider for the difference between the provider's charge and what your plan pays (balance billing). Be aware, your network provider might use an out-of-network provider for some services (such as lab work). Check with your provider before you get services. |
| **Do you need a referral to see a specialist?** | No. | You can see the specialist you choose without a referral. |

 All **copayment** and **coinsurance** costs shown in this chart are after your **deductible** has been met, if a **deductible** applies.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
| --- | --- | --- | --- | --- |
| | | In-Network Provider (You will pay the least) | Out–of–Network Provider (You will pay the most) | |
| **If you visit a health care provider's office or clinic** | Primary care visit to treat an injury or illness | 40% coinsurance | 50% coinsurance | None |
| | Specialist visit | 40% coinsurance | 50% coinsurance | None |
| | Preventive care /screening /immunization | No charge | 50% coinsurance | You may have to pay for services that aren't preventive. Ask your provider if the services needed are preventive. Then check what your plan will pay for. |
| **If you have a test** | Diagnostic test (x-ray, blood work) | 40% coinsurance | 50% coinsurance | None |
| | Imaging (CT/PET scans, MRIs) | 40% coinsurance | 50% coinsurance | None |
| **If you need drugs to treat your illness or condition** More information about **prescription drug coverage** is available at www.aetnapharmacy.com/advancedcontrolaetna | Preferred generic drugs | Copay/prescription: 30% (retail & mail order) | 20% coinsurance after copay/prescription, 30% (retail & mail order) | Covers 90 day supply (retail & mail order). Includes contraceptive drugs & devices obtainable from a pharmacy, oral & injectable fertility drugs. No charge for preferred generic FDA-approved women's contraceptives in-network. Review your formulary for prescriptions requiring precertification or step therapy for coverage. Your cost will be higher for choosing Brand over Generics. |
| | Preferred brand drugs | Copay/prescription: 30% (retail & mail order) | 20% coinsurance after copay/prescription: 30% (retail & mail order) | |
| | Non-preferred generic/brand drugs | Copay/prescription: 50% (retail & mail order) | 20% coinsurance after copay/prescription: 50% (retail & mail order) | |
| | Specialty drugs | Applicable cost as noted above for generic or brand drugs | Applicable cost as noted above for generic or brand drugs | None |
| **If you have outpatient surgery** | Facility fee (e.g., ambulatory surgery center) | 40% coinsurance | 50% coinsurance | None |
| | Physician/surgeon fees | 40% coinsurance | 50% coinsurance | None |

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | In-Network Provider (You will pay the least) | Out–of–Network Provider (You will pay the most) | |
| **If you need immediate medical attention** | <u>Emergency room care</u> | 40% <u>coinsurance</u> | 40% <u>coinsurance</u> | Out-of-network emergency use paid the same as in-<u>network</u>. 50% <u>coinsurance</u> for non-emergency use. |
| | <u>Emergency medical transportation</u> | 40% <u>coinsurance</u> | 40% <u>coinsurance</u> | Out-of-network emergency use paid the same as in-<u>network</u>. Non-emergency transport: not covered, except if pre-authorized. |
| | <u>Urgent care</u> | 40% <u>coinsurance</u> | 50% <u>coinsurance</u> | 50% <u>coinsurance</u> for non-urgent use. |
| **If you have a hospital stay** | Facility fee (e.g., hospital room) | 40% <u>coinsurance</u> | 50% <u>coinsurance</u> | Penalty of $1,000 (or 50% of <u>allowed amount</u> if less) for failure to obtain <u>pre-authorization</u> for out-of-network care. |
| | Physician/surgeon fees | 40% <u>coinsurance</u> | 50% <u>coinsurance</u> | None |
| **If you need mental health, behavioral health, or substance abuse services** | Outpatient services | Office & other outpatient services: 40% <u>coinsurance</u> | Office & other outpatient services: 50% <u>coinsurance</u> | None |
| | Inpatient services | 40% <u>coinsurance</u> | 50% <u>coinsurance</u> | Penalty of $1,000 (or 50% of <u>allowed amount</u> if less) for failure to obtain <u>pre-authorization</u> for out-of-network care. |
| **If you are pregnant** | Office visits | No charge | 50% <u>coinsurance</u> | <u>Cost sharing</u> does not apply for <u>preventive services</u>. Maternity care may include tests and services described elsewhere in the SBC (i.e., ultrasound). Penalty of $1,000 (or 50% of <u>allowed amount</u> if less) for failure to obtain <u>pre-authorization</u> for out-of-network care may apply. |
| | Childbirth/delivery professional services | 40% <u>coinsurance</u> | 50% <u>coinsurance</u> | |
| | Childbirth/delivery facility services | 40% <u>coinsurance</u> | 50% <u>coinsurance</u> | |

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | In-Network Provider (You will pay the least) | Out–of–Network Provider (You will pay the most) | |
| If you need help recovering or have other special health needs | Home health care | 40% coinsurance | 50% coinsurance | 60 visits/calendar year. Penalty of $1,000 (or 50% of allowed amount if less) for failure to obtain pre-authorization for out-of-network care. |
| | Rehabilitation services | 40% coinsurance | 50% coinsurance | 60 visits/calendar year for Physical, Occupational & Speech Therapy combined. |
| | Habilitation services | 40% coinsurance | 50% coinsurance | None |
| | Skilled nursing care | 40% coinsurance | 50% coinsurance | 60 days/calendar year. Penalty of $1,000 (or 50% of allowed amount if less) for failure to obtain pre-authorization for out-of-network care. |
| | Durable medical equipment | 40% coinsurance | 50% coinsurance | Limited to 1 durable medical equipment for same/similar purpose. Excludes repairs for misuse/abuse. |
| | Hospice services | 40% coinsurance | 50% coinsurance | Penalty of $1,000 (or 50% of allowed amount if less) for failure to obtain pre-authorization for out-of-network care. |
| If your child needs dental or eye care | Children's eye exam | No charge | 50% coinsurance | 1 routine eye exam/24 months. |
| | Children's glasses | Not covered | Not covered | Not covered. |
| | Children's dental check-up | Not covered | Not covered | Not covered. |

## Excluded Services & Other Covered Services:

**Services Your Plan Generally Does NOT Cover (Check your policy or plan document for more information and a list of any other excluded services.)**

- Bariatric surgery
- Cosmetic surgery
- Dental care (Adult & Child)
- Glasses (Child)

- Long-term care
- Non-emergency care when traveling outside the U.S.
- Private-duty nursing

- Routine foot care
- Weight loss programs - Except for required preventive services.

**Other Covered Services (Limitations may apply to these services. This isn't a complete list. Please see your plan document.)**

- Acupuncture - 10 visits/calendar year for disease, injury & chronic pain.
- Chiropractic care - 25 visits/calendar year.
- Hearing aids - 1 hearing aid per ear/36 months for children up to age 18.

- Infertility treatment - For more information & exceptions, see policy document using summary box link on page 1 or call the number on your ID card.

- Routine eye care (Adult) - 1 routine eye exam/24 months.

**Your Rights to Continue Coverage:** There are agencies that can help if you want to continue your coverage after it ends. The contact information for those agencies is:

Illinois Department of Insurance, Office of Consumer Health Insurance, 1-877-527-9431 toll free, 1-866-323-5321 (TDD), http://insurance.illinois.gov/.

- If your group health coverage is subject to ERISA, you may also contact the Department of Labor's Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.dol.gov/ebsa/healthreform.
- For more information on your rights to continue coverage, contact the plan at 1-888-982-3862.
- For non-federal governmental group health plans, you may also contact the Department of Health and Human Services, Center for Consumer Information and Insurance Oversight, at 1-877-267-2323 x61565 or www.cciio.cms.gov.
- If your coverage is a church plan, church plans are not covered by the Federal COBRA continuation coverage rules. If the coverage is insured, individuals should contact their State insurance regulator regarding their possible rights to continuation coverage under State law.

Other coverage options may be available to you too, including buying individual insurance coverage through the Health Insurance Marketplace. For more information about the Marketplace, visit www.HealthCare.gov or call 1-800-318-2596.

**Your Grievance and Appeals Rights:** There are agencies that can help if you have a complaint against your plan for a denial of a claim. This complaint is called a grievance or appeal. For more information about your rights, look at the explanation of benefits you will receive for that medical claim. Your plan documents also provide complete information on how to submit a claim, appeal, or a grievance for any reason to your plan. For more information about your rights, this notice, or assistance, contact:

- If your group health coverage is subject to ERISA, you may contact Aetna directly by calling the toll-free number on your Medical ID Card, or by calling our general toll free number at 1-888-982-3862. You may also contact the Department of Labor's Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.dol.gov/ebsa/healthreform.
- Illinois Department of Insurance, Office of Consumer Health Insurance, 1-877-527-9431 toll free, 1-866-323-5321 (TDD), http://insurance.illinois.gov/.
- For non-federal governmental group health plans, you may also contact the Department of Health and Human Services, Center for Consumer Information and Insurance Oversight, at 1-877-267-2323 x61565 or www.cciio.cms.gov.
- Additionally, a consumer assistance program can help you file your appeal. Contact Illinois Department of Insurance, Office of Consumer Health Insurance, Consumer Services Section, 122 S. Michigan Ave, 19th floor, Chicago, IL 60603, 1-312-814-2420, Or 320 W. Washington Street, Springfield, IL 62767, 1-877-527-9431 toll free, 1-217-782-4515, 1-866-323-5321 (TDD), http://insurance.illinois.gov/

**Does this plan provide Minimum Essential Coverage? Yes.**

Minimum Essential Coverage generally includes plans, health insurance available through the Marketplace or other individual market policies, Medicare, Medicaid, CHIP, TRICARE, and certain other coverage. If you are eligible for certain types of Minimum Essential Coverage, you may not be eligible for the premium tax credit.

**Does this plan meet Minimum Value Standards? Yes.**

If your plan doesn't meet the Minimum Value Standards, you may be eligible for a premium tax credit to help you pay for a plan through the Marketplace.

*To see examples of how this plan might cover costs for a sample medical situation, see the next section.*

**About these Coverage Examples:**

 **This is not a cost estimator.** Treatments shown are just examples of how this plan might cover medical care. Your actual costs will be different depending on the actual care you receive, the prices your providers charge, and many other factors. Focus on the cost-sharing amounts (deductibles, copayments and coinsurance) and excluded services under the plan. Use this information to compare the portion of costs you might pay under different health plans. Please note these coverage examples are based on self-only coverage.

| **Peg is Having a Baby** (9 months of in-network pre-natal care and a hospital delivery) | | **Managing Joe's Type 2 Diabetes** (a year of routine in-network care of a well-controlled condition) | | **Mia's Simple Fracture** (in-network emergency room visit and follow up care) | |
|---|---|---|---|---|---|
| ■ The plan's overall deductible | $6,000 | ■ The plan's overall deductible | $6,000 | ■ The plan's overall deductible | $6,000 |
| ■ Specialist coinsurance | 40% | ■ Specialist coinsurance | 40% | ■ Specialist coinsurance | 40% |
| ■ Hospital (facility) coinsurance | 40% | ■ Hospital (facility) coinsurance | 40% | ■ Hospital (facility) coinsurance | 40% |
| ■ Other coinsurance | 40% | ■ Other coinsurance | 40% | ■ Other coinsurance | 40% |

This EXAMPLE event includes services like:
Specialist office visits *(prenatal care)*
Childbirth/Delivery Professional Services
Childbirth/Delivery Facility Services
Diagnostic tests *(ultrasounds and blood work)*
Specialist visit *(anesthesia)*

This EXAMPLE event includes services like:
Primary care physician office visits *(including disease education)*
Diagnostic tests *(blood work)*
Prescription drugs
Diabetic supplies *(glucose meter)*

This EXAMPLE event includes services like:
Emergency room care *(including medical supplies)*
Diagnostic test *(x-ray)*
Durable medical equipment *(crutches)*
Rehabilitation services *(physical therapy)*

| **Total Example Cost** | **$12,700** |
|---|---|
| **In this example, Peg would pay:** | |
| *Cost Sharing* | |
| Deductibles | $6,000 |
| Copayments | $0 |
| Coinsurance | $400 |
| *What isn't covered* | |
| Limits or exclusions | $60 |
| **The total Peg would pay is** | **$6,410** |

| **Total Example Cost** | **$5,600** |
|---|---|
| **In this example, Joe would pay:** | |
| *Cost Sharing* | |
| Deductibles | $5,400 |
| Copayments | $0 |
| Coinsurance | $0 |
| *What isn't covered* | |
| Limits or exclusions | $20 |
| **The total Joe would pay is** | **$5,420** |

| **Total Example Cost** | **$2,800** |
|---|---|
| **In this example, Mia would pay:** | |
| *Cost Sharing* | |
| Deductibles | $2,800 |
| Copayments | $0 |
| Coinsurance | $0 |
| *What isn't covered* | |
| Limits or exclusions | $0 |
| **The total Mia would pay is** | **$2,800** |

Note: These numbers assume the patient does not participate in the plan's wellness program. If you participate in the plan's wellness program, you may be able to reduce your costs. For more information about the wellness program, please contact: 1-888-982-3862.

The plan would be responsible for the other costs of these EXAMPLE covered services.

## Assistive Technology

Persons using assistive technology may not be able to fully access the following information. For assistance, please call 1-888-982-3862.

## Smartphone or Tablet

To view documents from your smartphone or tablet, the free WinZip app is required. It may be available from your App Store.

## Non-Discrimination

Aetna complies with applicable Federal civil rights laws and does not unlawfully discriminate, exclude or treat people differently based on their race, color, national origin, sex, age, disability, gender identity or sexual orientation.

We provide free aids/services to people with disabilities and to people who need language assistance.

If you need a qualified interpreter, written information in other formats, translation or other services, call the number on your ID card.

If you believe we have failed to provide these services or otherwise discriminated based on a protected class noted above, you can also file a grievance with the Civil Rights Coordinator by contacting:

Civil Rights Coordinator,
P.O. Box 14462, Lexington, KY 40512 (CA HMO customers: P.O. Box 24030, Fresno, CA 93779),
1-800-648-7817, TTY: 711,
Fax: 859-425-3379 (CA HMO customers: 860-262-7705), CRCoordinator@aetna.com.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, or at 1-800-368-1019, 800-537-7697 (TDD).

**Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies, including Aetna Life Insurance Company and its affiliates (Aetna).**

TTY: 711

**Language Assistance:**

For language assistance in your language call 1-888-982-3862 at no cost.

Albanian - Për shërbime përkthimi falas për ju, telefononi 1-888-982-3862.

Amharic - የቋንቋ አገልግሎቶችን ያለክፍያ ለማግኘት፡ በ 1-888-982-3862 ይደውሉ።

Arabic - للحصول على الخدمات اللغوية دون أي تكلفة، الرجاء الاتصال على الرقم 1-888-982-3862

Armenian - Անվճար լեզվական ծառայություններից օգտվելու համար զանգահարեք 1-888-982-3862 հեռախոսահամարով:

Bahasa-Indonesia - Untuk bantuan dalam bahasa Indonesia, silakan hubungi 1-888-982-3862 tanpa dikenakan biaya.

Bantu-Kirundi - Kugira uronke serivisi z'indimi atakiguzi, hamagara 1-888-982-3862.

Bengali-Bangala - আপনাকে বিনামূল্যে ভাষা পরিষেবা পরিকল্পনা সহায়তা এই নম্বরকি পরিষেবা ান রুন: 1-888-982-38621

Bisayan-Visayan - Ngadto maakses ang mga serbisyo sa pinulongan alang libre, tawagan sa 1-888-982-3862.

Burmese - သင့်အနေဖြင့် အခကြေးငွေ မပေးရဘဲ ဘာသာစကားဝန်ဆောင်မှုများ ရရှိနိုင်ရန် 1-888-982-3862 သို့ ဖုန်းခေါ် ဆိုပါ။

Catalan - Per accedir a serveis lingüístics sense cap cost per vostè, telefoni al 1-888-982-3862.

Chamorro - Para un hago' i setbision lengguåhi ni dibåtde para hågu, ågang 1-888-982-3862.

Cherokee - ᏣᎳᎩ ᏍᏕᎸᎲᏍᎩ ᎤᎬᏙᎸᎻᎲᎵ Ꮮ ᎪᎢᎲᎵ ᏗᏣᎬᏩᎳᎢ �)Ᏹ, ᏫᎡᎦᏅᏫᎢᏆ 1-888-982-3862.

Chinese - 如欲使用免費語言服務，請致電 1-888-982-3862。

Choctaw - Anumpa tohsholi I toksvli ya peh pilla ho ish I paya hinla, I paya 1-888-982-3862.

Cushite - Tajaajiiloota afaanii garuu bilisaa ati argaachuuf,bilbili 1-888-982-3862.

Dutch - Voor gratis toegang tot taaldiensten, bell 1-888-982-3862.

French - Afin d'accéder aux services langagiers sans frais, composez le 1-888-982-3862.

French Creole - Pou jwenn sèvis lang gratis, rele 1-888-982-3862.

German - Um auf für Sie kostenlose Sprachdienstleistungen zuzugreifen, rufen Sie 1-888-982-3862 an.

Greek - Για να επικοινωνήσετε χωρίς χρέωση με το κέντρο υποστήριξης πελατών στη γλώσσα σας, τηλεφωνήστε στον αριθμό 1-888-982-3862.

| | |
|---|---|
| Gujarati - | તમારે કોઇ જાતના ખર્ચ વિના ભાષાની સેિઓની પહોૂર માટે, કોલ કરો 1-888-982-3862. |
| Hawaiian - | No ka wala'au 'ana me ka lawelawe 'ōlelo e kahea aku i kēia helu kelepona 1-888-982-3862 Kāki 'ole 'ia kēia kōkua nei. |
| Hindi - | आपके लिए बिना किसी कीमत के भाषा सेवाओं का उपयोग करने के लिए, 1-888-982-3862 पर कॉल करें। |
| Hmong - | Xav tau kev pab txhais lus tsis muaj nqi them rau koj, hu 1-888-982-3862. |
| Igbo - | Iji nwetaòhèrè na ọrụ gasị asụsụ n'efu, kpọọ 1-888-982-3862. |
| Ilocano - | Tapno maaksesyo dagiti serbisio maipapan iti pagsasao nga awan ti bayadanyo, tawagan ti 1-888-982-3862. |
| Indonesian - | Untuk mengakses layanan bahasa tanpa dikenakan biaya, hubungi 1-888-982-3862. |
| Italian - | Per accedere ai servizi linguistici, senza alcun costo per lei, chiami il numero 1-888-982-3862. |
| Japanese - | 言語サービスを無料でご利用いただくには、1-888-982-3862 までお電話ください |
| Karen - | လၢတၢ်ကမၤနၢ်ကျိာ်အတၢ်မၤစၢၤအတၢ်ဖံးတၢ်မၤတဖၣ်လၢတအိၣ်ဒီးအပှ့ၤလၢ ကၢၣ်ဟ့ၣ်အီၤအဂီၢ်ဘၣ်နုာ် ကိး 1-888-982-3862 တက့ၢ်. |
| Korean - | 무료 언어 서비스를 이용하려면 1-888-982-3862 번으로 전화해 주십시오. |
| Kru-Bassa - | M dyi wuḍu-dù kà kò ḍò bĕ dyi mɔuń nì Pídyi ní, nìí, ḍá nɔ̀bà nià kɛ: 1-888-982-3862. |
| Kurdish - | بۆ دەستڕاگەیشتنی خزمەتگوزاری زمان بەبێ تێچوون بۆ تۆ، پەیوەندی بکە بە ژمارەی 1-888-982-3862 |
| Laotian - | ເພື່ອເຂົ້າໃຊ້ການບໍລິການພາສາໂດຍບໍ່ເສຍຄ່າຫຍັງກັບທ່ານ, ໃຫ້ໂທຫາເບີ 1-888-982-3862. |
| Marathi - | कोणत्याही शुल्काशिवाय भाषा सेवा प्राप्त करण्यासाठी 1-888-982-3862 वर फोन करा. |
| Marshallese - | Nan etal nan jikin jiban ikijen Kajin ilo an ejelok onen nan kwe, kirlok 1-888-982-3862. |
| Micronesian Pohnpeyan - | Pwehn alehdi sawas en lokaia kan ni sohte pweipwei, koahlih 1-888-982-3862. |
| Mon-Khmer Cambodian - | ដើម្បីទទួលបានសេវាកម្មភាសាដោយឥតគិតថ្លៃពីលោកអ្នក មូលនិធិទទួលបានទាំងស្រុង 1-888-982-3862។ |
| Navajo - | T'áá ni nizaad k'ehjí bee níká a'doowol doo bą́ą́h ílínígóó kojį' hólne' 1-888-982-3862. |
| Nepali - | निःशुल्क भाषा सेवा प्राप्त गनन 1-888-982-3862 मा टेलिफोन गनुनहोस् । |
| Nilotic-Dinka - | Të kɔɔr yïn wëër de thokic ke cïn wëu kɔr keek tënɔŋ yïn. Ke cɔl kɔc ye kɔc kuɔny ne nɔmba 1-888-982-3862. |
| Norwegian - | For tilgang til kostnadsfri språktjenester, ring 1-888-982-3862. |

Pennsylvania Dutch - Um Schprooch Services zu griege mitaus Koscht, ruff 1-888-982-3862.

Persian - برای دسترسی به خدمات زبان به طور رایگان، با شماره 1-888-982-3862 تماس بگیرید

Polish - Aby uzyskać dostęp do bezpłatnych usług językowych proszę zadzwonoć 1-888-982-3862.

Portuguese - Para acessar os serviços de idiomas sem custo para você, ligue para 1-888-982-3862.

Punjabi - ਤੁਹਾਡੇ ਲਈ ਬਿਨਾਂ ਬਿਸੇ ਿੀਮਤ ਵਾਲੀਆਂ ਭਾਸ਼ਾ ਸੇਵਾਂ ਦੀ ਵਰਤੋਂ ਰਿਨ ਲਈ, 1-888-982-3862 'ਤੇ ਫ਼ੋਨ ਰਿ।

Romanian - Pentru a accesa gratuit serviciile de limbă, apelați 1-888-982-3862.

Russian - Для того чтобы бесплатно получить помощь переводчика, позвоните по телефону 1-888-982-3862.

Samoan - Mo le mauaina o auaunaga tau gagana e aunoa ma se totogi, vala'au le 1-888-982-3862.

Serbo-Croatian - Za besplatne prevodilačke usluge pozovite 1-888-982-3862.

Spanish - Para acceder a los servicios de idiomas sin costo, llame al 1-888-982-3862.

Sudanic-Fulfulde - Heeba a nasta jangirde djey wolde wola chede bo apelou lamba 1-888-982-3862.

Swahili - Kupata huduma za lugha bila malipo kwako, piga 1-888-982-3862.

Syriac - ܠܩܒܠܐ ܕܚܝܠܘܬܐ ܕܠܫܢܐ ܡܓܢ ܠܟ، ܩܪܝ ܥܠ ܡܢܝܢܐ 1-888-982-3862.

Tagalog - Para ma-access ang mga serbisyo sa wika nang wala kayong babayaran, tumawag sa 1-888-982-3862.

Telugu - మీరు భోషా నేవలను ఉచితంగ అందుకున ఒదుకు, 1-888-982-3862 కు కాల్ చేయండి.

Thai - หากท่านต้องการเข้าถึงการบริการทางด้านภาษาโดยไม่มีค่าใช้จ่าย โปรดโทร 1-888-982-3862.

Tongan - Kapau 'oku ke fiema'u ta'etōtōngi 'a e ngaahi sēvesi kotoa pē he ngaahi lea kotoa, telefoni ki he 1-888-982-3862.

Trukese - Ren omw kopwe angei aninisin eman chon awewei (ese kamo), kopwe kori 1-888-982-3862.

Turkish - Sizin için ücretsiz dil hizmetlerine erişebilmek için, 1-888-982-3862 numarayı arayın.

Ukrainian - Щоб отримати безкоштовний доступ до мовних послуг, задзвоніть за номером 1-888-982-3862.

Urdu - بالقیمت متعلق خدمات حاصل لصال کے ینرک کے ےیل 1-888-982-3862 پر بات کریں۔

Vietnamese - Nếu quý vị muốn sử dụng miễn phí các dịch vụ ngôn ngữ, hãy gọi tới số 1-888-982-3862.

Yiddish - צו צוטריט ֿפאַרשּ ַ ֿ ַ רשּ שּפראַך באַדינונגען אין קיין ֿפרייַז צו אייך, רופן 1-888-982-3862

Yoruba - Lati wọnú awọn iṣẹ èdè l'ọfẹ fun ọ, pe 1-888-982-3862.

# EXHIBIT B

# ClearStaff

**THIS HANDBOOK IS NOT AN EMPLOYMENT CONTRACT.**

These policies do not constitute a contract. Neither these policies nor any of its individual terms or any other policy statement, employment practice or employment form used by the Company constitute or represent binding contractual commitments between the Company and any of its employees or a guarantee or assurance of continued employment. Contracts relating to duration of employment, compensation or benefits can only be established by a written agreement signed by both the employee and the President of ClearStaff.

The Company and its employees enjoy an at-will employment relationship. This means that the employment relationship is for no definite or determinable period and, regardless of salary or rate of pay, may be terminated at any time by either the employee or the Company for any reason, with or without cause and with or without warning or notice. Furthermore, the Company reserves the right to modify or eliminate benefits and policies without prior notice to you.

7501 S. Lemont Road – Suite 220 Woodridge, IL 60517
630-985-0100 Fax: 630-985-2100

**Company Profile**

ClearStaff is a company committed to providing personalized service within the clerical, skilled industrial and light industrial staffing segments.

ClearStaff is a full service staffing company offering direct hire, temp-to-hire, temporary and pay rolling services throughout Chicago and the suburbs surrounding Chicago.

Founded in July of 1997, we have progressively increased the number of customers and placements through a quality process of interviewing, testing, screening and matching each applicant to an open job order.

We view our service employees as an integral part of our organization and strive to provide the best work assignments and work environments possible.

## I. BASIC POLICIES

## EQUAL EMPLOYMENT OPPORTUNITY POLICY

The Company encourages all employees to treat one another with dignity and respect. It is our policy to provide equal employment opportunities without regard to an individual's race, color, religion, creed, sex, sexual orientation, age, marital status, disability (physical or mental), national origin, Vietnam era veteran or qualified disabled veteran status, or any other protected status under the law. Each individual has the right to work in a professional atmosphere, which promotes equal opportunity and prohibits discriminatory practices and treatment. It is the policy of the Company to recruit, hire, train, promote, compensate and otherwise deal with all applicants and employment in accordance with this policy. At ClearStaff discriminatory treatment, whether verbal, physical or environmental, is unacceptable and will not be tolerated. ClearStaff prohibits any discipline, discharge, or differential terms, conditions and privileges of employment on the basis of protected status, whether engaged in by an employee or a customer.

Individuals who believe they have been subjected to discrimination should report the incident to his/her immediate ClearStaff supervisor/manager, or the President of ClearStaff  We will follow the procedure in the anti-harassment policy when investigating.

## ANTI-HARASSMENT POLICY AND PROCEDURE

It is the policy of ClearStaff to maintain a working environment free from all forms of harassment, whether sexual, racial, ageist, or any other prohibited basis. Employees are not expected to tolerate harassment by a co-worker, supervisor, management, or any third party, including Customers and vendors.

     A.    Definitions

## PROHIBITION OF HARASSMENT

Harassment in general is written, verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his or her race, color, religion, gender, national origin, age, disability or other protected basis, or that of his or her relatives, relatives, friends, or associates and

\* Has the purpose or effect of unreasonably interfering with an individual's work performance, or
\* Has the purpose or effect of creating an intimidating, hostile, or offensive work environment, or
\* Has an adverse effect on an individual's employment opportunities.

Sexual Harassment includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when

1. Submission to such conduct is made either explicitly or implicitly a term or condition of employment, or

2. Submission to or rejection of such conduct is used as a basis for making employment decisions affecting the individual, or
3. Conduct has the purpose or effect of unreasonably interfacing with an individual's work performance, or
4. Conduct has the purpose or effect of creating an intimidating, hostile, or offensive work environment.

Examples of sexual harassment include, but are not limited to:

- Uninvited touching or hugging
- Requesting sexual favors for rewards related to work
- Suggestive jokes of a sexual nature
- Sexual pictures or displays
- Continuing unwelcome flirtation or propositions
- Obscene gestures or sounds
- Written notes or e-mail communications of a sexual nature

     B.     Procedure

**REPORTING DISCRIMINATION AND HARASSMENT**

Any employee, who feels that he or she has been the victim of harassment even if the alleged harassment has occurred at the employee's place of assignment, must first notify his or her ClearStaff supervisor/manager and/or the ClearStaff President directly. Absolute confidentiality cannot be promised; however, disclosure will only be made on a need-to-know basis. Any employee who wishes to report, in good faith, an incident of harassment may do so without fear of reprisal. Employees never should make a complaint of discrimination or harassment to a supervisor of other person he or she believes is engaging in unlawful conduct.

Employees may also make any complaint of discrimination or harassment through a special hotline that ClearStaff has set up: 1-833-233-2355. If you do not complain in one of these ways, we cannot investigate – we want to investigate any issues as soon as we learn of them. While there is no passage of time by which an employee must make a complaint, the sooner the better so that if something wrong is occurring, we can try and correct it.

Employees may also complain to the Illinois Department of Human Rights – 312-814-6200 – or the Illinois Attorney General's office – 877-581-3692. Employee can call either of these two state governmental agencies regardless of their immigration status.

Absolute confidentiality cannot be promised; however, disclosure will only be made on a need-to-know basis. Any employee who wishes to report, in good faith, an incident of harassment may do so without fear of reprisal.

Appropriate management and/or supervisory personnel will investigate complaints of harassment and, if warranted, will take prompt corrective action. Such action may include discipline, up to and including termination of the offending employee or employees.

## AMERICANS WITH DISABILITIES ACT (ADA)

If you have a disability and are qualified to do your job, you may be entitled to a reasonable accommodation to assist you in performing the essential job functions of your position. Essential functions are the fundamental job duties that you must be able to perform on your own or with the help of a reasonable accommodation. Reasonable accommodation is any change or adjustment to a job or work environment that permits a qualified applicant or employee with a disability to participate in the job application process, to perform the essential functions of a job or to enjoy benefits and privileges of employment equal to those enjoyed by employees without disabilities.

If you believe you may be entitled to a reasonable accommodation, please see your immediate ClearStaff supervisor or the ClearStaff President (also review the Family & Medical Leave policy in the event you might be eligible).

## NON-SOLICITATION POLICY

In order to protect employees from annoyance, harassment, and interference with their work and to maintain a workplace free of undue litter, ClearStaff has adopted the following rules concerning solicitation and distribution of literature.

Employees shall not engage in solicitation of any kind during working hours. "Solicitation" includes, among other things, sales of product or raffle tickets, requests for donations or contributions, solicitations for lotteries or sport pools, and solicitation for membership in or support of any organization or cause.

Employees shall not distribute literature in working areas at any time.

Employees can distribute literature in the kitchen area during non-working time with the prior approval of management, and can post on the designated employee bulletin board in the kitchen.

Non-employees shall not be permitted to distribute literature or solicit employees at any time on ClearStaff property.

As used in these rules, the term "working time" means the period of time that an employee is supposed to be performing his job duties. It includes the time when either the employee soliciting or distributing literature is supposed to be working. "working time" does not include free time such as lunch, breaks, or before or after work.

Official bulletin boards are to be used only by ClearStaff for official company notices. Employees may not post any notices on official bulletin boards.

## PROGRESSIVE DISCIPLINE SYSTEM

ClearStaff generally uses this system as a corrective measure for those individuals who violate ClearStaff's rules and policies. These actions are taken only to reduce problem areas so that all employees can work together. In no way are they meant to punish or embarrass an employee, but to discourage and prevent repetition of actions that interfere with orderly and proper operation.

A first verbal notice will be given for repeated minor offenses or any major violation.

The second notice will be written and may result in a disciplinary suspension without pay.

The third incident will result in dismissal.

Depending upon the severity of the act, ClearStaff may not use progressive discipline. ClearStaff reserves the right to discharge an employee for any lawful reason, including business reasons.

## WORK RULES

Since close teamwork is the heart of our operation, it is essential that all employees follow certain rules. These rules are designed to promote maximum efficiency and cooperation on the job and by following them; you can do much to contribute to the success of ClearStaff and to the efforts of your fellow employees.

Violation of any of the following work rules is subject to corrective disciplinary action, such as verbal warning, written warning, disciplinary suspension and immediate termination:

Each Customer has an established reporting time. You are expected to be in your work area at the appointed time.

Report to work on time, ready to work at the beginning of your scheduled starting time.

If you are going to be late or absent for any reason, telephone your ClearStaff supervisor within 30 minutes of your scheduled starting time. Explain why you are late and/or absent and when you expect to return. It is your responsibility to ensure that proper notification is given to ClearStaff.

Report to your immediate supervisor if leaving early.

Employees or a friend or relative must call personally when an employee in the hospital or jail or in some other circumstance where the employee is unable to call personally. If this is the case, documentation will be required to substantiate the hospitalization or incarceration.

You may be required to provide documentation for a single day off of work. A doctor's note will be required if absent for two or more days.

Do not punch or alter the time sheet/card of another employee.

Hourly (non-exempt) employees punch in and out at the beginning and end of their workday and for lunch.

Employees may not leave the building during break time.

Violation of the harassment, discrimination, and retaliation policies is prohibited.

Employees must have any overtime work approved <u>in advance</u> by their supervisor.

Keep your work area clean for safety and organization. Obey your department safety rules.

Obey NO SMOKING signs.

Personal phone calls should not be accepted during working hours. Personal phone calls must be made during break or at lunchtime from a pay phone or cell phone. Nonetheless, any incoming call of an urgent or emergency nature relating to the employee will be treated as a priority matter, locating and informing the person concerned.

No personal visitors are allowed in any work areas without prior approval from your supervisor.

Appropriate attire must be worn at all times.

Use of alcohol or engaging in gambling on Customer premises is prohibited.

Consumption of alcohol during breaks or at lunchtime in the work place is prohibited.

Reporting to work in an unfit or intoxicated condition or under the influence of a controlled substance is prohibited.

Possession of intoxicants or controlled substances on a Customer's premises is prohibited.

Sleeping, loafing or spending unnecessary time away from your work is prohibited.

Doing personal work on Customer time is prohibited.

Indecent or disorderly conduct on Customer's premises is prohibited.

Removal or willful destruction of a Customer, or another employee's property is prohibited.

Possession of firearms, fireworks or explosives on a Customer's premises without permission from management is prohibited.

Solicitation, distribution, vending on a Customer's premises is prohibited.

Falsification of any Customer's documents is prohibited.

Releasing confidential information, meaning that which is not known outside of ClearStaff, relating to ClearStaff business operations. This work rule does not prohibit employees from discussing their wages, benefits and other terms and conditions of employment with others.

Personal or inappropriate use of electronic and telecommunications systems belonging to the Customer is forbidden. Employees are prohibited from uploading or downloading any personal software programs into the Customer's computers. Employees are prohibited from using another person's password or permitting a third party to use their passwords. All such systems are the property of the Customer, and the Customer is entitled to use any legal means to monitor and prohibit use of its systems.

## RESOLVING WORK RELATED PROBLEMS

It is important that your work-related problems, regardless of the degree of their severity, be brought out into open and resolved rapidly and fairly. To resolve your problems, we may take either a formal or an informal approach. We encourage you to use the informal approach whenever possible; however, we also may choose the formal approach. In either instance, management will give serious consideration to your problem and make every effort to resolve the issue in an acceptable manner. At all times, it is our goal as a Company to resolve associate problems through cooperative, face-to-face communication.

Employees can use these procedures if unhappy with a written notice they've been given, if they feel they were treated unfairly, or for their termination.

1. - THE INFORMAL APPROACH
You are encouraged to discuss your problems informally with your immediate supervisor at ClearStaff, within three days of an incident. It is the responsibility of your supervisor to listen attentively to the problem and to explain the appropriate ClearStaff policy; your supervisor will obtain any needed information and determine the action or adjustment necessary. Your supervisor will then discuss the decision with you.

If the nature of the problem is such that you feel you cannot have a discussion with your immediate ClearStaff Inc. supervisor, contact ClearStaff management.

2. - THE FORMAL APPROACH
If the outcome of the "Informal Approach" is not to your satisfaction, contact ClearStaff management, in writing, within seven calendar days of the incident, discussing the incident with your supervisor. The written report must contain the employee's statement of the incident. ClearStaff will schedule a meeting for the employee with other members of management. A decision will be given to the employee within three working days of the meeting.

This process should not be used if you have a complaint of discrimination, harassment or retaliation. Use the process set forth earlier under "Reporting Discrimination and Harassment."

## AVAILABILITY

As an employee of ClearStaff, you must report your availability weekly to the ClearStaff office that hired you no later than Tuesday of the current week and/or when your current job assignment ends. Failure to do so will indicate that you are not available for work for the current week.

## II. LEAVES OF ABSENCE

### FUNERAL LEAVE

After ninety calendar days of employment, your supervisor will authorize up to three consecutive days off from your regularly scheduled workweek in the event an immediate family member dies. Your immediate family is considered to be your mother, father, current spouse, domestic partner, son, daughter, sister or brother. One day off will be granted to attend funeral services for parents-in-law, grandparents or grandchildren. If the services are out of town and require additional time off, it can be requested and approved by your supervisor. All time off will be without pay.

In the event of the death of an employee's child, where that employee is eligible for leave under the FMLA, the employee can take up to 10 work days off between the period he is notified of the death of a child and sixty days thereafter. The employee shall provide 48 hours advance notice where reasonable or practicable. The leave can be used to attend a funeral or service, make any arrangements necessitated by the death, and to grieve the death. The Company may require documentation of the need for leave, such as a death certificate, obituary, notice from the funeral home, etc...

"Child" means an employee's son or daughter who is a biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person standing in *loco parentis*.

The time off is unpaid, but the employee may use accrued paid leave if available. The employer cannot force the employee to use paid accrued leave.

In the unfortunate event where there is more than one child's death in a 12 month period, thehe employee has the right to 6 weeks off, but in no event can the time taken off exceed the leave time the employee has available under the FMLA.

### JURY DUTY

Upon notification of jury duty, notify your ClearStaff supervisor immediately. The time off will be without pay.

### MILITARY DUTY

Upon notification of duty, notify your ClearStaff supervisor immediately. Time off and return to work will be handled as required by law.

## SCHOOL VISITATION

Certain employees are eligible for time off to allow parents to attend primary and secondary school conferences or classroom activities related to the employee's child if the conference or classroom activities cannot be scheduled during non-working hours. For purposes of this policy, "child" includes biological, adopted, foster children, stepchildren, and legal wards.

Eligibility

You are eligible for this time off if:

> (1) you have been employed by ClearStaff for at least six (6) consecutive months preceding each specific request for time off; and

> (2) you have averaged at least twenty hours of work per week during that period.

You may only request this leave if you have exhausted all available accrued paid days off and other available leave, with the exception of sick and disability leave.

Available Time Off

Eight hours of leave per school year (August - June) are available to you. Time increments will be granted at the rate of one to four hours per day. No more than four hours may be used at any one time.

Scheduling the Time Off

Before you schedule the conference or activity, you are required to do the following:

> (1) meet with your immediate ClearStaff supervisor to schedule the time off so as not to unreasonably disrupt our business operations; and

> (2) provide your immediate ClearStaff supervisor with a written request for time off at least seven (7) calendar days in advance of the requested time off. In emergency situations, you must provide your immediate supervisor with no less than twenty-four (24) hours written notice.

Verification Required

You must submit verification of your attendance at the conference or activity to your immediate supervisor on a form provided by the school. If this verification is not submitted within two (2) working days of the time off, you will be subject to discipline as for any other unexcused absence.

Effect on Wages

You will not be paid for any time taken off. If possible, and at the complete discretion of

management, you may be given an opportunity to make up the time taken off.

## LEAVE FOR VICTIMS OF DOMESTIC AND SEXUAL VIOLENCE

<u>Eligibility</u>

Any employee who is a domestic or sexual violence victim, or who has a family or household member who is a domestic or sexual violence victim, "Household member" includes same-sex domestic partners.

There is no length of service requirement or number of hours requirement for leave related to domestic or sexual violence ("DVL").

Men and women are eligible for DVL.

Persons who are responsible for the commission of the domestic or sexual violence are ineligible for DVL.

<u>Amount of Leave</u>

The employee may take up to 12 weeks unpaid leave in a 12-month period to address the issues relating to the domestic or sexual violence. The 12-month period begins on the first day of DVL.

<u>Purposes for Which DVL May Be Taken</u>

DVL may be taken for medical treatment for, or recovery from, injuries inflicted as a result of domestic or sexual violence, including psychological injuries; receiving services from a victim services agency; counseling; working on safety planning or relocation; and to seek legal assistance and participation in the legal process.

<u>Interplay with FMLA</u>

Depending on whether (a) the employee is eligible for leave under the Family and Medical Leave Act ("FMLA"), and (b) the purpose for which the leave is taken is covered by the FMLA, DVL may run concurrently with leave taken under the FMLA.

<u>Certification of the Need for DVL</u>

Certification of the need for DVL is required. Depending on the circumstances, this may be documentation from a victim's services organizer, medial professional or clergy from whom help was sought, or police report or court record, the employee's sworn statement or other material.

<u>How DVL May Be Taken</u>

DVL may be taken intermittently or on a reduced work schedule.

## Substitution of Paid Leave

If the employee has accrued but unused sick or vacation time available, she may use it as part of her DVL.

## Notice of Need for DVL

If the need for DVL is foreseeable, i.e., a previously scheduled court date or counseling appointment, 48 hours notice is required. If the employee will be off for more than 5 days, she will be required to report periodically on her status concerning her intent to return to work.

If an unscheduled absence occurs, the absence will not be counted against the employee for purposes of disciplinary action if she provides certification within a reasonable period after the absence.

## Effect on Health Insurance Benefits

Health insurance benefits, if an employee receives them, will be maintained during DVL at the same level of contribution as if the employee was not on DVL. If the employee fails to return from DVL, the Company may seek to recover the premiums it paid on the employee's (and employee's family's, if applicable) behalf.

## Restoration

The employee will be restored to the same or equivalent position as the one she held before DVL commenced.

## No Discrimination

The Company does not discriminate against any employee who is a victim of domestic or sexual violence, or uses DVL.

## Reasonable Accommodation

If the employee can perform the essential functions of her position, the Company will reasonably accommodate the employee where necessary by adjusting a job structure (i.e., changing her work hours), workplace facility (i.e., putting the employee in plain view if she was isolated, or making her work station more difficult to access) or work requirement (i.e., reducing out-of-office responsibilities so that she is less likely to encounter her abuser, changing a telephone number or implementing other safety procedures).

## FAMILY AND MEDICAL LEAVE POLICY

This policy covers employees who have worked twelve months and at least 1,250 hours in the twelve months preceding the need for leave. The twelve months need not be consecutive months, but any time worked prior to a break in service of at least seven years will not be counted unless National Guard service or military service is involved.

*Purposes for Which Leave May be Taken*

Eligible employees may take no more than twelve weeks of unpaid leave, for any of the following purposes:

▶ the birth of a child, and to care for such child or the placement of a child for adoption or foster care ("Parental Leave");

▶ to care for the employee's seriously ill spouse, child or parent ("Medical Leave");
▶ because of a serious health condition that makes the employee unable to perform his or her job function ("Medical Leave");

▶ any "qualifying exigency" arising out of the fact that an employee's spouse,[1] child,[2] or parent[3] is on active military duty, or has been notified of an impending call to active military duty status, in support of a contingency operation ("Military Family Leave – Qualifying Exigency").

An eligible employee who is the spouse, son, daughter, parent, or next of kin[4] of a covered service member who is recovering from a serious illness or injury sustained in the line of duty while on active duty is entitled to up to 26 weeks of leave in a single 12-month period to care for the service member ("Military Family Leave - Serious Illness or Injury").

A "rolling" 12-month period measured backwards from the date the need for leave becomes apparent or is requested will be used for computing the period within which the 12 weeks of leave may be taken.

---

[1] "Spouse" means a husband or wife as defined or recognized under State law for purposes of marriage in the State where the employee resides, including common law marriage in States where it is recognized.
[2] "Child," "son", and "daughter" mean a biological, adopted, or foster child, a stepchild, a legal ward, or a child of a person standing in loco parentis, who is either under age 18, or age 18 or older and "incapable of self-care because of a mental or physical disability" at the time that FMLA leave is to commence.
[3] "Parent" means a biological, adoptive, step or foster father or mother, or any other individual who stood in loco parentis to the employee when the employee was a son or daughter. This term does not include parents "in law."
[4] "Next of kin" means the nearest blood relative other than the covered service member's spouse, parent or child, in the following order of priority: Blood relatives who have been granted legal custody of the covered service member by court decree or statutory provisions, brothers and sisters, grandparents, aunts and uncles, and first cousins, unless the covered service member has specifically designated in writing another blood relative as his or her nearest blood relative for purposes of military caregiver leave under the FMLA.

*Plan Provisions Generally*

► An employee is not eligible for unemployment pay while on leave.

► The employee is expected to give his/her supervisor at least 30 days advance notice of leave, to the extent advance notice is practicable (usually within a day or two of when the need becomes known), for all leaves other than qualified exigency leaves. If you fail to give the required advance notice for leave which is foreseeable, the Company may delay your taking leave until at least 30 days after the notice is provided.

► When your request for leave is not foreseeable, verbal notification of the need for leave is expected as soon as practicable.

► If the employee subsequently requests leave for a reason for which he has already taken leave, all such requests must either reference this policy or\ the qualifying reason for the initial leave.

► Your request for leave should provide the Company with the reason the leave is needed, anticipated duration of leave and the anticipated start date of the leave.

► The Company will notify an employee concerning whether he has met the hours/months/geographic requirements within five business days of first receiving notice of the need for leave, absent extenuating circumstances.

► The Company will require that the employee complete a request form, and may require the employee, within fifteen (15) calendar days of the day the request is first made, to submit certification from a health care provider to substantiate that the leave is due to the serious health condition of the employee or the employee's immediate family member. Failure to comply with these requirements may result in a delay of the leave. Similarly, certification will be required for either type of military family leave.

► Family/medical leave is unpaid leave, although you may be eligible for short-term disability or workers' compensation benefits under an insurance plan.

► You are required to use any accrued vacation or sick leave during any time off under this policy.

► Your family/medical leave runs concurrently with other types of leave (i.e., paid vacation, state family leave laws, etc.). For more information regarding use of your accrued paid time off, or eligibility for disability and/or workers compensation insurance payments, contact the Human Resources Department.

► Intermittent leave[5] or leave on a reduced leave schedule[6] may be taken in cases of medical necessity"[7] in order to care for one's self, a covered family member or a covered service member.

►An employee's health insurance coverage, if any, will be maintained at the same level/contribution during leave as if the employee had not been on leave. Employees on leave must make arrangements to pay their share of the premiums during the leave. If an employee fails to make timely payments, the Company will provide notice to the employee with an opportunity to cure the deficiency before coverage is cancelled.

►An employee may be required to report periodically on his status and intent to return to work.

*Parental Leave*

►If leave is taken for the birth of a child, or for placement of an adopted or foster child, it must be taken in a block, up to twelve weeks. The leave entitlement ends on the 12 month anniversary of the birth or placement.

►In cases where both spouses work for the Company, leave for birth or placement for adoption or foster care is limited to a combined total of 12 work weeks. However, each employee is entitled to separate leave (if any remains) with regard to caring for him or herself.

►The Company may, at its option, offer an employee intermittent or reduced leave for time to bond with a child placed for adoption or foster care.

*Medical Leave*

►A serious health condition means an illness, injury, impairment or physical or mental condition that involves one of the following:

♦any period of incapacity[8] or treatment[9] in connection with or consequent to in- patient care (overnight stay required);

♦any period of incapacity requiring an absence of more than three (3) calendar days

---

[5] Intermittent leave is FMLA leave taken in separate blocks of time due to a single qualifying reason.
[6] A reduced leave schedule is a leave schedule that reduces an employee's usual number of working hours per workweek, or hours per workday. A reduced leave schedule is a change in the employee's schedule for a period of time, normally from full- time to part-time.
[7] "Medical necessity" means there must be a medical need for leave and it must be that such medical need can be best accommodated through an intermittent or reduced leave schedule.
[8] "Incapacity," for purposes of this policy, means inability to work, attend school or perform other regular daily activities due to the serious health condition, its treatment or recovery)
[9] "Treatment," for purposes of this policy, includes (but is not limited to) examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

that also involves two visits to a health care provider. The two visits must occur within 30 days of the beginning of the period of incapacity (unless extenuating circumstances beyond the employee's control keeps the second visit from occurring) and the first visit to the health care provider must take place within seven days of the first day of incapacity;

♦any period of incapacity requiring an absence of more than three (3) calendar days plus a regimen of continuing treatment.[10] The first visit to the health care provider must take place within seven days of the first day of incapacity.

♦continuing treatment by a health care provider for a chronic or long-term health condition that is incurable or so serious that if not treated would likely result in a period of incapacity of more than three (3) calendar days. There must be at least two visits to a health care provider per year; and

♦pregnancy or prenatal care (including morning sickness).

►Calling in "sick" is insufficient to inform the Company that an employee needs leave.

►If medical leave is taken to care for one's self or a family member, the Company requires medical certification from a health care provider regarding the need to take the leave. The Company may provide a statement of the employee's essential job functions for the health care provider to review. All health certificates will be treated as confidential medical records, and will be segregated from normal personnel records. The Company may also require status reports in the case of a prolonged illness.

►The Company may request recertification of the serious health condition in less than 30 days if: (i) the employee requests an extension of leave; (ii) circumstances described by the previous certification have changed significantly (*e.g.*, the duration or frequency of the absence, the nature or severity of the illness, complications); or (iii) the Company receives information that casts doubt upon the employee's stated reason for the absence or the continuing validity of the certification. In all other circumstances, if the medical certification indicates that the minimum duration of the condition is more than 30 days, the Company will until that minimum duration expires before requesting a recertification.

►Where the employee's need for leave due to the employee's own serious health condition, or the serious health condition of the employee's covered family member, lasts beyond a single leave year, the Company may require the employee to provide a new medical certification in each subsequent leave year.

---

[10] A "regimen of continuing treatment" includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition (e.g., oxygen). A regimen of continuing treatment that includes the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider, is not, by itself, sufficient to constitute a regimen of continuing treatment for purposes of FMLA leave.

►When planning medical treatment, the employee must consult with the Company and make a reasonable effort to schedule the treatment so as not to disrupt unduly the Company's operations, subject to the approval of the health care provider. Employees are ordinarily expected to consult with the Company prior to the scheduling of treatment in order to work out a treatment schedule which best suits the needs of both the Company and the employee.

►The Company requires physician certification that an employee is fit to return to work.

►Medical leave may be taken as a block, periodic leave or a reduced work schedule.

►The maximum 12 work weeks of family leave can be taken continuously or, under certain circumstances and with the Company's approval, periodically, on a reduced leave schedule such as two days a week, or intermittently. The Company may, in its discretion, transfer the employee, on a temporary basis, to a position better suited to the employee's schedule to accommodate this need. This position will have pay and benefits equivalent to the original position.

*Military Family Leave – Qualifying Exigency*

►"Qualifying exigencies" include:  short-notice deployment; military events and related activities; childcare and school activities; financial and legal arrangements; counseling; rest and recuperation; post-deployment activities; and (8) additional activities not encompassed in the other categories, but agreed to by the Company and employee.

♦With respect to short-notice deployment, leave is available to address any issue that arises from the fact that a covered military member is notified of an impending call or order to active duty in support of a contingency operation seven or less calendar days prior to the date of deployment. Leave taken for this purpose can be used for a period of seven calendar days beginning on the date a covered military member is notified of an impending call or order to active duty in support of a contingency operation.

♦With respect to military events and related activities, leave is available to attend any official ceremony, program, or event sponsored by the military that is related to the active duty or call to active duty status of a covered military member; and to attend family support or assistance programs and informational briefings sponsored or promoted by the military, military service organizations, or the American Red Cross that are related to the active duty or call to active duty status of a covered military member.

♦With respect to childcare and school activities, leave is available (i) to arrange for alternative childcare when the active duty or call to active duty status of a covered military member necessitates a change in the existing childcare arrangement; (ii) to provide childcare on an urgent, immediate need basis (but not on a routine, regular, or everyday basis) when the need to provide such care arises from the active duty or call to active duty status of a covered military member for a child; (iii) to enroll in or transfer to a new school or day care facility a child when enrollment or transfer is necessitated by the active duty or call to active duty status of a covered military member; and (iv) to attend meetings with staff at a school or

a daycare facility, such as meetings with school officials regarding disciplinary measures, parent-teacher conferences, or meetings with school counselors, for a child when such meetings are necessary due to circumstances arising from the active duty or call to active duty status of a covered military member.

♦With respect to <u>financial and legal arrangements</u>, leave is available (i) to make or update financial or legal arrangements to address the covered military member's absence while on active duty or call to active duty status, such as preparing and executing financial and healthcare powers of attorney, transferring bank account signature authority, enrolling in the Defense Enrollment Eligibility Reporting System (DEERS), obtaining military identification cards, or preparing or updating a will or living trust; and (ii) to act as the covered military member's representative before a federal, state, or local agency for purposes of obtaining, arranging, or appealing military service benefits while the covered military member is on active duty or call to active duty status, and for a period of 90 days following the termination of the covered military member's active duty status.

♦With respect to <u>counseling</u>, leave is available to attend counseling provided by someone other than a health care provider for oneself, for the covered military member, or for a child, provided that the need for counseling arises from the active duty or call to active duty status of a covered military member.

♦With respect to <u>rest and recuperation</u>, leave is available to spend time with a covered military member who is on short-term, temporary, rest and recuperation leave during the period of deployment. Eligible employees may take up to five days of leave for each instance of rest and recuperation.

♦With respect to <u>post-deployment activities</u>, leave is available (i) to attend arrival ceremonies, reintegration briefings and events, and any other official ceremony or program sponsored by the military for a period of 90 days following the termination of the covered military member's active duty status; and (ii) to address issues that arise from the death of a covered military member while on active duty status, such as meeting and recovering the body of the covered military member and making funeral arrangements.

►For foreseeable leave due to a qualifying exigency, notice must be provided as soon as practicable, regardless of how far in advance such leave is foreseeable.

►The first time an employee requests leave because of a qualifying exigency arising out of the active duty or call to active duty status of a covered military member, the Company will require the employee to provide a copy of the covered military member's active duty orders or other documentation issued by the military which indicates that the covered military member is on active duty or call to active duty status in support of a contingency operation, and the dates of the covered military member's active duty service. This information need only be provided to the Company once. A copy of new active duty orders or other documentation issued by the military shall be provided to the Company if the need for leave because of a qualifying exigency arises out of a different active duty or call to active duty status of the same or a different covered military member.

*Military Family Leave – Serious Illness or Injury*

►"Next of kin" may take leave to care for a service member (in addition to the spouse, parent or child of the service member).

► This military caregiver leave is available during "a single 12-month period" during which an eligible employee is entitled to a combined total of 26 weeks of all types of FMLA leave. This single 12-month period begins on the first day the employee takes leave to care for the service member and ends 12 months after that date, regardless of the fact that the Company uses a rolling 12 month period for other purposes.

►This is a one-time leave per service member, per injury/illness. This means –

♦If the same service member is involved, the employee is entitled to another 26 weeks only if a different illness or injury is involved.

♦If a different service member is involved, the employee may be eligible for another 26 weeks leave.

♦If there is an overlap in these two different military caregiving leaves, the employee is limited to 26 weeks in each "single 12-month" period.

►An employee taking leave under this section is only entitled to 12 weeks of leave for parental, medical or qualifying exigency reasons.

►Leave that qualifies as both leave to care for a covered service member and leave taken to care for a family member with a serious health condition during the ''single 12- month period'' will not be designated and counted as both leave to care for a covered service member and leave to care for a family member with a serious health condition.

►In cases where both spouses work for the Company and are eligible for leave, military caregiving leave is limited to a combined total of 26 work weeks during the "single 12-month period."

*Effect of Light Duty Work on FML Entitlement*

Time spent performing "light duty" work does not count against an employee's FML entitlement. The employee's right to restoration is held in abeyance during the period of time the employee performs light duty (or until the end of the applicable 12-month FMLA leave year). If an employee is voluntarily performing a light duty assignment, the employee is not on FML.

*Return to Work*

►At the end of leave, the employee is entitled to return to the same position that she/he held when the leave started or to an equivalent position with equivalent pay and benefits.

▶ Employees who return from leave are entitled to retain all previously accrued seniority and employment benefits. Seniority and benefits are not accrued to employees during the leave.

▶ An employee has no greater right to reinstatement or to other benefits and conditions of employment than if the employee had been continuously employed during the FMLA leave period.

▶ An employee who fraudulently obtains leave loses his right to job restoration.

*No Work While On Leave*

The taking of another job while on family/medical leave absence is grounds for immediate termination.

*Key Employees*

▶ It is possible that restoration to a job may not be extended to "key employees". A key employee is an exempt employee who is among the highest paid ten percent (10%) of all employees. The Company can deny a key employee restoration of his/her job if necessary to prevent substantial and grievous economic injury to the operations of the Company.

▶ Key employees requesting leave will be provided with notification of possible denial of reinstatement before the leave begins.

▶ If a key employee is notified that reinstatement will not occur, and he/she does not return to work, the employee still has rights. The key employee may request reinstatement at the end of the leave, and the Company will make a new determination as to whether substantial and grievous economic injury will occur at that time.

*Salary Increases/Discretionary Bonus/Commission Payments While On Leave*

▶ No changes to salary or hourly wage will be made during a leave of absence. The date the employee returns from his/her leave becomes the effective date of any increase that was due while the employee was on leave.

## LEAVES OF ABSENCE (WHEN LEAVE IS NOT AVAILABLE OTHERWISE)

Leaves of absence are available for all employees for medical, personal, funeral, jury duty or military reasons. Time off due to pregnancy or pregnancy-related conditions is considered a medical leave. The duration of a leave of absence shall be determined by a starting and ending date, previously agreed upon. All medical leaves require a medical statement from the attending physician. If an extension of the initial leave is required, a new leave form must be completed with beginning and ending dates, prior to the expiration of the initial leave unless circumstances make this an impossibility. If this is the case, the documentation must be truned in as soon as practicable.

Failure to return from the leave of absence will be considered a voluntary resignation of the employee.

Employees must contact their ClearStaff supervisor one week prior to the expiration of leave, to advise ClearStaff if they will be returning to work.

Upon return from a medical leave, the employee must present the supervisor with a physician's statement allowing the return to work.

Personal leaves are available at the request of the employee and approved or denied by the supervisor based on reasons for the leave and business needs.


## III. PAY MATTERS AND ENDING OF ASSIGNMENTS

### RESIGNATIONS/REFUSAL OF WORK

When your assignment ends, you must report to ClearStaff the next working day for your next job assignment. Failure to do so will indicate that you have voluntarily resigned from ClearStaff If you do not, we will consider you to have quit and this will affect your ability to collect unemployment insurance compensation benefits.

You are expected to complete any job assignment that you accept. Failure to report for work, after previously agreeing to work, will indicate that you have refused a job assignment AND voluntarily resigned from ClearStaff.

### TIME CARDS

Unless otherwise notified you are responsible to have your time card filled out appropriately and into our office for processing no later than Monday by 4:00 pm for the prior week's payroll. Remember to always take the employee copy for your records.

### PAYCHECKS

Paychecks are processed and ready for distribution typically by every Friday. Some exceptions are made when holiday weeks occur and there are times where equipment or software issues arise that may cause a delay.

If ClearStaff implements a direct deposit system, you will have an option to use that.

### OVERTIME

Overtime is paid for hours worked over 40 hours in a workweek. Overtime is paid at 1.5 times your rate of pay. You must receive prior approval from your supervisor to work overtime.

## BONUS PAY

ClearStaff would like to reward our employees whenever they go above and beyond the expectation of performing well on the job. ClearStaff will provide bonus pay if/when:

Refer a Customer: If you are the first person to refer a company who utilizes staffing and ClearStaff develops a billable relationship with that customer you will receive $100.00. To be eligible ClearStaff must have billed a minimum of 100 hours with that customer.

## IV.  SAFETY

## WORK INJURY

ClearStaff carries workers' compensation insurance and requires that any worker injured on the job report their injury or illness to the ClearStaff office immediately. Report your injury/illness to your placement coordinator at the local ClearStaff office.

## AVAILABLE MODIFIED DUTY

ClearStaff has developed a modified duty program that will allow our injured workers to return to work on modified duty status, either at a Customer or at ClearStaff by making accommodations for work restrictions when possible.

When the doctor has released you for modified duty you must immediately report to/call the local ClearStaff office so that we can give you a schedule for your modified duty. The length of any modified duty assignment will be determined on a case by case basis.

Failure to report will be considered an unexcused absence, and you will not be paid for any days missed. ClearStaff feels a strong commitment to providing gainful employment to our injured workers during their recovery from work related injuries, and we would appreciate your cooperation. If you have any questions or concerns, please call your ClearStaff supervisor or branch manager at the local office.

## V.    MISCELLANEOUS

## ADDRESS & TELEPHONE NUMBERS

If you have a change of address or phone number, please inform our office in order to update your file. Without this information you can lose the opportunity of getting future assignments if we are unable to contact you.

## I-9 DOCUMENTATION

Should your work authorization status change for any reason, or one of the documents you presented expires please notify your placement coordinator immediately.

## TRANSPORTATION

ClearStaff does not provide transportation to our customer sites. It is expected you will take responsibility to ensure you will arrive and leave work at the appropriate times scheduled for your assignment.

**THIS PAGE
INTENTIONALLY
LEFT BLANK**

**EMPLOYEE ACKNOWLEDGEMENT FORM**

The employee handbook describes important information about ClearStaff and I understand that I should consult the President of ClearStaff or the Branch Manager of the office from which I receive my assignments regarding any questions not answered in the handbook. I have entered into my employment relationship with ClearStaff which can terminate the relationship at will, with or without cause, at any time, without notice.

I understand that ClearStaff may supersede, modify, or eliminate existing policies without prior notice to me.

Furthermore, I acknowledge that this handbook is neither a contact of employment nor a legal document. I have received the handbook and I understand that it is my responsibility to read and understand the policies contained in this handbook, and any revisions made to it.

EMPLOYEE'S NAME (printed): _____

EMPLOYEE'S SIGNATURE: _____

DATE:_____