# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Staffing Services Association of Illinois, American Staffing Association, AllStaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., AllStaff Employment and Placement Services LLC,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor,  )<br><br>Defendant.  ) | Case No.: 1:23-cv-16208 |

## <u>DECLARATION OF CLARICE SHIU</u>

Clarice Shiu, being duly sworn, states the following under oath:

**I.** **Background**

1. I am over the age of eighteen years and have personal knowledge of the matters set forth herein. If sworn as a witness, I could testify completely to the facts set forth in this Declaration.

2. I am the Chief Executive Officer of M.M.D. Inc. d/b/a The AllStaff Group, Inc. ("AllStaff") which is a staffing company with offices in Northern Illinois and Wisconsin. AllStaff is affiliated with Management Registry, Inc. and Malone Workforce Solutions.

3. AllStaff primarily provides temporary labor to light industrial companies that have staffing needs in the warehouse, logistics, manufacturing, electronics, packaging and co-packaging industries. AllStaff has over 140 clients that I would consider to be light industrial companies.

4. Light industrial companies typically contract with AllStaff to provide labor they are unable to source themselves or to meet excess demand for labor that they cannot fill.

5. AllStaff and other staffing companies promote the growth of commerce and industry throughout the State of Illinois by helping their clients meet their staffing needs more efficiently than relying solely on directly-hired personnel. By relying on a staffing company, AllStaff's clients are able to compete more effectively insofar as the clients can focus on growing their businesses while outsourcing the task of sourcing and managing qualified individuals to perform the work that is needed.

6.      AllStaff excels at sourcing individuals that desire to work as temporary staff and invests substantial expenses in advertising, vetting, onboarding, and training individuals that desire to work on temporary assignments.

7.      AllStaff hires employees like any other employer through an application and screening process. AllStaff issues over 5,000 W2s in a typical year. In a typical week, AllStaff is a source of income for more than 2,000 people. Many of AllStaff's employees have relied on AllStaff for employment for more than three years.

8.      AllStaff employs both salaried staff and hourly staff. AllStaff's salaried staff consists of its executive employees, its sales personnel, its recruiters, its human resources personnel, its IT personnel, its safety personnel, and its finance personnel. AllStaff's Field Temporary Associates ("Field Temporary Associates") are hourly employees that serve as temporary labor as that term is defined by the Illinois Day and Temporary Labor Staffing Act (the "Act").

9.      Both the salaried staff and Field Temporary Associates are paid weekly. Like any other employer, AllStaff is responsible for the employer-side contributions for social security (*i.e.*, FICA) and Medicare, and AllStaff withholds payroll taxes in accordance with the employee's withholding preferences and IRS requirements. AllStaff makes remittances to the various taxing authorities, including the treasury for the state of Illinois and the Illinois Department of Employment Security.

10.     I have been working in the temporary staffing industry for over twenty years and have learned that many people prefer to work for a temporary staffing agency instead of a traditional employer.

11.     In my experience, AllStaff is often the preferred employer for its Temporary Field Associates because it offers immediate opportunities to earn an income. AllStaff also offers flexibility that allows students, caregivers, and those working seasonal full-time jobs, to work the hours they have available. AllStaff is more flexible than traditional employers because AllStaff offers opportunities to work full days or partial days, take weeks or months off at a time, and reject assignments for any reason. AllStaff also provides opportunities to work first, second, or third shift, and will reassign workers to different shifts if their availability or interests change.

12.     AllStaff is more flexible than traditional employers when it comes to hiring individuals that lack basic reading and writing skills. AllStaff is also more flexible than traditional employers when it comes to hiring individuals with criminal histories.

13.     In my experience, AllStaff is more desirable than traditional employers because AllStaff is less demanding about prior work experience and more willing to take a chance on people.

14.     AllStaff invests in its workforce providing training to its employees. In my experience, many of the Temporary Field Associates seek employment from AllStaff because they lack the job skills necessary to get hired directly by a light industrial company.

15.     AllStaff also invests substantial resources, including in the areas of time and money, in ensuring the safety of its Temporary Field Associates. AllStaff employs a full-time safety director and safety team that oversee all general safety training and perform site inspections of clients' facilities.

## II.     Benefits

16.     Temporary Field Associates are provided with benefits, as that term is defined in the Act, in the following categories: retirement savings, medical insurance and leave policies.

### A.     Retirement Benefits

17.     Temporary Field Associates are provided the same opportunity as the salaried staff to participate in AllStaff's 401(k) retirement plan. *See* Exhibit 1 entitled "Principal Eligibility Document 09122023" attached hereto. *See also* Exhibit 2 is the Summary Plan Description, which is the official plan document for AllStaff's 401(k) plan.

18.     As shown in the Plan Document Summary, participation in the AllStaff's 401(k) plan requires one year of service, which is defined as 1,000 hours of service. (Ex. 2 at p. 5). AllStaff offers a discretionary match, and AllStaff has historically matched at 3%. Employees vest into these matching contributions: 33% after one year of service, 66% after two years of service, and 100% after three years of service.

19.     Under the AllStaff 401(k) plan, the default investment is one of approximately 12 American Funds Target Date Retirement Funds that corresponds with the participant's normal retirement date. If a participant in the plan does not want to accept the default investment option, they may make different investment allocations on at least a quarterly basis.

20.     The benefit options being offered by AllStaff's clients to their directly-hired employees are too numerous to describe in detail. I understand that many clients offer 401(k) programs.

21.     These retirement programs generally come with a minimum service requirement that varies from company to company.

22.     Many clients offer some matching of contributions, including a few with matching up to 6%, and others with tiered matching where larger contributions trigger larger matching contributions.

23.     These 401(k) programs have many rules and a wide variety of investment options, all of which makes them more or less beneficial depending on whether one prioritizes minimizing fees, historical returns, the creditworthiness of the custodian institution, or other factors.

24.     The value of the "retirement benefit" to any given employee is entirely subjective. The actual cost of any retirement benefit generally depends on the employee's level of participation.

### B.     Health Insurance

25.     AllStaff, unlike many of its competitors, offers three different types of health insurance plans to its Temporary Field Associates: a Fixed Indemnity Medical plan; a Minimum Essential Coverage Plus plan ("MEC"); and, a Minimum Value Plan ("MVP"). *See* Exhibit 3 entitled "Malone Benefits Overview Flyer" attached hereto; *see also* Exhibit 4 entitled "Your Healthcare Benefits Overview".

26.     All three health plans offered to Field Temporary Associates provide, to varying degrees, benefits for outpatient visits as well as prescription drugs, hospital care and surgery.

27.     Additionally, AllStaff offers limited coverage for dental, accident, and short term disability matters, if the employee chooses one or more of these available options, for themselves or a dependent.

28.     All the health insurance plans offered Field Temporary Associates can provide coverage to an employee and/or their spouse and/or children. Each Field Temporary Associate must make decisions about whether to enroll, and whether to secure coverage for other family members during enrollment periods. I understand that enrollment periods are limited to the period when someone is first hired by the company, an annual open enrollment period in the late fall, and at the time of so-called "qualified" life events, which are a discrete list of events such as the birth of a child or a divorce. I understand that AllStaff is not able under various federal laws to offer enrollment at other times, such as when someone rolls off a particular assignment.

29.     The cost of coverage to the Field Temporary Associate depends on a series of choices the employee makes. Field Temporary Associates must decide if they want coverage, and if they do, whether they want coverage for themselves only or if they want to add a spouse, and/or a child, and/or more than one child. Field Temporary Associates also must decide which plan they want to enroll in.

30.     If a Field Temporary Associates opts for Fixed Indemnity Medical coverage for him or herself, the weekly premium is about $19.98, simply for that basic plan. If Field Temporary Associates opts for MEC coverage for him or herself, the weekly premium increases to about $24.52. The monthly premium jumps to about $370.26 when a Field Temporary Associates opts for MVP coverage for him or herself. In addition to the weekly premiums, there are added costs to the employee if the Field Temporary Associate elects dental, accident, or short term disability coverage. *See* Exhibit 4. The Field Temporary Associate's actual benefit from the coverage depends, of course, on the health care services consumed by the covered individual(s).

31.     The actual cost to AllStaff for these health plans varies by plan and by participant. AllStaff incurs no expense for participants that reject these plans. Likewise, AllStaff incurs no expense for Temporary Field Associates that opt into either the Fixed Indemnity Medical or the MEC plan. AllStaff pays between $35.58 and $89.01 monthly for each Temporary Field Associate that opts into the MVP plan, depending on the scope of coverage selected by the employee.

32.     Most clients offer health insurance plans, but those plans differ vastly from company to company ranging across every metal level – bronze, silver, gold and platinum – of ACA plans. Additionally, the amount of employer contributions to premiums changes drastically

from client to client. For example, AllStaff has clients that provide health insurance coverage at no cost to their directly hired employees. The myriad of options is too many to list.

33.    AllStaff could not possibly offer its employees the opportunity to participate in its clients' health care plans. First, I understand that the insurance companies operating these plans will not allow non-employees of AllStaff's clients to join the cohort of insured lives. Second, AllStaff could not simply move its employees from AllStaff's plans to another, superior plan when necessary to comply with the Act. I am not aware of any legal right that AllStaff has to de-enroll any of its employees and enroll them in a different, superior plan. As I mentioned before, I understand that enrollment in a health plan is only possible when meeting the minimum hours requirement, an open enrollment period or when there is a Qualified Life Event. Third, I understand that AllStaff has a legal obligation to avoid discrimination within its workforce when it comes to benefits. I understand that AllStaff is not free to offer two similarly situated Field Temporary Associates different benefits merely because they have been assigned to work for different AllStaff clients. Fourth, AllStaff could not possibly design and administer various health care plans as well as its own plans.

## III.    Harm and Potential Harm to AllStaff

34.    Section 42 of the Act (the "Equivalent Benefits Rule") poses extraordinary, impossible burdens on AllStaff that potentially threatens a significant portion of AllStaff's current business for various reasons.

35.    First, we simply do not know how to value benefits to comply with the Act. Although AllStaff may meet its obligations under the Equivalent Benefits Rule by providing the same benefits as the client to which a temporary employee is assigned, that is impossible to do in the real world. AllStaff cannot ensure its Field Temporary Associates are "paid" the same benefits offered by its clients because determining the universe of potentially comparable directly hired employees takes a great deal of time, information, and judgment. Even if it could determine a proper directly hired comparable employee, AllStaff could never determine the cash equivalent of the benefits being provided to clients' directly hired employees.

36.    AllStaff does not merely need to compute the actual cost of benefits. It also needs to compute a different number: the value to the Field Temporary Associate so that AllStaff can determine which of the two bundles of benefits is superior.   For example, the value of the MEC plan offered by AllStaff might be substantial to a particular person even though AllStaff does not generate any expense as a result of providing the MEC plan. The challenge for AllStaff and every other staffing agency is that the value to the employee of many benefits is entirely subjective. Some may consider the opportunity to have health insurance that covers emergency room visits as worth an additional $19.98/week and others may consider it to be worthless. There is no objective way to determine whether AllStaff's benefits are better than the benefits offered by AllStaff's client for anyone much less for everyone because the perceptions differ as to what is "better" or "equivalent."

37.    Second, the 90-day trigger for the Equivalent Benefits Rule poses significant problems. Although it might seem easy to determine when a Field Temporary Associate has worked more than 90 days at a particular client, it is not because the Act fixes the 90-days-in-12-

months rule to the employee's work at a particular worksite. That means the 90 days can be reached based on a combination of the time Temporary Field Associate worked at a particular worksite through AllStaff plus the time he or she worked at that worksite through one or more other staffing agencies in the prior twelve months. Thus, AllStaff has exposure to the 90 day rule for every placement it makes, even if the placement is only a couple of days.

38.     Although AllStaff may ask its Temporary Field Associate to disclose any worksite where they worked in a rolling 12-month period, employees have no legal duty to track that information and no incentive to disclose that information accurately. Clients are similarly unreliable sources of information in this regard. Clients have no legal right to know and generally do not know more about temporary laborers than their name, and many names are the same or substantially similar.

39.     In addition to the harm posed by Section 42, the newly created obligation to notify Field Temporary Associates about "labor disputes" poses more dangers. Notably, the Illinois Department of Labor broadly defines labor disputes to mean "any controversy concerning wages, hours, terms or conditions of employment." Under this broad definition, any employee complaint could be considered a labor dispute. For example, a complaint that a worksite does not provide Kleenex brand facial tissue in the bathrooms could be considered as relating to the conditions of employment and, therefore, constitute a labor dispute that must reported to other workers.

40.     Additionally, AllStaff is not privy to all the controversies at its clients regarding the terms and conditions of work at that company. Occasionally, AllStaff knows of union organizing activities at a client's worksite. Similarly, AllStaff sometimes knows about grievances over relatively minor issues like bathroom cleanliness and break times. Similarly, AllStaff sometimes knows about grievances over a client supervisor's alleged age discrimination or alleged discrimination toward people of a particular national origin. More often, however, clients keep these "controversies" private, particularly those that involve allegations of discriminatory or harassing conduct.

41.     Next, despite asking clients whether there is a reportable labor dispute, that does not guarantee the mandated disclosure will be made.  The Act requires AllStaff to be advised by its clients whether or not there is a controversy affecting the terms and conditions of work at a particular worksite. Even when asked, clients are unwilling or hesitant to do so because clients are worried that they will be wrongly branded a bad worksite resulting in less workers willing to accept assignments at their facilities.

42.     In my experience, AllStaff's client contacts do not know about every controversy within their workplaces and do not keep a dynamic list of every "controversy" regarding terms and conditions of employment at a particular worksite.

43.     The mere existence of this obligation to ascertain, log, and disclose "controversies" serves to chill and deter companies from retaining AllStaff's services. AllStaff has already had disputes with some of its clients about what needs to be reported as a labor dispute and I am concerned that AllStaff will lose future business if does not agree to adopt a client's narrower definition of labor dispute.

44.     I am further concerned about AllStaff's exposure and its clients' exposure to civil actions by uninjured, interested parties under the Act. AllStaff has already been the target of work centers for taking actions required under the law. I am concerned that the new provisions under the Act that allow uninjured, interested parties to file a lawsuit will be misused by third parties that want to interfere with AllStaff's business.

45.     Ultimately, AllStaff's expected cost structure has changed substantially as a result of the passage of amendments to the Act. Gathering information about the value of the benefits and the actual cost of the benefits for each potential comparable, directly-hired employee will be extraordinarily expensive. It requires discretionary judgment by both AllStaff and its clients. It also imposes compliance risk and litigation exposure on both AllStaff and its clients.

46.     I understand from conversations with many different clients that they are unwilling to incur the cost and risk associated with using temporary labor in the state of Illinois. The leading options seem to be relocation of operations across the border into other states and automation. If Illinois businesses could meet their labor needs with directly-hired personnel, I believe they would have done that years ago.

47.     One client has already advised us that that they will cease using our agency because of the Act.  They are concerned about how to calculate the equal pay and equivalent benefits calculation due to the lack of useful guidance.  They are also concerned with the possibility that they themselves can be sued if the calculations are not done properly.

48.     Many clients have advised us that they are concerned about sharing pay and benefits information with us, because they consider that proprietary information.

49.     Absent an injunction of the challenged portions of the Act and the implementing regulations, without appropriate guidance issued by the Illinois Department of Labor, we expect our losses to increase, with the possibility that AllStaff could end up closing some or all of its Illinois operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>Dec 21, 2023</u>

*Clarice Shiu*

Clarice Shiu

# EXHIBIT 1



# Welcome!

**We're so glad you're here.**

There's a retirement plan waiting for you! In just a few steps, you'll be on your way. Here's what to expect.



## Get your account set up

Visit **principal.com/Welcome** or use the Principal® app. You can also text **ENROLL** to **78259**.

Sitio web disponible en Español.

**Begin by:**
- Setting security preferences
- Reading important plan notices





## Set your contribution

Contributions are one way to help your savings work hard for you. To learn more, visit **principal.com/MatchEnrollmentWebinar.**

## Check out the plan's investments

Each investment is different, and you can choose based on your goals and how you feel about risk. You can also pick from the plan's investment options later. But by picking it later, you understand that until you make a new investment selection, you're directing contributions to the plan's default.*

For a full listing, refer to the **Investment Option Summary.**





*The plan's participant level default is: American Funds Target Retirement Fund R6 . See your investment option summary and qualified default investment alternative notice for important information. If the default is a target date fund series, the applicable target date fund will be based on the plan's normal retirement date.



Principal® app is available for iPhone® and Android™. Apple and iPhone are registered trademarks of Apple Inc. Android is a trademark of Google LLC.

The subject matter in this communication is educational only and provided with the understanding, financial professionals, and that Principal® is not rendering legal, accounting, investment advice or tax advice. You should consult appropriate counsel, financial advisors, and other professionals on all matters pertaining to legal, tax, investment or accounting obligations and requirements.

**Investing involves risk, including possible loss of principal.**

**Asset allocation** and diversification does not ensure a profit or protect against a loss. **Equity** investment options involve greater risk, including heightened volatility, than fixed-income investment options. **Fixed-income** investments are subject to interest rate risk; as interest rates rise their value will decline. **International and global investing** involves greater risks such as currency fluctuations, political/social instability and differing accounting standards. These risks are magnified in **emerging markets**.

Insurance products and plan administrative services provided through Principal Life Insurance Co. Principal Funds, Inc. is distributed by Principal Funds Distributor, Inc. Securities offered through Principal Securities, Inc., 800-547-7754, member SIPC and/or independent broker-dealers. Principal Life, Principal Funds Distributor, Inc. and Principal Securities are members of the Principal Financial Group®, Des Moines, Iowa 50392. Certain investment options and contract riders may not be available in all states or U.S. commonwealths.

Principal, Principal and symbol design and Principal Financial Group are trademarks and service marks of Principal Financial Services, Inc., a member of the Principal Financial Group.

PQ12087-05 | © 2021 Principal Financial Services, Inc. | 1812236-092021 | 09/2021



# Keep going!

You've got this, and we've got your back when it comes to educational resources.

To learn more, visit **principal.com/Welcome** or use the Principal mobile app. You can also text **ENROLL** to **78259**.

Sitio web disponible en Español.



## See your retirement savings in one place

We'll help you roll eligible outside retirement savings into your retirement account.





## Designate a beneficiary

Don't leave the decision up to someone else if something happens to you before retirement. Always designate a beneficiary to ensure the money in your account goes to a loved one.





## Keep in touch

Staying in the know when it comes to retirement planning is a pretty good idea. We'll send you educational information about what's important to you.



This page left intentionally blank.

# MANAGEMENT REGISTRY 401(K) PLAN
## Contract Number – GG
## Plan Document Summary
## Prepared as of January 23, 2023

This Plan Document Summary ("Summary") is intended to provide you with a high-level overview of the major features of your plan based on the most recently drafted plan document in our files. The Summary is not intended to replace your plan document or Summary Plan Description (SPD). If this Summary describes any provisions of your plan that have not been adopted (including provisions in an amendment to the plan that has not been signed), those provisions will not be operational until the plan or amendment has been signed and dated. Finally, if the provisions described in this Summary and the plan document or SPD conflict, the provisions of the plan document and SPD govern.

### EMPLOYER/PLAN INFORMATION
### [AA §1 / AA §2 / AA §5 / AA §7]

**EFFECTIVE DATE OF PLAN:**
- **Plan restatement/amendment effective:** January 1, 2023
- **Original effective date:** January 1, 2004

**PLAN NUMBER:** 001

**EMPLOYER INFORMATION**

Name:   Management Registry, Inc
Address:
        1868 Campus Place
        Louisville, KY 40299
Phone:  502-242-3175
EIN:    61-0863236

**PARTICIPATING ERs:** Yes
- M.M.D., Inc. dba Allstaff

**PREDECESSOR SERVICE:** Service with the following Predecessor Employer(s) will be counted under the Plan:
- Omni Service - Acquired 3/27/2017
- Allstaff - Acquired 9/11/2017

**PLAN ADMINISTRATOR:** Plan Administrator is Employer

**ENTITY TYPE:** S-Corp

**ER TAX YEAR END:** 12-31

**PLAN YEAR:** Calendar Year

**TRUSTEE:**
Terry Malone
Dawn Meyer

### COMPENSATION
### [AA §5]

**TOTAL COMPENSATION:** W-2 Compensation

| Deferrals | ER Contributions | Match |
|---|---|---|
| **PLAN COMPENSATION:** Total Compensation with following exclusions: | **PLAN COMPENSATION:** No ER contributions | **PLAN COMPENSATION:** Total Compensation with following exclusions: |
| • Amounts received from non-signatory Related Employer | | • Amounts received from non-signatory Related Employer |
| **COMPENSATION PERIOD:** Plan Year | | **PLAN COMPENSATION FOR SH MATCH:** Same as Deferrals |
| **COMPENSATION ONLY WHILE PARTICIPANT:** Yes | | **COMPENSATION PERIOD:** Plan Year |
| | | **COMPENSATION ONLY WHILE PARTICIPANT:** Yes |
| | | **COMPENSATION PERIOD FOR SH MATCH:** Compensation only while a Participant |

### EXCLUDED EMPLOYEES
### [AA §3]

| Deferrals | ER Contributions | Match |
|---|---|---|
| Following Employees excluded: | No ER contributions | Following Employees excluded: |
| ▪ Collectively Bargained EEs | | ▪ Collectively Bargained EEs |
| ▪ Nonresident Aliens with no U.S. source income | | ▪ Nonresident Aliens with no U.S. source income |
| | | Following Employees excluded for SH Match: |
| | | ▪ Same as for Salary Deferrals |

### MINIMUM AGE AND SERVICE
### [AA §4-1 and §4-3]

| Deferrals | ER Contributions | Match |
|---|---|---|
| **Minimum Age:** Age 21 | No ER contributions | **Minimum Age:** Age 21 |
| **Minimum Service:** One Year of Service | | **Minimum Age – SH Match:** Same as Deferrals |
| **Year of Service:** 1,000 HOS | | **Minimum Service:** One Year of Service |
| **Service Counting Method:** Equivalency Method for Employees for whom hourly records not maintained | | **Minimum Service - SH Match:** Same as Deferrals |
| **Computation Period:** Shift to Plan Year | | **Year of Service:** 1,000 HOS |
| | | **Service Counting Method:** Equivalency Method for Employees for whom hourly records not maintained |
| | | **Computation Period:** Shift to Plan Year |

**SPECIAL ELIGIBILITY RULES:** Employees hired on or before December 31, 2022, except those Highly Compensated and Field employees previously excluded, are eligible after 6 months of service under the elapsed time method.

| ENTRY DATES [AA §4-2] | | |
|---|---|---|
| **Deferrals** | **ER Contributions** | **Match** |
| **Entry Dates:** Semi-annual<br><br>**Timing of Entry Dates:** Coinciding with or next following<br><br>**Special Entry Date rules:** Employees hired on or before December 31, 2022, except those Highly Compensated and Field employees previously excluded, will enter the plan on the quarter coinciding with or next following satisfaction of the minimum age and service requirements under Section 4-1(c). | No ER contributions | **Entry Dates:** Semi-annual<br><br>**Timing of Entry Dates:** Coinciding with or next following<br><br>**Entry Date for SH Match:** Same as for Deferrals<br><br>**Special Entry Date rules:** Employees hired on or before December 31, 2022, except those Highly Compensated and Field employees previously excluded, will enter the plan on the quarter coinciding with or next following satisfaction of the minimum age and service requirements under Section 4-1(c). |

| SALARY DEFERRALS [AA §6A] |
|---|

**MAXIMUM DEFERRAL AMOUNT:** 100% of Plan Compensation

**LIMITS ON DEFERRALS ON BONUS PAYMENTS:** Limited to 100%

**CATCH-UP CONTRIBUTIONS:** Yes

**FREQUENCY OF DEFERRAL CHANGES:** As designated in Salary Reduction Agreement (or other written procedures)

**SALARY DEFERRAL ELECTIONS FOR REHIRES:** An election to defer ends at termination

**ROTH CONTRIBUTIONS:** Yes

**IN-PLAN ROTH CONVERSIONS:** No

**ADP TESTING METHOD:** Current Year Testing

| EMPLOYER CONTRIBUTIONS [AA §6] |
|---|

**EMPLOYER CONTRIBUTION FORMULA:**
- Discretionary QNEC

| MATCHING CONTRIBUTIONS [AA §6B] |
|---|

**MATCHING CONTRIBUTION FORMULA:**
- Discretionary match

**ELIGIBLE CONTRIBUTIONS:** Following amounts are eligible for match:
- Pre-tax Salary Deferrals
- Roth Deferrals
- Catch-Up Contributions

**PERIOD FOR DETERMINING MATCH:** Plan Year

**ALLOCATION CONDITIONS:**
- Employment on last day of Plan Year

**EXCEPTIONS:** Allocation conditions do not apply upon:
- Death
- Termination due to Disability
- Normal Retirement Age

**ACP TESTING METHOD:** Current Year Testing

| SAFE HARBOR CONTRIBUTIONS [AA §6C] |
|---|

**PLAN IS TRADITIONAL SAFE HARBOR**

**SH MATCHING CONTRIBUTION FORMULA:** Basic safe harbor match

**PERIOD FOR DETERMINING SH MATCH:** Payroll period

**AVAILABILITY OF SH CONTRIBUTION:** Available to HCEs and NHCEs

| AFTER-TAX CONTRIBUTIONS [AA §6D] |
|---|

**NOT ALLOWED**

| VESTING [AA §8] | |
|---|---|
| **ER Contributions** | **Match** |
| No ER contributions | **Normal Vesting Schedule:** Modified schedule:<br>0% immediately on Plan participation<br>33% after 1 YOS<br>66% after 2 YOS<br>100% after 3 YOS<br>100% after 4 YOS<br>100% after 5 YOS<br>100% after 6 YOS |

**EXCLUDED SERVICE:** All service counts

**INCREASE IN VESTING:** Vesting increases to 100% upon:
- Death
- Termination of employment due to Disability

**FORFEITURES:**

| ER Contributions | Match |
|---|---|
| No ER contributions | - Employer may decide how to use forfeitures |

| RETIREMENT AGE AND DISTRIBUTIONS [AA §7 / AA §9 / AA §10] |
|---|

**NORMAL RETIREMENT AGE:** Age 55

**FORM OF DISTRIBUTION:**
- Lump sum

**JOINT AND SURVIVOR ANNUITY RULES:** Not subject to QJSA

**TIMING OF DISTRIBUTIONS – ABOVE $5,000:** Reasonable time following termination

**TIMING OF DISTRIBUTIONS – NOT EXCEEDING $5,000:** Reasonable time following termination

**INVOLUNTARY CASH-OUT THRESHOLD:** $1,000

**AUTOMATIC ROLLOVER RULES:** Do not apply to Cash-Outs less than $1,000

| Deferrals | ER Contributions | Match |
|---|---|---|
| **In-Service Distributions:**<br>• Age 59½<br>• Hardship<br>• Qualified Reservist Distribution<br>• Deemed separation of employment while on active duty | **In-Service Distributions:**<br>No ER contributions | **In-Service Distributions:**<br>• Age 59½<br>• Hardship |

**ROLLOVER CONTRIBUTIONS:** May be distributed at any time

**SAFE HARBOR CONTRIBUTIONS:** Same as Salary Deferrals, except for Hardship

**LIMITS ON IN-SERVICE DISTRIBUTIONS:**
• Must be 100% vested

**ADMINISTRATIVE PROVISIONS
[AA §11 / APPENDIX A / APPENDIX B]**

| Deferrals | ER Contributions | Match |
|---|---|---|
| **VALUATION DATE:** Daily | **VALUATION DATE:** No ER contributions | **VALUATION DATE:** Daily |

**DEFINITION OF HCE:** Top Paid Group Test does not apply

**LOANS:** Permitted

**PARTICIPANT DIRECTION:** Allowed from specified Accounts: All Accounts.

**PLAN IS INTENDED TO COMPLY WITH §404(c)**

**ROLLOVERS:** Yes
• Allowed prior to becoming a participant? Yes
• Allowed by former Employees? No

**FAIL-SAFE COVERAGE:** Does not apply

MANAGEMENT REGISTRY, INC.
1868 CAMPUS PLACE
LOUISVILLE, KY 40299
(888) 851-3588

# Important Participant Notice Regarding Qualified Default Investment Alternative

You have the right to direct the investment of retirement plan contributions among the investment options offered under the retirement plan. Properly investing retirement contributions is important for planning your future retirement income. You should consider your investment direction decision carefully. This notice provides information regarding where contributions submitted to the retirement plan for your benefit will be directed in the absence of your investment election. You may direct the investment of the retirement funds by visiting **principal.com**.

## Investment Option Default

If you have not provided complete, up-to-date direction as to how the account set up for you under the retirement plan is to be invested, the account will be invested under automatic rules. You need to understand these rules and make sure that you are comfortable with them or that you take action to direct the investment of the account according to your preferences. These rules state that, if we do not have complete investment directions from you, the retirement funds in the account and new contributions for which we do not have direction will be directed to American Funds Target Retirement Fund R6, sub advised by Capital Research and Mgmt Co. Your directions must be received at the Corporate Center of Principal Life Insurance Company®.

See the table below to identify the American Funds Target Retirement Fund R6 that will apply based on your current age and when you will reach the plan's normal retirement date. For information on how you may make an investment direction election, please see the "Right to Direct" section below.

| Normal Retirement Date | American Funds Target Retirement Fund R6 |
| --- | --- |
| 2012 or earlier | American Funds Target Date Retirement 2010 R6 Fund |
| Between 2013 and end of 2017 | American Funds Target Date Retirement 2015 R6 Fund |
| Between 2018 and end of 2022 | American Funds Target Date Retirement 2020 R6 Fund |
| Between 2023 and end of 2027 | American Funds Target Date Retirement 2025 R6 Fund |
| Between 2028 and end of 2032 | American Funds Target Date Retirement 2030 R6 Fund |
| Between 2033 and end of 2037 | American Funds Target Date Retirement 2035 R6 Fund |
| Between 2038 and end of 2042 | American Funds Target Date Retirement 2040 R6 Fund |
| Between 2043 and end of 2047 | American Funds Target Date Retirement 2045 R6 Fund |
| Between 2048 and end of 2052 | American Funds Target Date Retirement 2050 R6 Fund |
| Between 2053 and end of 2057 | American Funds Target Date Retirement 2055 R6 Fund |
| Between 2058 and end of 2062 | American Funds Target Date Retirement 2060 R6 Fund |
| 2063 or later | American Funds Target Date Retirement 2065 R6 Fund |

**Asset allocation/diversification does not guarantee a profit or protect against a loss.**

Note: Neither the principal nor the underlying assets of the American Funds Target Retirement Fund R6 are guaranteed at any time, including the target date. Investment risk remains at all times.

9

To learn about the retirement plan's default investment option and related objectives, risk and return characteristics, and associated fees and expenses, please see the following description and attached investment information or Investment Option Summary included in the enrollment workbook for the American Funds Target Retirement Fund R6 that will apply.

Target Date portfolios are managed toward a particular target date, or the approximate date the investor is expected to start withdrawing money from the portfolio. As each target date portfolio approaches its target date, the investment mix becomes more conservative by increasing exposure to generally more conservative investments and reducing exposure to typically more aggressive investments. Neither the principal nor the underlying assets of target date portfolios are guaranteed at any time, including the target date. Investment risk remains at all times. Neither asset allocation nor diversification can assure a profit or protect against a loss in down markets. Be sure to see the relevant prospectus or offering document for full discussion of a target date investment option including determination of when the portfolio achieves its most conservative allocation.

Please see the attached investment alternative information or Investment Option Summary included in the enrollment workbook or access investment information on our secure website at **principal.com** to learn about the default investment alternative's investment objectives, risk and return characteristics, and associated fees and expenses.

## Right to Direct

If you do not want retirement funds to be directed as indicated above, then you may elect to direct the retirement funds to investment options under the retirement plan by visiting **principal.com** and logging into the account or by calling 1-800-547-7754.

You may make changes to your investment direction as allowed under the retirement plan. This includes transferring any contributions from the applicable investment option default to another investment option. Transfers out of the investment option default are not subject to restrictions, fees or expenses[1] for a 90-day period, unless the fees and expenses are charged on an ongoing basis for the operation of the investment[2]. See the attached investment information for information regarding restrictions, fees or expenses after the 90-day period.

## Additional Information

For additional information about the investment option default or other investment alternatives under the plan please visit **principal.com** or contact:

GLENDA ARMES
1868 CAMPUS PL
LOUISVILLE, KY 40299
(888)851-3588
glenda.armes@malonesolutions.com

---

[1] Includes surrender charges, liquidation or exchange fees, redemption fees and similar expenses charged in connection with the liquidation of, or transfer from, the investment option default.

[2] Includes investment management fees, distribution and/or service fees, "12b-1" fees, or legal, accounting, transfer agent and similar administrative expenses.

MANAGEMENT REGISTRY, INC                    Contract/Plan ID Number:  7-28802

# ERISA 404 retirement plan and investment information

07/16/2023

The retirement savings plan offered by MANAGEMENT REGISTRY, INC is a great way to help you save for the life you want in retirement. Management Registry 401(k) Plan (the Plan) has fees associated with the services and resources provided by the Plan.

## Plan Fiduciary

The Plan Fiduciary is the individual(s) who has authority over the operation and administration of the Plan and its retirement funds. The Plan Fiduciary is typically your employer, and may also be called the Plan Sponsor.

## Plan Administrator

The Plan Administrator, who is also a Plan Fiduciary, has the authority over the operation and administration of the Plan. If you have questions about the investment options available under the Plan or would like paper copies of additional investment information, you can obtain this information on **principal.com** or by contacting the Plan Administrator:

> **MANAGEMENT REGISTRY, INC.**
> **1868 CAMPUS PLACE**
> **LOUISVILLE, KY 40299**
> **888-851-3588**

## Information about ERISA Section 404(c)

The Employee Retirement Income Security Act (ERISA) provides rules on the investment of retirement funds. MANAGEMENT REGISTRY, INC has chosen to qualify the Plan as an ERISA 404(c) plan and intends to comply by providing information for you to make educated investment decisions and by letting you:

- Direct the investment of individual retirement accounts
- Choose from at least three diverse investment options
- Change investment choices at least quarterly

This means the Plan Fiduciary should not be liable for any investment losses that result from a participant's investment control.

## Your future, your choice

The Plan Fiduciary makes certain investment options available to you under the Plan. But you are responsible for directing the retirement funds to the options available in the Plan that work best for you. You can make changes to your investment mix by logging into your account at **principal.com**. Learn more about the investment options available under the Plan online and in the Investment Option Summary.

## Directing or transferring between investment options

Certain investment options may have restrictions. See the Investment Option Summary for details.

MANAGEMENT REGISTRY, INC                    Contract/Plan ID Number:  7-28802

You can direct or transfer retirement funds between the different investment options at least quarterly, but the Plan may allow for more frequent transfers and changes. To update investment elections for your current balance or future contributions, log in to your account at **principal.com** or call us at 800.547.7754.

You may not direct contributions or investment transfers into Federated Hermes Capital Preservation R6P Fund.

To transfer retirement funds, log in to your account at **principal.com** or call us at 800.547.7754.

### Voting rights

A description of the exercise of voting, tender and similar rights for an investment alternative and any restrictions on these rights can be found in the relevant Plan document or trustee powers section of the trust agreement. If you would like copies of these documents, contact the Plan Administrator, if applicable.

### Fees and expenses⁺

For the current year, an annual Plan administrative expense of 1.4900% applies to your account balance. One-twelfth of the total amount will be deducted from your account balance each month.

Plan administrative expenses typically cover items such as recordkeeping, participant website access, participant statements, Plan compliance services and financial professional services.

Occasionally, there may be additional Plan expenses during normal Plan operation for services such as legal, auditing, other service provider, consulting or investment advice. The Plan Fiduciary determines how these expenses are allocated at the time the expenses are paid. These expenses are typically allocated among participants based on participant account balance, but may be allocated by dividing the total expenses to be deducted by the total number of participants in the Plan. You can view the dollar amount of applicable expenses under your account at **principal.com** and on your statement.

### Participant-level fees

Participant transaction fees will be charged to your account balance for the services you choose to use. Participant transaction fees for the Plan include:

- **Distribution fee:** $50.00
- **Distribution installment fee:** $12.50 per quarter
- **Loan maintenance fee for new loans:** $12.00 per quarter
- **Loan setup fee:** $75.00
- **Qualified Domestic Relations Order processing fee:** $350.00 for each Domestic Relations Order processed. The fee is divided equally between the participant and the alternate payee involved unless specified differently within the Domestic Relations Order or the Plan's Administrative Procedures.
- **Wire transfer fee:** $25.00
- **Fee for overnight mailing a check:** $25.00
- **Stop payment fee:** $25.00
- **402(g) refund fee (deferral contributions made in excess of IRS limit):** $50.00

  ⁺ If you have a balance in an investment that is excluded from the collection of expenses, we will collect the expense from the balances in other investments, beginning with the investment with the largest balance.

**The following information is available upon request from the Plan Administrator (at no charge):**

- Copies of prospectuses (or any short-form or summary prospectuses) for the investment options
- Copies of any financial statements or reports, such as statements of additional information and shareholder reports, and of any other similar materials relating to the Plan's designated investment options
- A statement of the value of a share or unit of each designated investment option and the date of the valuation
- A list of the assets comprising the portfolio of each investment option which constitute Plan assets and the value of each asset (or the proportion of the investment which it comprises)
- The following information about each investment option (including fixed-return investment options) available under the Plan: issuer name, investment objective, principal strategies and risks, turnover rate, performance, and fee and expense information

MANAGEMENT REGISTRY, INC                    Contract/Plan ID Number:  7-28802

- To the extent a group annuity contract under the Plan permits you to select an annuity guaranteed by an insurance company, a statement that the guarantee provided by the insurance company is subject to its long-term financial strength and claims-paying ability

To help you make informed investment choices and for more information about the investment options available to you, including investment objectives, performance and fees, please review the enclosed materials or visit principal.com.

For important information on the plan's investment options, see the Investment Option Summary.

Insurance products and plan administrative services provided through Principal Life Insurance Co. Securities are offered through Principal Securities, Inc, 800-547-7754, member SIPC and/or independent brokerdealers. Securities sold by a Principal Securities Registered Representative are offered through Principal Securities, Inc., Principal Securities and Principal Life are members of the Principal Financial Group, Des Moines, Iowa, 50392. Certain investment options may not be available in all states or U.S. commonwealths.

PT249H | 1942554-122021 | 12/2021

14

Contract/Plan ID Number: 7-28802

# Investment Option Summary

## As of 06/30/2023

This document provides important information to help you compare the investment options available to you under the retirement plan.

Investment results shown represent historical performance and do not guarantee future results. Investment returns and principal values fluctuate with changes in interest rates and other market conditions so the value, when redeemed, may be worth more or less than original costs. Current performance may be lower or higher than the performance data shown. For additional information on the investment options, including most recent month-end performance, log in to the Principal Financial Group® website at principal.com or call our automated phone system at 1-800-547-7754.

Additional information available online includes, if applicable, the name of the investment option's issuer; the investment option's objectives or goals; the investment option's principal strategies, including a general description of the types of assets held by the investment option; the portfolio turnover rate; and the investment option's performance data and fee and expense information.

In situations where the net and gross total investment expense figures are different, the mutual fund or the underlying fund in which a Separate Account invests has waived/capped a portion of its management fees through the date displayed in the waiver expiration date or contractual cap expiration date column. Differences may also be shown due to the fund family choosing to pay certain expenses that would normally be payable by the fund. Returns displayed are based on total investment expense net.

Total Investment Expense - Gross is the current maximum expense ratio, as a percentage of assets that can be applied to this investment option.  This does not represent the recordkeeping or individual transactional fees that can be deducted from or reduce the earnings for an investment under your account. However, it does include operating expenses, management fees, including 12b-1 fees, and administrative fees.

Total Investment Expense - Net; you will be responsible for this expense and it will be automatically taken prior to calculating performance. Total Investment Expense -Net is the Total Investment Expense - Gross expense ratio less any fee waivers, reimbursements or caps, if applicable. The expenses ratio, as a percentage of net assets, includes operating expenses, management fees, including 12b-1 fees, and administrative fees.

Expense Waiver/Contractual Cap - When gross and net expense ratios differ, the investment adviser may have agreed to waive certain expenses that would normally be payable by the fund or contractually agreed to limit the investment option's expenses.

Fees and expenses are only one of several factors that participants and beneficiaries should consider when making investment decisions. The cumulative effect of fees and expenses can substantially reduce the growth of a participant's or beneficiary's retirement account. Participants and beneficiaries can visit the Employee Benefit Security Administration's website for an example demonstrating the long-term effect of fees and expenses.

For a glossary of terms to assist you in understanding the designated investment options, log in to your account at principal.com.

Contract/Plan ID Number: 7-28802

## Asset Class: **Short-Term Fixed Income**

This asset class is generally composed of short-term, fixed-income investment options that are largely liquid and are designed to not lose much value. These investment options may include stable value, money market, short-term bond, and guaranteed interest accounts. They are considered to be among the least risky forms of investment options. However, they typically have a lower rate of return than equities or longer-term fixed income investment options over long periods of time. Depending on the objectives of the investment options, they may experience price fluctuations and may lose value.

Investment Category: **Stable Value**

Inv Manager or Sub-Advisor: **Federated Investment Mgmt.**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Federated Hermes Capital Preservation R6P Fund** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | **1.60** | **2.65** | **1.90** | **1.95** | **1.56** | **1.55** | **1.73** | **1.80** | **1.47** | **1.47** | 5/2005 |
| Benchmark: **Bloomberg US Government 1-3 Year Index** | 1.00 | 0.17 | -1.11 | 0.93 | 0.76 | - | -3.81 | 0.74 | 0.66 | - | - |

Description: Federated Capital Preservation Fund is a collective investment fund that seeks to maintain a stable value of $10.00 per Unit. The fund cannot guarantee that the value of its Units will always remain at $10.00. The fund's investment objective is stability of principal and high current income, which is pursues by investing primarily in guaranteed investment contracts (GICs), money market mutual funds and other stable value products that can be carried at contract value.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| Other | 97.68 | Cash | 2.32 | Total Inv Exp Net % | 0.40 | - |
| | | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.41 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $4.10 | |
| | | | | Redemption Fee | - | |

## Asset Class: **Fixed Income**

This asset class is generally composed of investment options that invest in bonds, or debt of a company or government entity (including U.S. and Non- U.S.). It may also include real estate investment options that directly own property. These investment options typically carry more risk than short-term fixed income investment options (including, for real estate investment options, liquidity risk), but less overall risk than equities. All investment options in this category have the potential to lose value.

Investment Category: **High Yield Bond**

Inv Manager or Sub-Advisor: **PGIM Investments, LLC**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **PGIM High Yield R6 Fund [5,11,15,17,E]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | **4.65** | **6.99** | **3.19** | **3.51** | **4.68** | **5.40** | **-11.55** | **2.72** | **4.34** | **5.21** | 10/2011 |
| Benchmark: **ICE Bofa US High Yield Index** | 5.41 | 8.87 | 3.21 | 3.19 | 4.34 | - | -11.22 | 2.12 | 3.94 | - | - |

Description: The investment seeks to maximize current income; and capital appreciation is a secondary objective. The fund normally invests at least 80% of its investable assets in a diversified portfolio of high yield fixed-income instruments rated Ba or lower by Moody's Investors Service ("Moody's") or BB or lower by S&P Global Ratings ("S&P"), and instruments either comparably rated by another nationally recognized statistical rating organization ("NRSRO"), or considered to be of comparable quality, that is, junk bonds.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 79.81 | Non-U.S. Bonds | 12.79 | Total Inv Exp Net % | 0.38 | 2/90 day period |
| Other | 3.08 | Preferred | 1.63 | Contractual Cap Expiration Date | N/A | |
| U.S. Stocks | 1.57 | Cash | 1.08 | Waiver Expiration Date | N/A | |
| Non-U.S. Stocks | 0.03 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.38 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.80 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Fixed Income**

This asset class is generally composed of investment options that invest in bonds, or debt of a company or government entity (including U.S. and Non- U.S.). It may also include real estate investment options that directly own property. These investment options typically carry more risk than short-term fixed income investment options (including, for real estate investment options, liquidity risk), but less overall risk than equities. All investment options in this category have the potential to lose value.

Investment Category: **Intermediate Core Bond**

Inv Manager or Sub-Advisor: **Principal Global Investors**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Core Fixed Income Separate Account** A,3,7,11,15,20,F | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 2.38 | -0.18 | -3.27 | 1.07 | 2.18 | 6.99 | -12.58 | 0.47 | 1.77 | 7.02 | 6/2009 |
| Benchmark: **Bloomberg US Aggregate Bond Index** | 2.09 | -0.94 | -3.96 | 0.77 | 1.52 | – | -13.01 | 0.02 | 1.06 | – | – |

Description: The investment seeks to provide a high level of current income consistent with preservation of capital. The fund invests primarily in a diversified pool of investment-grade fixed-income securities, including corporate securities, U.S. government securities, asset-backed securities and mortgage-backed securities. It maintains an average portfolio duration that is within 25% of the duration of the Bloomberg U.S. Aggregate Bond Index.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 93.01 | Cash | 3.97 | Total Inv Exp Net % | 0.28 | 1/30 day period |
| Non-U.S. Bonds | 2.61 | U.S. Stocks | 0.21 | Contractual Cap Expiration Date | N/A | |
| Preferred | 0.20 | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.28 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $2.80 | |
| | | | | Redemption Fee | – | |

Investment Category: **Intermediate Government**

Inv Manager or Sub-Advisor: **PIMCO**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PIMCO GNMA and Government Securities Instl Fund** 11,15 | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 2.89 | -1.59 | -3.39 | 0.42 | 1.24 | 4.32 | -12.95 | -0.35 | 0.69 | 4.29 | 7/1997 |
| Benchmark: **Bloomberg US Government Index** | 1.59 | -2.08 | -4.71 | 0.46 | 0.97 | – | -12.32 | -0.06 | 0.60 | – | – |

Description: The investment seeks maximum total return, consistent with preservation of capital and prudent investment management. The fund normally invests at least 80% of its assets in a diversified portfolio of securities of varying maturities issued by the GNMA, and of securities issued or guaranteed by the U.S. government, its agencies or government-sponsored enterprises, which may be represented by forwards or derivatives such as options, futures contracts or swap agreements. It may invest, without limitation, in derivative instruments, such as options, futures contracts or swap agreements, or in mortgage- or asset-backed securities.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 114.46 | Cash | -14.4 | Total Inv Exp Net % | 0.52 | – |
| | | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.52 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $5.20 | |
| | | | | Redemption Fee | – | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Fixed Income**

This asset class is generally composed of investment options that invest in bonds, or debt of a company or government entity (including U.S. and Non- U.S.). It may also include real estate investment options that directly own property. These investment options typically carry more risk than short-term fixed income investment options (including, for real estate investment options, liquidity risk), but less overall risk than equities. All investment options in this category have the potential to lose value.

Investment Category: **Inflation-Protected Bond**

Inv Manager or Sub-Advisor: **Dimensional Fund Advisors**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DFA Inflation Protected Securities I Fund** 11,15,E | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 2.01 | -1.20 | -0.25 | 2.54 | 2.11 | 3.60 | -12.22 | 2.06 | 1.04 | 3.59 | 9/2006 |
| Benchmark: **Bloomberg US Treasury Tips Index** | 1.87 | -1.40 | -0.12 | 2.49 | 2.08 | - | -11.85 | 2.11 | 1.12 | - | - |

Description: The investment seeks to provide inflation protection and earn current income consistent with inflation-protected securities. As a non-fundamental policy, under normal circumstances, the Portfolio will invest at least 80% of its net assets in inflation-protected securities. Inflation-protected securities (also known as inflation-indexed securities) are securities whose principal and/or interest payments are adjusted for inflation, unlike conventional debt securities that make fixed principal and interest payments.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 99.87 | Cash | 0.13 | Total Inv Exp Net % | 0.11 | 1/30 day period |
| | | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.11 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $1.10 | |
| | | | | Redemption Fee | - | |

Investment Category: **Corporate Bond**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Corporate Bond R6 Fund** 11,17 | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 3.25 | 1.45 | -3.98 | 2.17 | 3.17 | 1.52 | -15.67 | 0.92 | 2.46 | 1.13 | 7/2016 |
| Benchmark: **Bloomberg US Corporate Bond Index** | 3.21 | 1.55 | -3.44 | 1.76 | 2.63 | - | -15.76 | 0.45 | 1.96 | - | - |

Description: The investment seeks to provide maximum total return consistent with capital preservation and prudent risk management. The fund normally invests at least 80% of its assets in corporate debt securities, which may be represented by derivatives. It will also normally invest all of its assets in debt instruments, (including bonds, mortgage- and other asset-backed securities, but excluding derivatives) with quality ratings of Baa3 or better or BBB- or better or in debt instruments that are unrated but determined at the time of purchase to be of equivalent quality by the investment adviser.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 76.47 | Non-U.S. Bonds | 14.29 | Total Inv Exp Net % | 0.31 | - |
| Cash | 9.23 | Preferred | 0.01 | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | 08/01/2023 | |
| | | | | Total Inv Exp Gross % | 0.32 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.20 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Balanced/Asset Allocation**

This asset class is generally composed of a combination of fixed income and equity investment options. These investment options may include balanced, asset allocation, target-date, and target-risk investment options. Although typically lower risk than investment options that invest solely in equities, all investment options in this category have the potential to lose value.

### Investment Category: **Target-Date 2000-2010**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2010 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | **3.42** | **4.24** | **3.95** | **4.59** | **5.38** | **7.12** | **-9.15** | **3.80** | **5.47** | **7.12** | **7/2009** |
| Benchmark: **Morningstar Lifetime Moderate 2010 Index** | 5.23 | 5.20 | 2.80 | 4.02 | 4.68 | - | -13.13 | 2.98 | 4.36 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it continues past its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 48.54 | U.S. Stocks | 28.67 | Total Inv Exp Net % | 0.28 | - |
| Non-U.S. Stocks | 9.83 | Cash | 6.61 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 5.63 | Other | 0.52 | Waiver Expiration Date | N/A | |
| Preferred | 0.18 | Convertibles | 0.02 | Total Inv Exp Gross % | 0.28 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $2.80 | |
| | | | | Redemption Fee | - | |

### Investment Category: **Target-Date 2015**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2015 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | **4.07** | **5.03** | **4.38** | **4.89** | **5.83** | **7.58** | **-10.25** | **4.00** | **5.96** | **7.55** | **7/2009** |
| Benchmark: **Morningstar Lifetime Moderate 2015 Index** | 5.67 | 5.51 | 2.71 | 4.10 | 4.98 | - | -15.52 | 2.95 | 4.69 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it continues past its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 46.17 | U.S. Stocks | 29.96 | Total Inv Exp Net % | 0.30 | - |
| Non-U.S. Stocks | 10.65 | Cash | 6.36 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 6.11 | Other | 0.56 | Waiver Expiration Date | N/A | |
| Preferred | 0.17 | Convertibles | 0.02 | Total Inv Exp Gross % | 0.30 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.00 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Balanced/Asset Allocation**

This asset class is generally composed of a combination of fixed income and equity investment options. These investment options may include balanced, asset allocation, target-date, and target-risk investment options. Although typically lower risk than investment options that invest solely in equities, all investment options in this category have the potential to lose value.

### Investment Category: **Target-Date 2020**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2020 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 4.66 | 5.77 | 4.55 | 5.10 | 6.34 | 8.22 | -11.01 | 4.21 | 6.55 | 8.17 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2020 Index** | 6.18 | 6.10 | 2.96 | 4.28 | 5.39 | - | -16.77 | 3.02 | 5.16 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it continues past its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 43.62 | U.S. Stocks | 32.25 | Total Inv Exp Net % | 0.30 | - |
| Non-U.S. Stocks | 11.74 | Cash | 6.19 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 5.42 | Other | 0.59 | Waiver Expiration Date | N/A | |
| Preferred | 0.17 | Convertibles | 0.02 | Total Inv Exp Gross % | 0.30 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.00 | |
| | | | | Redemption Fee | - | |

### Investment Category: **Target-Date 2025**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2025 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 5.91 | 7.13 | 5.20 | 5.73 | 7.23 | 9.22 | -12.74 | 4.69 | 7.48 | 9.11 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2025 Index** | 6.77 | 6.99 | 3.61 | 4.57 | 5.94 | - | -17.58 | 3.20 | 5.79 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Bonds | 39.09 | U.S. Stocks | 35.05 | Total Inv Exp Net % | 0.32 | - |
| Non-U.S. Stocks | 13.98 | Cash | 6.22 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 4.93 | Other | 0.56 | Waiver Expiration Date | N/A | |
| Preferred | 0.16 | Convertibles | 0.02 | Total Inv Exp Gross % | 0.32 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.20 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Balanced/Asset Allocation**

This asset class is generally composed of a combination of fixed income and equity investment options. These investment options may include balanced, asset allocation, target-date, and target-risk investment options. Although typically lower risk than investment options that invest solely in equities, all investment options in this category have the potential to lose value.

### Investment Category: **Target-Date 2030**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2030 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 7.75 | 9.30 | 6.44 | 6.38 | 8.10 | 10.01 | -14.50 | 5.09 | 8.25 | 9.79 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2030 Index** | 7.51 | 8.34 | 4.83 | 5.02 | 6.60 | - | -17.94 | 3.54 | 6.51 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 41.25 | U.S. Bonds | 30.86 | Total Inv Exp Net % | 0.33 | - |
| Non-U.S. Stocks | 16.84 | Cash | 6.29 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 4.03 | Other | 0.55 | Waiver Expiration Date | N/A | |
| Preferred | 0.18 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.33 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.30 | |
| | | | | Redemption Fee | - | |

### Investment Category: **Target-Date 2035**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2035 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 9.40 | 11.80 | 7.99 | 7.36 | 8.97 | 10.65 | -16.24 | 5.88 | 8.96 | 10.33 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2035 Index** | 8.39 | 10.16 | 6.53 | 5.59 | 7.24 | - | -17.75 | 3.97 | 7.14 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 48.56 | U.S. Bonds | 21.06 | Total Inv Exp Net % | 0.35 | - |
| Non-U.S. Stocks | 20.46 | Cash | 6.34 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 2.81 | Other | 0.55 | Waiver Expiration Date | N/A | |
| Preferred | 0.21 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.35 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.50 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Balanced/Asset Allocation**

This asset class is generally composed of a combination of fixed income and equity investment options. These investment options may include balanced, asset allocation, target-date, and target-risk investment options. Although typically lower risk than investment options that invest solely in equities, all investment options in this category have the potential to lose value.

Investment Category: **Target-Date 2040**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2040 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 11.12 | 14.15 | 8.96 | 7.89 | 9.39 | 10.38 | -17.55 | 6.10 | 9.23 | 9.92 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2040 Index** | 9.22 | 11.97 | 8.16 | 6.13 | 7.70 | - | -17.37 | 4.36 | 7.55 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 55.21 | Non-U.S. Stocks | 24.31 | Total Inv Exp Net % | 0.36 | - |
| U.S. Bonds | 11.64 | Cash | 6.44 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 1.60 | Other | 0.55 | Waiver Expiration Date | N/A | |
| Preferred | 0.25 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.36 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.60 | |
| | | | | Redemption Fee | - | |

Investment Category: **Target-Date 2045**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2045 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 11.71 | 14.87 | 9.12 | 7.99 | 9.52 | 11.07 | -18.18 | 6.11 | 9.29 | 10.59 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2045 Index** | 9.78 | 13.21 | 9.20 | 6.46 | 7.92 | - | -17.06 | 4.58 | 7.70 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 57.20 | Non-U.S. Stocks | 25.64 | Total Inv Exp Net % | 0.37 | - |
| U.S. Bonds | 8.59 | Cash | 6.50 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 1.27 | Other | 0.53 | Waiver Expiration Date | N/A | |
| Preferred | 0.26 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.37 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.70 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Balanced/Asset Allocation**

This asset class is generally composed of a combination of fixed income and equity investment options. These investment options may include balanced, asset allocation, target-date, and target-risk investment options. Although typically lower risk than investment options that invest solely in equities, all investment options in this category have the potential to lose value.

Investment Category: **Target-Date 2050**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2050 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.18 | 15.38 | 9.06 | 7.98 | 9.55 | 11.09 | -18.89 | 6.04 | 9.28 | 10.58 | 7/2009 |
| Benchmark: **Morningstar Lifetime Moderate 2050 Index** | 10.00 | 13.72 | 9.58 | 6.56 | 7.94 | - | -16.91 | 4.62 | 7.68 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 57.63 | Non-U.S. Stocks | 26.18 | Total Inv Exp Net % | 0.38 | - |
| U.S. Bonds | 7.77 | Cash | 6.45 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 1.23 | Other | 0.46 | Waiver Expiration Date | N/A | |
| Preferred | 0.27 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.38 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.80 | |
| | | | | Redemption Fee | - | |

Investment Category: **Target-Date 2055**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2055 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.67 | 15.89 | 8.93 | 7.90 | 9.50 | 10.00 | -19.50 | 5.87 | 9.19 | 9.39 | 2/2010 |
| Benchmark: **Morningstar Lifetime Moderate 2055 Index** | 10.01 | 13.74 | 9.61 | 6.51 | 7.88 | - | -16.93 | 4.55 | 7.59 | - | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 57.64 | Non-U.S. Stocks | 26.76 | Total Inv Exp Net % | 0.38 | - |
| U.S. Bonds | 7.24 | Cash | 6.37 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 1.28 | Other | 0.42 | Waiver Expiration Date | N/A | |
| Preferred | 0.27 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.38 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.80 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Balanced/Asset Allocation**

This asset class is generally composed of a combination of fixed income and equity investment options. These investment options may include balanced, asset allocation, target-date, and target-risk investment options. Although typically lower risk than investment options that invest solely in equities, all investment options in this category have the potential to lose value.

### Investment Category: **Target-Date 2060**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2060 R6 Fund** [9,10,15,22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.75 | 15.94 | 8.88 | 7.85 | - | 8.45 | -19.66 | 5.82 | - | 7.34 | 3/2015 |
| Benchmark: **Morningstar Lifetime Moderate 2060 Index** | 9.98 | 13.66 | 9.56 | 6.43 | 7.80 | - | -16.98 | 4.46 | 7.49 | 6.07 | - |

Description: The fund seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 57.65 | Non-U.S. Stocks | 26.83 | Total Inv Exp Net % | 0.38 | - |
| U.S. Bonds | 7.21 | Cash | 6.31 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 1.28 | Other | 0.42 | Waiver Expiration Date | N/A | |
| Preferred | 0.28 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.38 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.80 | |
| | | | | Redemption Fee | - | |

### Investment Category: **Target-Date 2065+**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds Target Date Retirement 2065 R6 Fund** [22,24] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.73 | 16.04 | 8.91 | - | - | 14.69 | -19.64 | - | - | 12.55 | 3/2020 |
| Benchmark: **Morningstar Lifetime Moderate 2060 Index** | 9.98 | 13.66 | 9.56 | 6.43 | 7.80 | - | -16.98 | 4.46 | 7.49 | 13.58 | - |

Description: The investment seeks growth, income and conservation of capital. The fund normally invests a greater portion of its assets in fixed income, equity-income and balanced funds as it approaches and passes its target date. The advisor attempts to achieve its investment objectives by investing in a mix of American Funds in different combinations and weightings. The underlying American Funds represent a variety of fund categories, including growth funds, growth-and-income funds, equity-income funds, balanced funds and fixed income funds. The fund categories represent differing investment objectives and strategies.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 57.65 | Non-U.S. Stocks | 26.84 | Total Inv Exp Net % | 0.38 | - |
| U.S. Bonds | 7.21 | Cash | 6.30 | Contractual Cap Expiration Date | N/A | |
| Non-U.S. Bonds | 1.28 | Other | 0.42 | Waiver Expiration Date | N/A | |
| Preferred | 0.28 | Convertibles | 0.01 | Total Inv Exp Gross % | 0.38 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.80 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Large U.S. Equity**

This asset class is generally composed of investment options that invest in stocks, or shares of ownership in large, well-established, U.S. companies. These investment options typically carry more risk than fixed income investment options but have the potential for higher returns over longer time periods. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Large Value**

Inv Manager or Sub-Advisor: **Principal Global Investors**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equity Income Separate Account A,3,7,20,F** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | **4.14** | **9.27** | **12.65** | **8.53** | **10.04** | **9.00** | **-10.31** | **7.62** | **10.89** | **9.00** | **6/2009** |
| Benchmark: **Russell 1000 Value Index** | 5.12 | 11.54 | 14.30 | 8.11 | 9.22 | - | -7.54 | 6.67 | 10.29 | - | - |

Description: The investment seeks to provide current income and long-term growth of income and capital. Under normal circumstances, the fund invests at least 80% of its net assets, plus any borrowings for investment purposes, in dividend-paying equity securities at the time of purchase. It usually invests in equity securities of companies with large and medium market capitalizations. The fund invests in value equity securities, an investment strategy that emphasizes buying equity securities that appear to be undervalued.

| Composition (% of Assets) as of 05/31/2023 | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|
| U.S. Stocks | 84.48 | Non-U.S. Stocks 13.55 | Total Inv Exp Net % | 0.30 | 1/30 day period |
| Cash | 1.96 | | Contractual Cap Expiration Date | 02/29/2024 | |
| | | | Waiver Expiration Date | N/A | |
| | | | Total Inv Exp Gross % | 0.32 | |
| | | | Total Inv Exp Gross Per $1,000 Invested | $3.20 | |
| | | | Redemption Fee | - | |

Investment Category: **Large Blend**

Inv Manager or Sub-Advisor: **Fidelity Management & Research**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fidelity 500 Index Fund 2,17,23,25,H** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | **16.89** | **19.57** | **14.59** | **12.29** | **12.85** | **12.51** | **-18.13** | **9.41** | **12.55** | **11.57** | **5/2011** |
| Benchmark: **Russell 1000 Index** | 16.68 | 19.36 | 14.09 | 11.92 | 12.64 | - | -19.13 | 9.13 | 12.37 | - | - |
| Benchmark: **Standard & Poor's 500 Index** | 16.89 | 19.59 | 14.60 | 12.31 | 12.86 | - | -18.11 | 9.42 | 12.56 | - | - |

Description: The investment seeks to provide investment results that correspond to the total return performance of common stocks publicly traded in the United States. The fund normally invests at least 80% of assets in common stocks included in the S&P 500(R) Index, which broadly represents the performance of common stocks publicly traded in the United States. It lends securities to earn income.

| Composition (% of Assets) as of 05/31/2023 | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|
| U.S. Stocks | 98.94 | Non-U.S. Stocks 1.04 | Total Inv Exp Net % | 0.02 | 1/60 day period |
| Cash | 0.02 | | Contractual Cap Expiration Date | N/A | |
| | | | Waiver Expiration Date | N/A | |
| | | | Total Inv Exp Gross % | 0.02 | |
| | | | Total Inv Exp Gross Per $1,000 Invested | $0.20 | |
| | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Large U.S. Equity**

This asset class is generally composed of investment options that invest in stocks, or shares of ownership in large, well-established, U.S. companies. These investment options typically carry more risk than fixed income investment options but have the potential for higher returns over longer time periods. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Large Blend**

Inv Manager or Sub-Advisor: **Hartford Mutual Funds**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Hartford Core Equity R6 Fund [17,25,H]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.81 | 15.70 | 12.19 | 11.44 | 12.99 | 11.11 | -18.65 | 9.63 | 13.14 | 10.13 | 3/2015 |
| Benchmark: **Russell 1000 Index** | 16.68 | 19.36 | 14.09 | 11.92 | 12.64 | - | -19.13 | 9.13 | 12.37 | - | - |

Description: The investment seeks growth of capital. Under normal circumstances, the fund invests at least 80% of its assets in common stocks. Its portfolio seeks to be broadly diversified by industry and company. The fund may invest in a broad range of market capitalizations, but the advisor tends to focus on large capitalization companies with market capitalizations similar to those of companies in the S&P 500 Index.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 98.49 | Non-U.S. Stocks | 1.17 | Total Inv Exp Net % | 0.36 | 2/90 day period |
| Cash | 0.34 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.36 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $3.60 | |
| | | | | Redemption Fee | - | |

Investment Category: **Large Growth**

Inv Manager or Sub-Advisor: **T. Rowe Price/Brown Advisory**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **LargeCap Growth I Separate Account [A,3,16,19,21,F]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 27.50 | 24.60 | 8.33 | 11.97 | 14.46 | 8.12 | -33.86 | 9.14 | 13.01 | 7.12 | 12/2000 |
| Benchmark: **Russell 1000 Growth Index** | 29.02 | 27.11 | 13.73 | 15.14 | 15.74 | - | -29.14 | 10.96 | 14.10 | - | - |

Description: The investment seeks long-term growth of capital. The fund normally invests at least 80% of its net assets, plus any borrowings for investment purposes, in equity securities of companies with large market capitalizations at the time of purchase. It invests in growth equity securities, an investment strategy that emphasizes buying equity securities of companies whose potential for growth of capital and earnings is expected to be above average. The fund is non-diversified.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 94.91 | Non-U.S. Stocks | 2.92 | Total Inv Exp Net % | 0.39 | 1/30 day period |
| Cash | 2.05 | Preferred | 0.09 | Contractual Cap Expiration Date | N/A | |
| Other | 0.02 | | | Waiver Expiration Date | 02/29/2024 | |
| | | | | Total Inv Exp Gross % | 0.41 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $4.10 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Small/Mid U.S. Equity**

This asset class is generally composed of investment options that invest in stocks, or shares of ownership in small- to medium-sized U.S. companies. These investment options typically carry more risk than larger U.S. equity investment options but have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Mid Cap Value**

Inv Manager or Sub-Advisor: **T. Rowe Price Associates, Inc.**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **T. Rowe Price Mid-Cap Value I Fund [1,17,G]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 8.94 | 16.06 | 17.96 | 8.26 | 10.24 | 10.10 | -4.08 | 7.12 | 10.68 | 9.53 | 8/2015 |
| Benchmark: **Russell Midcap Value Index** | 5.23 | 10.50 | 15.04 | 6.84 | 9.03 | - | -12.03 | 5.72 | 10.11 | - | - |

Description: The investment seeks to provide long-term capital appreciation. The fund will normally invest at least 80% of its net assets (including any borrowings for investment purposes) in companies whose market capitalization (number of shares outstanding multiplied by share price), at the time of purchase, falls within the range of the companies in either the S&P MidCap 400 Index or the Russell Midcap Value Index.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 82.89 | Non-U.S. Stocks | 9.03 | Total Inv Exp Net % | 0.68 | 1/30 day period |
| Cash | 4.41 | Other | 3.67 | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.68 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $6.80 | |
| | | | | Redemption Fee | - | |

Investment Category: **Mid Cap Blend**

Inv Manager or Sub-Advisor: **Fidelity Management & Research**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fidelity Mid Cap Index Fund [1,2,H]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 8.99 | 14.97 | 12.51 | 8.47 | 10.32 | 11.90 | -17.28 | 7.10 | 10.95 | 11.60 | 9/2011 |
| Benchmark: **Russell Midcap Index** | 9.01 | 14.92 | 12.50 | 8.46 | 10.32 | - | -17.32 | 7.10 | 10.96 | - | - |

Description: The investment seeks to provide investment results that correspond to the total return of stocks of mid-capitalization United States companies. The fund invests normally at least 80% of its assets in securities included in the Russell Midcap(R) Index. It lends securities to earn income.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 99.05 | Non-U.S. Stocks | 0.93 | Total Inv Exp Net % | 0.03 | 1/60 day period |
| Cash | 0.02 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.03 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $0.30 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Small/Mid U.S. Equity**

This asset class is generally composed of investment options that invest in stocks, or shares of ownership in small- to medium-sized U.S. companies. These investment options typically carry more risk than larger U.S. equity investment options but have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Mid Cap Growth**

Inv Manager or Sub-Advisor: **JP Morgan Investment Mgmt Inc.**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **JP Morgan Mid Cap Growth R6 Fund [1,17,E]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 15.13 | 20.03 | 7.40 | 11.68 | 13.01 | 13.85 | -26.96 | 9.87 | 13.04 | 13.08 | 11/2011 |
| Benchmark: **Russell Midcap Growth Index** | 15.94 | 23.13 | 7.63 | 9.71 | 11.53 | - | -26.72 | 7.64 | 11.41 | - | - |

Description: The investment seeks growth of capital. Under normal circumstances, at least 80% of the fund's assets will be invested in equity securities of mid cap companies, including common stocks and debt securities and preferred securities that are convertible to common stocks. "Assets" means net assets, plus the amount of borrowings for investment purposes. The fund invests primarily in common stocks of mid cap companies which the fund's adviser believes are capable of achieving sustained growth.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 97.87 | Cash | 1.54 | Total Inv Exp Net % | 0.70 | 2/60 day period |
| Non-U.S. Stocks | 0.58 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | 10/31/2023 | |
| | | | | Total Inv Exp Gross % | 0.75 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $7.50 | |
| | | | | Redemption Fee | - | |

Investment Category: **Small Value**

Inv Manager or Sub-Advisor: **Invesco**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invesco Small Cap Value R6 Fund [1,17,G]** | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 7.56 | 22.57 | 32.29 | 11.57 | 10.94 | 10.91 | 4.71 | 9.69 | 12.13 | 10.51 | 2/2017 |
| Benchmark: **Russell 2000 Value Index** | 2.50 | 6.01 | 15.43 | 3.54 | 7.29 | - | -14.48 | 4.13 | 8.48 | - | - |

Description: The investment seeks long-term growth of capital. The fund invests, under normal circumstances, at least 80% of its net assets (plus any borrowings for investment purposes) in securities of small capitalization companies, and in derivatives and other instruments that have economic characteristics similar to such securities. It focuses on equity securities of small capitalization companies that Invesco Advisers, Inc. (Invesco or the Adviser), the fund's investment adviser, believes are undervalued. The principal type of equity security in which the fund invests is common stock.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 78.86 | Non-U.S. Stocks | 19.44 | Total Inv Exp Net % | 0.73 | 1/30 day period |
| Cash | 1.70 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.73 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $7.30 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Small/Mid U.S. Equity**

This asset class is generally composed of investment options that invest in stocks, or shares of ownership in small- to medium-sized U.S. companies. These investment options typically carry more risk than larger U.S. equity investment options but have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Small Blend**

Inv Manager or Sub-Advisor: **Fidelity Management & Research**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fidelity Small Cap Index Fund** [1,2,H] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 8.19 | 12.56 | 10.89 | 4.31 | 8.42 | 10.47 | -20.27 | 4.22 | 9.17 | 10.19 | 9/2011 |
| Benchmark: **Russell 2000 Index** | 8.09 | 12.31 | 10.82 | 4.21 | 8.26 | - | -20.44 | 4.13 | 9.01 | - | - |

Description: The investment seeks to provide investment results that correspond to the total return of stocks of small-capitalization United States companies. The fund invests normally at least 80% of its assets in securities included in the Russell 2000(R) Index. It lends securities to earn income.

| Composition (% of Assets) as of 04/30/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 98.19 | Non-U.S. Stocks | 1.76 | Total Inv Exp Net % | 0.03 | 1/60 day period |
| Cash | 0.05 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.03 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $0.30 | |
| | | | | Redemption Fee | - | |

Investment Category: **Small Growth**

Inv Manager or Sub-Advisor: **AB LP**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **AB Small Cap Growth Portfolio Z Fund** [1,17,E] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 16.38 | 16.25 | 2.77 | 6.81 | 11.03 | 9.78 | -38.86 | 6.97 | 11.05 | 8.25 | 6/2015 |
| Benchmark: **Russell 2000 Growth Index** | 13.55 | 18.53 | 6.10 | 4.22 | 8.83 | - | -26.36 | 3.51 | 9.20 | - | - |

Description: The investment seeks long-term growth of capital. The fund invests primarily in a diversified portfolio of equities with relatively smaller capitalizations as compared to the overall U.S. market. It invests at least 80% of its net assets in equities of smaller companies. For these purposes, "smaller companies" are those that, at the time of investment, fall within the lowest 20% of the total U.S. equity market capitalization (excluding, for purposes of this calculation, companies with market capitalizations of less than $10 million). The fund may invest in any company and industry and in any type of equity security with potential for capital appreciation.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 96.53 | Non-U.S. Stocks | 2.05 | Total Inv Exp Net % | 0.76 | 2/60 day period |
| Cash | 1.42 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.76 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $7.60 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Small/Mid U.S. Equity**

This asset class is generally composed of investment options that invest in stocks, or shares of ownership in small- to medium-sized U.S. companies. These investment options typically carry more risk than larger U.S. equity investment options but have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Real Estate**

Inv Manager or Sub-Advisor: **T. Rowe Price Associates, Inc.**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **T. Rowe Price Real Estate I Fund** [6,17,G] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 4.30 | -2.96 | 8.65 | 2.56 | 5.34 | 3.20 | -25.76 | 1.68 | 5.41 | 2.82 | 12/2015 |
| Benchmark: **Standard & Poor's United States REIT Index** | 5.45 | -0.06 | 8.91 | 4.50 | 6.27 | - | -24.36 | 3.68 | 6.37 | - | - |

Description: The investment seeks long-term growth through a combination of capital appreciation and current income. The fund normally invests at least 80% of its net assets (including any borrowings for investment purposes) in the equity securities of real estate companies. It is likely to maintain a significant portion of assets in real estate investment trusts (REITs). REITs pool money to invest in properties (equity REITs) or mortgages (mortgage REITs). The fund generally invests in equity REITs. It is non-diversified.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| U.S. Stocks | 96.53 | Cash | 2.82 | Total Inv Exp Net % | 0.64 | 1/30 day period |
| Non-U.S. Stocks | 0.66 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.64 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $6.40 | |
| | | | | Redemption Fee | - | |

## Asset Class: **Global/International Equity**

This asset class is composed of investment options that invest in stocks, or shares of ownership in companies with their principal place of business or office outside the United States. These investment options often carry more risk than U.S. equity investment options but may have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Diversified Emerging Mkts**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds New World R6 Fund** [4,17] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 11.96 | 14.69 | 5.95 | 5.94 | 6.33 | 8.38 | -21.75 | 3.04 | 4.98 | 7.80 | 5/2009 |
| Benchmark: **MSCI Emerging Markets NR Index** | 4.89 | 1.75 | 2.32 | 0.93 | 2.95 | - | -20.09 | -1.40 | 1.44 | - | - |

Description: The investment seeks long-term capital appreciation. The fund invests primarily in common stocks of companies with significant exposure to countries with developing economies and/or markets. Under normal market conditions, the fund invests at least 35% of its assets in equity and debt securities of issuers primarily based in qualified countries that have developing economies and/or markets.

| Composition (% of Assets) as of 03/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| Non-U.S. Stocks | 68.75 | U.S. Stocks | 22.03 | Total Inv Exp Net % | 0.57 | - |
| Cash | 5.76 | Non-U.S. Bonds | 3.02 | Contractual Cap Expiration Date | N/A | |
| Preferred | 0.42 | Other | 0.02 | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.57 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $5.70 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: Global/International Equity

This asset class is composed of investment options that invest in stocks, or shares of ownership in companies with their principal place of business or office outside the United States. These investment options often carry more risk than U.S. equity investment options but may have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Foreign Large Value**

Inv Manager or Sub-Advisor: **Columbia Management Advisors**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Columbia Overseas Value I3 Fund** [4,17,E] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 7.54 | 16.98 | 10.88 | 3.31 | 5.86 | 4.89 | -5.88 | 1.36 | 5.39 | 4.21 | 7/2015 |
| Benchmark: **MSCI ACWI Ex USA Value Index** | 8.26 | 12.19 | 10.42 | 2.65 | 3.70 | - | -8.59 | -0.05 | 2.72 | - | - |

Description: The investment seeks long-term capital appreciation. Under normal circumstances, the fund invests at least 80% of total assets (including the amount of any borrowings for investment purposes) in equity securities of foreign companies that have market capitalizations of more than $1 billion at the time of purchase. It typically invests in foreign companies in at least three countries, other than the United States, at any one time and may invest in emerging markets. The fund may invest directly in foreign securities or indirectly through closed-end investment companies and depositary receipts.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| Non-U.S. Stocks | 95.43 | U.S. Stocks | 4.76 | Total Inv Exp Net % | 0.77 | 1/28 day period |
| Other | 0.01 | Cash | -0.20 | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | 06/30/2023 | |
| | | | | Total Inv Exp Gross % | 0.83 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $8.30 | |
| | | | | Redemption Fee | - | |

Investment Category: **Foreign Large Blend**

Inv Manager or Sub-Advisor: **BlackRock Advisors, LLC**

| Investment Option Name | Average Annual Total Return | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **iShares MSCI EAFE International Index K Fund** [2,4,17] | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.06 | 18.87 | 9.11 | 4.65 | 5.43 | 4.72 | -14.07 | 1.79 | 4.58 | 3.92 | 3/2011 |
| Benchmark: **MSCI ACWI Ex USA Index** | 9.47 | 12.72 | 7.22 | 3.52 | 4.75 | - | -16.00 | 0.88 | 3.80 | - | - |

Description: The investment seeks to match the performance of the MSCI EAFE Index (Europe, Australasia, Far East) in U.S. dollars with net dividends as closely as possible before the deduction of fund expenses. The fund will be substantially invested in securities in the MSCI EAFE Index, and will invest at least 80% of its assets in securities or other financial instruments that are components of or have economic characteristics similar to the securities included in the MSCI EAFE Index.

| Composition (% of Assets) as of 12/31/2022 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| Non-U.S. Stocks | 97.68 | Cash | 1.84 | Total Inv Exp Net % | 0.04 | - |
| U.S. Stocks | 0.87 | Preferred | 0.08 | Contractual Cap Expiration Date | N/A | |
| Other | -0.47 | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.04 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $0.40 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Global/International Equity**

This asset class is composed of investment options that invest in stocks, or shares of ownership in companies with their principal place of business or office outside the United States. These investment options often carry more risk than U.S. equity investment options but may have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Foreign Large Blend**

Inv Manager or Sub-Advisor: **Principal Global Investors**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diversified International Separate Account** A,4,18,F | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 12.84 | 17.32 | 8.42 | 4.35 | 5.91 | 7.07 | -19.83 | 1.07 | 4.87 | 6.81 | 5/1987 |
| Benchmark: **MSCI ACWI Ex USA Index** | 9.47 | 12.72 | 7.22 | 3.52 | 4.75 | - | -16.00 | 0.88 | 3.80 | - | - |

Description: The investment option normally invests the majority of assets in companies in at least three different countries. It invests in securities of companies with their principal place of business or principal office outside of the United States; companies for which the principal securities trade on a foreign exchange; and companies, regardless of where their securities are traded, that derive 50% or more of their total revenue from goods or services produced or sold outside of the United States. The Separate Account may invest in securities of companies with small to medium market capitalizations.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| Non-U.S. Stocks | 92.07 | Cash | 2.97 | Total Inv Exp Net % | 0.43 | 1/30 day period |
| U.S. Stocks | 2.95 | Other | 2.01 | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | N/A | |
| | | | | Total Inv Exp Gross % | 0.43 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $4.30 | |
| | | | | Redemption Fee | - | |

Investment Category: **Foreign Large Growth**

Inv Manager or Sub-Advisor: **Franklin Templeton Investments**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Franklin International Growth R6 Fund** 4,17 | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 13.32 | 16.62 | -0.50 | 3.26 | 6.58 | 5.87 | -31.74 | 1.69 | 5.02 | 4.82 | 5/2013 |
| Benchmark: **MSCI ACWI Ex USA Growth Index** | 10.70 | 13.26 | 3.96 | 4.06 | 5.61 | - | -23.05 | 1.49 | 4.68 | - | - |

Description: The investment seeks long-term capital appreciation. The fund invests predominantly in equity securities, primarily common stock, of mid-and large-capitalization companies located outside the U.S., including developing or emerging market countries. The fund may invest up to 20% of its net assets in emerging market countries. Mid- and large-capitalization companies are generally companies with market capitalizations of greater than $2 billion.

| Composition (% of Assets) as of 05/31/2023 | | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|---|
| Non-U.S. Stocks | 89.14 | U.S. Stocks | 7.09 | Total Inv Exp Net % | 0.75 | - |
| Cash | 3.77 | | | Contractual Cap Expiration Date | N/A | |
| | | | | Waiver Expiration Date | 11/30/2023 | |
| | | | | Total Inv Exp Gross % | 0.80 | |
| | | | | Total Inv Exp Gross Per $1,000 Invested | $8.00 | |
| | | | | Redemption Fee | - | |

Contract/Plan ID Number: 7-28802

## Asset Class: **Global/International Equity**

This asset class is composed of investment options that invest in stocks, or shares of ownership in companies with their principal place of business or office outside the United States. These investment options often carry more risk than U.S. equity investment options but may have the potential for higher returns. They may be an appropriate choice for long-term investors who are seeking the potential for growth. All investment options in this category have the potential to lose value.

Investment Category: **Global Large-Stock Growth**

Inv Manager or Sub-Advisor: **Capital Research and Mgmt Co**

| Investment Option Name | Average Annual Total Return | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **American Funds New Perspective R6 Fund** 4,17 | (as of 06/30/2023 quarter end) | | | | | | (as of 12/31/2022 year end) | | | | |
| | YTD Ret | 1-Year | 3-Year | 5-Year | 10-Year | Since Incept | 1-Year | 5-Year | 10-Year | Since Incept | Incept Date |
| | 17.29 | 19.56 | 10.81 | 10.18 | 11.20 | 12.58 | -25.61 | 7.69 | 10.29 | 11.75 | 5/2009 |
| Benchmark: **MSCI ACWI Growth Index** | 24.25 | 23.05 | 9.57 | 10.45 | 11.00 | - | -28.61 | 6.37 | 9.20 | - | - |

Description: The investment seeks long-term growth of capital. The fund seeks to take advantage of investment opportunities generated by changes in international trade patterns and economic and political relationships by investing in common stocks of companies located around the world. In pursuing its investment objective, it invests primarily in common stocks of companies that the investment adviser believes have the potential for growth.

| Composition (% of Assets) as of 03/31/2023 | | | Fees & Expenses | | # of Transfers Allowed/Time Period |
|---|---|---|---|---|---|
| U.S. Stocks | 48.82 | Non-U.S. Stocks  46.01 | Total Inv Exp Net % | 0.41 | - |
| Cash | 5.17 | | Contractual Cap Expiration Date | N/A | |
| | | | Waiver Expiration Date | N/A | |
| | | | Total Inv Exp Gross % | 0.41 | |
| | | | Total Inv Exp Gross Per $1,000 Invested | $4.10 | |
| | | | Redemption Fee                          - | | |

Contract/Plan ID Number: 7-28802

**Asset Class: Short-Term Fixed Income**

Investment Option Name: **Principal Fixed Income Guaranteed Option**[8,13,26,27,28]

Description:

This group annuity contract provides an interest rate guaranteed for a set period of time by the Principal Life Insurance Company® (Principal Life). It is backed by the multi-billion-dollar general account of Principal Life, which invests in corporate bonds, asset-backed securities, commercial real-estate mortgages, government bonds, and short-term cash equivalents. However, money allocated to Principal® Fixed Income Guaranteed Option (PFIGO) does not entitle you to participate in the investment experience or performance of the general account. The composite crediting rate (crediting rate) applied to accounts is a weighted average of underlying guarantees provided in the contract. Each underlying guarantee has a final maturity date determined when the guarantee is established. That date can range between 2 and 10 years from the date the guarantee is established. The Term column below provides the targeted average maturity of the underlying guarantees. The crediting rate resets every 6 months based on the changing weighted average of the underlying guarantees and is announced in advance for the upcoming period. The crediting rate is an effective annual rate and is displayed below net of the Rate Level Service Fee. The crediting rate, before fees, is subject to a minimum guaranteed rate defined in the contract. When the crediting rate is reset, the minimum guaranteed rate is also recalculated in accordance with state insurance regulations which utilize U.S. Treasury rates. The formula is further outlined in the group annuity contract. The minimum guaranteed rate will range between 0.15% and 3%, depending on market conditions. Benefit payments to participants for plan benefit events, including retirement, termination of employment, disability, plan termination, death, loans, and withdrawals, as allowed by the plan, are made without any surrender charge. There are no restrictions or surrender charges on investment transfers initiated by a participant from PFIGO to non-competing investment options. If the retirement program provides access to PFIGO and Competing Investment Options, investment transfers directly to Competing Investment Options are not allowed. Competing Investment Options include other guaranteed investment options, or a stable value, money market, or other short term fixed income investment option with an average duration of less than two years. Indirect transfers from PFIGO to a Competing Investment Option will be subject to an Equity Wash. An Equity Wash requires that transfers be directed to a non-competing investment option for 90 days before a subsequent transfer can be made to Competing Investment Options. Termination of the Plan's Interest, Plan Sponsor's Interest (in the case of a nonqualified deferred compensation plan), or Participating Employer's Interest in the contract ("Party's Interest") is subject to either 12 months' advance notice (subject to additional contractual limitations) or a 5% surrender charge calculated using the 12-month average value of the Party's Interest in the contract, whichever the authorized plan representative chooses. PFIGO may make available higher crediting rates. If these are available and your authorized plan representative chooses to move a Plan's Interest or Plan Sponsor's Interest to a higher crediting rate, a charge of 1.50% of the Plan's Interest or Plan Sponsor's Interest applies. If there are multiple higher crediting rates available, the 1.50% charge applies to each higher crediting rate that your authorized plan representative elects. If the charge is directed by the authorized plan representative to be deducted, the actual charge applied to your account may be higher or lower than 1.50% depending on the plan's interest at the time the authorized plan representative chose to move to a higher crediting rate and the value of your account at the time of the movement. For more information, call the automated phone system at 1-800-547-7754 or see the applicable fact sheet on principal.com.

Rate Level Service Fee: 0.00

| Net Crediting Rate (credited to participants) | Crediting Period | Term (underlying guarantees) |
|:---:|:---:|:---:|
| 4.35 | 06/01/2023-11/30/2023 | 2.0 - 4.0 years |

Investors should carefully consider a mutual fund's investment objectives, risks, charges, and expenses prior to investing. A prospectus, or summary prospectus if available, containing this and other information can be obtained by contacting a financial professional, visiting principal.com, or calling 1-800-547-7754. Read the prospectus carefully before investing.

Before directing retirement funds to a separate account, investors should carefully consider the investment objectives, risks, charges, and expenses of the separate account as well as their individual risk tolerance, time horizon and goals. For additional information, contact us at 1-800-547-7754.

The value of the investment options will fluctuate so that when redeemed, shares or units may be worth more or less than the original cost.

An investment's past performance is not necessarily an indication of how the investment will perform in the future.

Since inception benchmark returns are displayed on the Investment Option Summary for investments that are less than 10 years old. The benchmark reflecting the Since Inception return is the Morningstar Category index. For some Sub-Advised investment options, two benchmarks will be displayed on the Investment Option Summary and the secondary index reflecting the Since Inception Return is the Morningstar Category index.

Investment Options may charge a short-term trading or redemption fee to protect the interests of long-term Contractholders.

A  Separate Accounts are available through a group annuity contract with Principal Life Insurance Company. Insurance products and plan administrative services, if applicable, are provided by Principal Life Insurance Company, a member of the Principal Financial Group, Des Moines, IA 50392. See the fact sheet for the full name of the Separate Account. Certain investment options may not be available in all states or U.S. commonwealths.  Principal Life Insurance Company reserves the right to defer payments or transfers from Principal Life Separate Accounts as described in the group annuity contracts providing access to the Separate Accounts or as required by applicable law.  Such deferment will be based on factors that may include situations such as: unstable or disorderly financial markets; investment conditions which do not allow for orderly investment transactions; or investment, liquidity, and other risks inherent in real estate (such as those associated with general and local economic conditions).  If you elect to allocate funds to a Separate Account, you may not be able to immediately withdraw them.

Returns shown for periods of less than one year are not annualized. All returns displayed here are after net Total Investment Expense of the investment option.

For a Separate Account investment option, Total Investment Expense net equals the sum of these expenses:  (a) the amount of money, expressed as a percentage, deducted for the costs of managing a separate account where applicable, fees for plan administrative services and agent compensation, plus (b) if the separate account invests in an underlying mutual fund, the total fund operating expenses of the underlying mutual fund, plus (c) if an underlying mutual fund invests in other mutual funds, the weighted-average management fee of those other mutual funds, as listed in the most recent prospectus. The actual gross Total Investment Expense may change if an underlying mutual fund's allocation of assets to other mutual funds changes.

For a Mutual Fund investment option, Total Investment Expense gross equals the sum of (a) the total fund operating expenses plus (b) if the mutual fund invests in other mutual funds, the weighted-average management fee of those other mutual funds, as listed in the most recent prospectus. The actual Total Investment Expense may change if the mutual fund investment option's allocation of assets to other mutual funds changes.

© 2019 Morningstar, Inc. All Rights Reserved. Part of the mutual fund data contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.

Insurance products and plan administrative services are provided by Principal Life Insurance Company. Securities are offered through Principal Securities, Inc., 1-800-547-7754, member SIPC, and/or independent broker/dealers. Securities sold by a Principal Securities, Inc. Registered Representative are offered through Principal Securities. Principal Securities, Inc. and Principal Life are members of the Principal Financial Group, Des Moines, IA 50392.

Several investment companies have decided to impose redemption fees and/or transfer restrictions on certain plan and/or participant transactions. One or more of the investment options in your employer's retirement plan may be impacted. For more information, visit The Principal Web site at principal.com.

Any operating expenses of a mutual fund or underlying mutual fund that are part of net Total Investment Expense are obtained from the mutual fund's most recent prospectus. The operating expenses shown as part of net Total Investment Expense include voluntary expense limits and fee credit.

This report includes investment options that contain information from a variety of sources. Morningstar generally provides holdings information, operations data, and rankings or statistics proprietary to Morningstar. Morningstar is also the source of information on certain mutual funds.

These results are for the investment options available through your Plan Sponsor's retirement plan, and may be different from the results for other retirement plans. Past performance is not a guarantee of future results. Principal values and investment returns will fluctuate so that values upon redemption may be worth more or less than original costs. Total returns illustrated are net of investment expenses and management fees.

Principal Life is an investment manager as defined in ERISA with regard to its Separate Accounts.

Since inception returns are only shown for funds/accounts in existence for less than 10 years.

1  Small-cap and mid-cap investment options are subject to more fluctuation in value and may have additional risks than other investment options with stocks of larger, more stable companies.

2  Each index based investment option is invested in the stocks or bonds of the index it tracks.  Performance of indexes reflects the unmanaged results for the market segment the selected stocks or bonds represent.  There is no assurance an index based investment option will match the performance of the index tracked.

3  This Separate Account invests solely in the least expensive share class of the Principal Funds.  All voting rights associated with ownership of shares in the mutual fund are the rights of the Separate Account, not of contract holders investing in the Separate Account.  For further information on the underlying mutual fund, see the prospectus of the fund.

4  International and global investment options are subject to additional risk due to fluctuating exchange rates, foreign accounting and financial policies, and other economic and political environments.

5  High yield investment options are subject to greater credit risk and volatility that is associated with high yield bonds.

6  Real Estate investment options are subject to investment and liquidity risk and other risks inherent in real estate such as those associated with general and local economic conditions. Property values can decline due to environmental and other reasons. In addition, fluctuation in interest rates can negatively impact the performance of real estate investment options.

7  These calculated returns reflect the historical performance of the oldest share class of the fund, adjusted to reflect a portion of the fees and expenses of this share class. For time periods prior to inception date of the fund, predecessor performance is reflected.  Please see the fund's prospectus for more information on specific expenses, and the fund's most recent shareholder report for actual date of first sale. Expenses are deducted from income earned by the fund. As a result, dividends and investment results will differ for each share class.

[8] Principal Fixed Income Guaranteed Option is not FDIC insured and is not an obligation or deposit for any bank nor guaranteed by a bank. The guarantees provided with regard to the Principal Fixed Income Guaranteed Option are supported by the general account of Principal Life. Principal Fixed Income Guaranteed Option is the Group Annuity Contract - Custodial Guaranteed Interest Contract available through Principal Life Insurance Company, a member of the Principal Financial Group®, Des Moines, Iowa, 50392.

[9] Equity investment options involve greater risk, including heightened volatility, than fixed-income investment options. Fixed-income investment options are subject to interest rate risk, and their value will decline as interest rates rise.

[10] Asset allocation does not guarantee a profit or protect against a loss. Investing in real estate, small-cap, international, and high-yield investment options involves additional risks.

[11] Fixed-income investment options are subject to interest rate risk, and their value will decline as interest rates rise. Neither the principal of bond investment options nor their yields are guaranteed by the U.S. government.

[13] The Principal Fixed Income Guaranteed Option is a guarantee backed by the general account of Principal Life. As a guaranteed contract, it does not have an investment management fee or expense ratio; those are concepts unique to investment products. The Rate Level Service Fee illustrated here represents a part of a overall fee arrangement that the plan pays for services from Principal Life as a provider of administrative services to the plan, as agreed to in the Service and Expense Agreement for the plan.

[15] Fixed-income and asset allocation investment options that invest in mortgage securities are subject to increased risk due to real estate exposure.

[16] This Separate Account invests solely in the least expensive share class of a mutual fund (Fund) from Principal Funds, Inc. Principal Global Investors, LLC invests up to 30% of the Fund's assets in equity securities in an attempt to match the performance of the Fund's benchmark index. The Fund's remaining assets are managed by the sub-advisors.

[17] For investment options, returns for all time periods, except the Since Inception time frame, may include the historical performance of the oldest share class of the investment, adjusted to reflect a portion of the fees and expenses of this share class. Since Inception returns display the actual return of this share class and do not reflect the adjusted returns of the oldest share class. Please see the fund's prospectus or if CIT, the offering document for more information on specific expenses, and the investment options most recent shareholder report for actual date of first sale. For a CIT, you may need to contact the plan sponsor or plan advisor, if applicable. Expenses are deducted from income earned by the investment option. As a result, dividends and investment results will differ for each share class.

[18] Investment manager/sub-advisor means either the Investment Advisor or Sub-Advisor to the investment option or the underlying asset(s). Principal Life Insurance Company is the Investment Manager as defined by ERISA, with regard to the assets of the Separate Accounts. Principal Global Investors is a member of the Principal Financial Group.

[19] Investment manager/sub-advisor means either the Investment Advisor or Sub-Advisor to the investment option or the underlying asset(s).

[20] Investment manager/sub-advisor means either the Investment Advisor or Sub-Advisor to the investment option or the underlying asset(s). Principal Life Insurance Company is the Investment Manager as defined by ERISA, with regard to the assets of the Separate Accounts. Principal Global Investors is a member of the Principal Financial Group.

[21] This investment option is considered non-diversified, which means it, or the underlying mutual fund, can invest a higher percentage of its assets in of fewer individual issuers than a diversified investment. As a result, changes in the value of a single investment could cause greater fluctuations, gain or loss, in the net asset value than would occur if it was more diversified.

[22] Selecting a target date fund series is also authorizing any additional vintage which is launched by the investment provider for the series, and included in their associated materials, to be added to the plan after proper notification.

[23] The total investment expense is 0.015%.

[24] There is no guarantee that a target date investment will provide adequate income at or through retirement. A target date fund's (TDF) glidepath is typically set to align with a retirement age of 65, which maybe your plan's normal retirement date (NRD). If your plan's NRD/age is different, the plan may default you to a TDF based on the plans NRD/Age. Participants may choose a TDF that does not match the plan's intended retirement date but instead aligns more to their investment risk. Compare the different TDF's to see how the mix of investments shift based on the TDF glide path.

[25] Investing involves risk, including possible loss of principal. Equity investment options involve greater risk, including heightened volatility, than fixed-income investment options.

[26] Nonqualified plan sponsors may include Principal Fixed Income Guaranteed Option as an available investment option to reference when measuring a nonqualified participant's benefits, as described in certain nonqualified plan materials. The guarantee of principal and interest through the group annuity contract is not a representation that a nonqualified plan sponsor holds any assets for paying these benefits.

[27] An interest in Principal Fixed Income Guaranteed Option may be obtained by a nonqualified plan sponsor to use that interest as a corporate asset to aid in financing liabilities to nonqualified plan participants. Participants in a nonqualified plan do not own an interest in the contract, although a liability owed to a nonqualified participant may be tracked by an interest attributed to such nonqualified participant. All limitations on transfers and withdrawals, including surrender charges and early termination charges, apply to the Plan Sponsor's Interest in the contract with respect to a nonqualified plan.

[28] Participating Employer's Interest applies where the retirement plan that has an interest in Principal Fixed Income Guaranteed Option is a Pooled Employer Plan or a Multiple Employer Plan.

[E] Investment option limits the number of transfers allowed into the investment option. All participant investment transfers and non-scheduled rebalancing activity are counted toward the number of transfers allowed. When the number of allowed transfers into the investment option is met, no additional investment transfers into the investment option will be allowed until the holding period elapses. Contributions into the investment option are not impacted.

F   Investment option limits transfer activity. Once the number of allowed transfers is met, participants are not allowed to transfer back into an investment option which they have transferred out of until the holding period elapses. All participant investment transfers and non-scheduled rebalancing activity are counted toward the number of transfers allowed. Contributions into the investment option are not impacted. Participants may still transfer out to different investment options or to money market or Guaranteed options.

G   Investment option limits transfer activity. Once the number of allowed transfers is met, participants are not allowed to transfer amounts valued at the threshold amount or more back into the investment option which they have transferred out of until the holding period elapses. All participant investment transfers and non-scheduled rebalancing activity valued at the threshold amount or more are counted toward the number of transfers allowed. Contributions into the investment option are not impacted. Participant transfers made for less than the threshold amount do not count and are not limited.

H   Investment option limits transfer activity. Once the number of allowed transfers is met, participants are not allowed to transfer back into an investment option which they have transferred out more than the threshold amount until the holding period elapses. All participant investment transfers and non-scheduled rebalancing activity more than the threshold amount are counted toward the number of transfers allowed. Contributions into the investment option are not impacted. Participants may still transfer out to different investment options, money market, or Guaranteed options.

–   Principal Life works with each fund family to implement each funds' policy and establish frequent trading guidelines that best mirror Prospectus language. Mutual Fund Network investment managers have the ability to monitor for excessive trading and may enforce frequent purchase limitations in addition to or in lieu of policy monitored by Principal Life Insurance Company. Please refer to the Prospectus for verification.

### Benchmark Descriptions

MSCI Emerging Markets NR Index measures the performance of the large and mid cap segments of emerging market equity securities. It is free float-adjusted market-capitalization weighted.

Russell 2000 Value Index is a market-weighted total return index that measures the performance of companies within the Russell 2000 Index having lower price-to-book ratios and lower forecasted growth values.

Russell Midcap Growth Index is a market-weighted total return index that measures the performance of companies within the Russell Midcap Index having higher price-to-book ratios and higher forecasted growth values.

Russell Midcap Index includes firms 201 through 1000, based on market capitalization, from the Russell 3000 Index.

Russell 2000 Index consists of the smallest 2000 companies in the Russell 3000 Index, representing approximately 10% of the Russell 3000 total market capitalization.

Russell Midcap Value Index is a market-weighted total return index that measures the performance of companies within the Russell Midcap index having lower price-to-book ratios and lower forecasted growth values.

Morningstar Lifetime Moderate 2060 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2060. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Morningstar Lifetime Moderate 2055 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2055. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

MSCI ACWI Ex USA Index is a free float-adjusted market capitalization index that is designed to measure the combined equity market performance of developed and emerging market countries excluding the US.

The S&P United States REIT Index measures the performance of investable universe of publicly traded real estate investment trusts domiciled in the United States.

Standard & Poor's 500 Index is a market capitalization-weighted index of 500 widely held stocks often used as a proxy for the stock market.

The Bloomberg US Aggregate Bond Index measures the performance of investment grade, U.S. dollar-denominated, fixed-rate taxable bond market, including Treasuries, government-related and corporate securities, MBS (agency fixed-rate and hybrid ARM passthroughs), ABS, and CMBS. It rolls up into other Bloomberg flagship indices, such as the multi-currency Global Aggregate Index and the U.S. Universal Index, which includes high yield and emerging markets debt.

Morningstar Lifetime Moderate 2010 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2010. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Morningstar Lifetime Moderate 2015 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2015. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Russell 1000 Index measures the performance of the large-cap segment of the US equity securities. It is a subset of the Russell 3000 index and includes approximately 1000 of the largest securities based on a combination of their market cap and current index membership.

MSCI ACWI Ex USA Growth Index captures large and mid-cap securities exhibiting overall growth style characteristics across 22 Developed Markets countries and 23 Emerging Markets countries.

The Bloomberg US Treasury Tips Index measures the performance of rules-based, market value-weighted inflation-protected securities issued by the U.S. Treasury. It is a subset of the Global Inflation-Linked Index (Series-L).

The Bloomberg US TIPS 0-5 Year Index measures the performance of large and mid cap securities exhibiting overall growth style characteristic across Developed Markets (DM) and Emerging Markets (EM) countries equity securities. The growth investment style characteristics for index construction are defined using five variables: long-term forward EPS growth rate, short-term forward EPS growth rate, current internal growth rate and long-term historical EPS growth trend and long-term historical sales per share growth trend. It is a free float-adjusted market capitalization weighted index.

The MSCI ACWI Ex USA Value Index measures the performance of the value large and mid cap segments of the particular regions, excluding USA equity securities, including developed and emerging market. It is free float-adjusted market-capitalization weighted.

The Bloomberg US Government Index measures the performance of the U.S. Treasury and U.S. Agency Indices, including Treasuries and U.S. agency debentures. It is a component of the U.S. Government/Credit Index and the U.S. Aggregate Index.

Morningstar Lifetime Moderate 2020 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2020. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Morningstar Lifetime Moderate 2025 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2025. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Morningstar Lifetime Moderate 2030 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2030. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Morningstar Lifetime Moderate 2035 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2035. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

The Bloomberg US Government 1-3 Year Index measures the performance of the U.S. Treasury and U.S. Agency Indices with maturities of 1-3 years, including Treasuries and U.S. agency debentures. It is a component of the U.S. Government/Credit Index and the U.S. Aggregate Index.

Russell 1000 Growth Index is a market-capitalization weighted index of those firms in the Russell 1000 with higher price-to-book ratios and higher forecasted growth values.

The Bloomberg US Corporate Bond Index measures the performance of the investment grade, U.S. dollar-denominated, fixed-rate, taxable corporate bond market. It includes USD-denominated securities publicly issued by U.S. and non-U.S. industrial, utility, and financial issuers that meet specified maturity, liquidity, and quality requirements.

Morningstar Lifetime Moderate 2040 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2040. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Russell 1000 Value Index is a market-capitalization weighted index of those firms in the Russell 1000 with lower price-to-book ratios and lower forecasted growth values.

Morningstar Lifetime Moderate 2045 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2045. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Russell 2000 Growth Index is a market-weighted total return index that measures the performance of companies within the Russell 2000 Index having higher price-to-book ratio and higher forecasted growth values.

Morningstar Lifetime Moderate 2050 Index measures the performance of a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a US investor who has a target maturity date of 2050. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility. This Index does not incorporate Environmental, Social, or Governance (ESG) criteria.

Merrill Lynch U.S. High Yield Master II Index measures the performance of high yield bonds.

t16083102t2



# What type of investor are you?

Not sure what type of investor you are? No problem.
These two simple questions can help:

 **How comfortable are you with risk?**

 **How long do you have until you retire?**

If you know the answers to these, you'll be able to make more well-informed choices about where to put the money in your account.* That's important because how the money is invested can have a big impact on how you may live in retirement.

**Take this short quiz to help you determine where to allocate the money.**

### 1. How much do you know about investing?

| | |
|---|---|
| • Just learning the ropes | 0 Points |
| • Somewhat knowledgeable | 6 Points |
| • An expert | 12 Points |
| | **Points** |

### 2. When you're planning for your retirement and want to invest some money, what is your main goal?

| | |
|---|---|
| • Not losing money | 0 Points |
| • Keeping your money and making more money | 8 Points |
| • Making as much money as possible | 17 points |
| | **Points** |

### 3. How likely are you to put money in investments that earn stable but lower returns?

| | |
|---|---|
| • Very likely | 0 Points |
| • Likely | 5 Points |
| • Unlikely | 9 Points |
| • Very unlikely | 14 Points |
| | **Points** |

### 4. How comfortable are you with the value of your investments rising and falling over time?

| | |
|---|---|
| • Not comfortable | 0 Points |
| • Neutral | 6 Points |
| • Comfortable | 12 Points |
| | **Points** |

*Your account — the account the plan holds for your benefit.

Used with permission. © 2023 Morningstar Investment Management LLC.

**5. One of your investments is suddenly underperforming and you're showing a loss — what would you do?**

| | |
|---|---|
| • Immediately move to a less risky investment | 0 Points |
| • Wait it out at least a year before changing your investment | 7 Points |
| • Stick with the current investment | 13 Points |

⟶ **Points**

**6. You were given $20,000 to invest in one of the four scenarios shown below. The chart below shows the best case and worst case returns of each investment over the past three years. You would invest your money in which scenario:**



Percentage of the total value gain/loss.

These figures are hypothetical and do not guarantee any future returns nor represent the performance of any particular investment. This is for illustrative purposes only.

| | |
|---|---|
| Ⓐ | 0 points |
| Ⓑ | 5 points |
| Ⓒ | 9 points |
| Ⓓ | 14 points |

⟶ **Points**

**7. You put $5,000 in one of your investments and plan to keep it for 10 years. During the first year, the overall stock market loses value — including the money you invested. Are you more likely to:**

| | |
|---|---|
| • Sell all of your investment | 0 Points |
| • Sell some of your investment | 6 Points |
| • Leave your investment alone | 12 Points |
| • Buy more of your investment | 17 Points |

⟶ **Points:**

**Total Points**

## Years to Retirement

**When do you plan to begin taking money out of your account?**

| 16 years or more | 11-15 years | 6-10 years | 5 years or less |
|---|---|---|---|

## Where did you land?

Based on your answers to the quiz, let's determine which investor profile best describes you. Your investor profile can help you figure out what mix of investment options may be right for you by showing how money could be allocated into the plan's various types of investments across different levels of risk.

**First,** find your quiz score. > **Then,** find your years to retirement. > **Next,** determine where these two meet on the chart below.

---

**The color of the box where these intersect will match one of the five investor profiles below.**



| Years to Retirement: | Score 0–17 | Score 18–41 | Score 42–61 | Score 62–83 | Score 84–100 |
|---|---|---|---|---|---|
| ≤5 years | | | | | |
| 6-10 years | | | | | |
| 11-15 years | | | | | |
| ≥16 years | | | | | |

| Ⓐ Conservative | Ⓑ Moderate conservative | Ⓒ Moderate | Ⓓ Moderate aggressive | Ⓔ Aggressive |
|---|---|---|---|---|

Please keep in mind that this is simply a guideline and for educational purposes only. It is not intended to tell you how to invest. We suggest that you review your investment profile at least annually or as life changes occur to help ensure you're still meeting your goals.

## Does this sound like you?

### Investor profiles



| Conservative | Moderate conservative | Moderate | Moderate aggressive | Aggressive |
|---|---|---|---|---|
| Ⓐ 48%, 32%, 5%, 5%, 10% | Ⓑ 34%, 26%, 13%, 10%, 17% | Ⓒ 22%, 18%, 20%, 16%, 24% | Ⓓ 12%, 27%, 24%, 29%, 8% | Ⓔ 32%, 31%, 37% |

Low Risk/Return ⟵········· Levels of Risk ·········⟶ High Risk/Return

- ● Short-Term Fixed Income
- ● Fixed Income
- ● Large U.S. Equity
- ● Small/Mid U.S. Equity
- ● Global/International Equity

Depending on the objectives of the investment options selected in each asset class, they may experience price fluctuations and have the potential to lose value. **Asset allocation and diversification do not ensure a profit or protect against a loss.** Visit **principal.com/assetclass** for asset class descriptions.

## Log on to principal.com to make or modify your investment selection.

Used with permission. © 2023 Morningstar Investment Management LLC.

# Profile descriptions

Whether you're taking this quiz to help select your mix of investments or to verify if your own education model aligns, the five pie charts represent a mix of risk levels that apply to investments that fit within each profile description. Based on the quiz results, consider if the investor profile and description match what type of investor you are.

**Conservative**
This allocation is designed for the more cautious investor, one with sensitivity to short-term losses and/or a shorter time horizon. It is targeted toward the investor seeking investment stability from the investable assets but still seeking to beat inflation over the long term. The main objective of this investor is to preserve capital while providing income potential. Investors may expect fluctuations in the values of this portfolio to be smaller and less frequent than in more aggressive portfolios.

**Moderate conservative**
This allocation may be appropriate for the investor who seeks both modest capital appreciation and income potential from his or her portfolio. This investor will have either a moderate time horizon or a slightly higher risk tolerance than the most conservative investors. While this allocation is still designed to preserve capital, fluctuations in the values of this portfolio may occur from year to year.

**Moderate**
This allocation may suit the investor who seeks relatively stable growth with a lower level of income potential. An investor in the moderate risk range will have a higher tolerance for risk and/or a longer time horizon than more conservative investors. The main objective of this investor is to achieve steady growth while limiting fluctuation to less than that of the overall stock markets.

**Moderate aggressive**
This allocation is designed for investors with a relatively high tolerance for risk and a longer time horizon. These investors have little need for current income and seek above-average growth from the investable assets. The main objective of this profile is capital appreciation, and its investors should be able to tolerate moderate fluctuations in their portfolio values.

**Aggressive**
This allocation may be appropriate for investors who have both a high tolerance for risk and a long investment time horizon. The main objective of this profile is to provide high growth, which means the investor is not as concerned with receiving current income. This portfolio may have larger and more frequent fluctuations from year to year, making it potentially less desirable for investors who do not have both a high tolerance for risk and an extended investment horizon.

Morningstar Investment Management LLC, periodically reviews and adjusts profile asset allocation model percentages based upon their economic outlook and current market conditions.

**Investing involves risk, including possible loss of principal. Asset allocation and diversification do not ensure a profit or protect against a loss.**

Equity investment options involve greater risk, including heightened volatility, than fixed-income investment options.

Fixed-income investments are subject to interest rate risk; as interest rates rise their value will decline.

Lower-rated securities are subject to additional credit and default risks.

Small and mid-cap stocks may have additional risks including greater price volatility.

International and global investing involves greater risks such as currency fluctuations, political/social instability and differing accounting standards.

© 2023 Morningstar Investment Management LLC. All rights reserved. Morningstar Investment Management LLC is a registered investment adviser and subsidiary of Morningstar, Inc. The Morningstar name and logo are registered marks of Morningstar, Inc.. This questionnaire is provided as education and guidance only. As a retirement plan participant, you should consult with your financial professional about your responses to this questionnaire and other relevant factors that you should consider before making an allocation decision. The questionnaire is made available through a license agreement with the Principal Financial Group®, and use by a participant in no way establishes a relationship (including advisory relationship) between the participant and Morningstar Investment Management LLC. Past performance does not guarantee future results.

Insurance products and plan administrative services provided through Principal Life Insurance Company® Securities offered through Principal Securities, Inc., member SIPC and/or independent broker-dealers. Referenced companies are members of the Principal Financial Group®, Des Moines, Iowa 50392. Certain investment options may not be available in all states or U.S. commonwealths.

Principal®, Principal Financial Group®, and Principal and the logomark design are registered trademarks of Principal Financial Services, Inc., a Principal Financial Group company, in the United States and are trademarks and services marks of Principal Financial Services, Inc., in various countries around the world.

PT383P-11 | © 2023 Principal Financial Services, Inc. | 3003081-072023 | 07/2023

This page left intentionally blank.



PQ12087-05 | © 2021 Principal Financial Services, Inc. | 1812236-092021 | 09/2021

7-28802/Management Registry 401(k) Plan

08/17/2023

# EXHIBIT 2

# SUMMARY PLAN DESCRIPTION
# FOR

# Management Registry 401(k) Plan

# September 1, 2022

# Table of Contents

**Article 1**......................................................................Introduction

**Article 2** ...........................General Plan Information and Key Definitions

**Article 3** .......................................................Description of Plan

**Article 4**...............................................Eligibility Requirements

**Article 5** ....................................................Plan Contributions

**Article 6** ................................................Limit on Contributions

**Article 7** ..................................Determination of Vested Benefit

**Article 8** .......................................................Participant Loans

**Article 9**........................................................Plan Distributions

**Article 10** .....................................Plan Administration and Investments

**Article 11** ..........................................Plan Amendments and Termination

**Article 12** .......................Plan Participant Rights and Claim Procedures

# Management Registry 401(k) Plan
# SUMMARY PLAN DESCRIPTION

## ARTICLE 1
## INTRODUCTION

Management Registry, Inc has adopted the Management Registry 401(k) Plan (the "Plan") to help its employees save for retirement. If you are an employee of Management Registry, Inc, you may be entitled to participate in the Plan, provided you satisfy the conditions for participation as described in this Summary Plan Description ("SPD").

This SPD is designed to help you understand the retirement benefits provided under the Plan and your rights and obligations with respect to the Plan. This SPD contains a summary of the major features of the Plan, including the conditions you must satisfy to participate under the Plan, the amount of benefits you are entitled to as a Plan participant, when you may receive distributions from the Plan, and other valuable information you should know to understand your Plan benefits. We encourage you to read this SPD and contact the Plan Administrator if you have any questions regarding your rights and obligations under the Plan. (See Article 2 below for the name and address of the Plan Administrator.)

This SPD does not replace the formal Plan document, which contains all of the legal and technical requirements applicable to the Plan. However, this SPD does attempt to explain the Plan language in a non-technical manner that will help you understand your retirement benefits. If the non-technical language under this SPD and the technical, legal language under the Plan document conflict, the Plan document always governs. If you have any questions regarding the provisions contained in this SPD or if you wish to receive a copy of the legal Plan document, please contact the Plan Administrator.

The Plan document may be amended or modified due to changes in law, to comply with pronouncements by the Internal Revenue Service (IRS) or Department of Labor (DOL), or due to other circumstances. If the Plan is amended or modified in a way that changes the provisions under this SPD, you will be notified of such changes.

This SPD does not create any contractual rights to employment nor does it guarantee the right to receive benefits under the Plan. Benefits are payable under the Plan only to individuals who have satisfied all of the conditions under the Plan document for receiving benefits. (See Article 12 - Plan Participant Rights and Claim Procedures for additional information.)

## ARTICLE 2
## GENERAL PLAN INFORMATION AND KEY DEFINITIONS

This Article 2 contains information regarding the day-to-day administration of the Plan as well as the definition of key terms used throughout this SPD.

**Plan Name:** Management Registry 401(k) Plan

**Plan Number:** 001

**Employer:**

  **Name:** Management Registry, Inc
  **Address:** 1868 Campus Place
  **City, State, Zip Code:** Louisville, KY 40299
  **Telephone number:** 502-242-3175
  **Employer Identification Number (EIN):** 61-0863236

1

**Predecessor Employer(s):**

In applying the eligibility and allocation rules under Article 4 and the vesting rules under Article 7, all service you perform with us is taken into account. In addition, service may be credited with the following "predecessor" employers:

➢  Omni Service - Acquired 3/27/2017
➢  Allstaff - Acquired 9/11/2017

Thus, if you performed any service for such predecessor employers, you may receive credit for such service under this Plan. Please contact the Plan Administrator if you have questions about the type of service that may be taken into account with such predecessor employers.

**Plan Administrator:**

The Plan Administrator is responsible for the day-to-day administration and operation of the Plan. For example, the Plan Administrator maintains the Plan records, provides you with forms necessary to request a distribution from the Plan, and directs the payment of your vested benefits when required under the Plan. The Plan Administrator may designate another person or persons to perform the duties of the Plan Administrator. The Plan Administrator or its delegate, as the case may be, has full discretionary authority to interpret the Plan, including the authority to resolve ambiguities in the Plan document and to interpret the Plan's terms, including who is eligible to participate under the Plan and the benefit rights of participants and beneficiaries. All interpretations, constructions and determinations of the Plan Administrator or its delegate shall be final and binding on all persons, unless found by a court of competent jurisdiction to be arbitrary and capricious. The Plan Administrator also will allow you to review the formal Plan document and other materials related to the Plan.

The Employer listed above is acting as Plan Administrator. The Plan Administrator may designate other persons to carry on the day-to-day operations of the Plan. If you have any questions about the Plan or your benefits under the Plan, you should contact the Plan Administrator or other Plan representative.

**Trustee:**

All amounts contributed to the Plan are held by the Plan Trustee in a qualified Trust. The Trustee is responsible for the safekeeping of the trust funds and must fulfill all Trustee duties in a prudent manner and in the best interest of you and your beneficiaries. The trust established on behalf of the Plan will be the funding medium used for the accumulation of assets from which Plan benefits will be distributed.

The following is the name and address of the Plan Trustee(s):

- **Name:** Terry Malone
  **Address:** 1868 Campus Place
  **City, State, Zip Code:** Louisville, KY 40299

- **Name:** Dawn Meyer
  **Address:** 1868 Campus Place
  **City, State, Zip Code:** Louisville, KY 40299

**Service of Legal Process:**

Service of legal process may be made upon the Plan Administrator at the address listed earlier in this Article 2. In addition, service of legal process may be made upon the Plan Trustee or your Employer, if different from the Plan Administrator.

**Effective Date of Plan:**

This Plan is a restatement of an existing Plan to comply with current law. This Plan was originally effective January 1, 2004. However, unless designated otherwise, the provisions of the Plan as set forth in this SPD are effective as of September 1, 2022.

**Plan Year:**

Many of the provisions of the Plan are applied on the basis of the Plan Year. For this purpose, the Plan Year is the calendar year running from January 1 – December 31.

**Plan Compensation:**

In applying the contribution formulas under the Plan (as described in Article 5 below), your contributions may be determined based on Plan Compensation earned during the Plan Year. However, in determining Plan Compensation, no amount will be taken into account to the extent such compensation exceeds the compensation dollar limit set forth under IRS rules. For 2021, the compensation dollar limit is $290,000 ($305,000 in 2022). Thus, for Plan Years beginning in 2021, no contribution may be made under the Plan with respect to Plan Compensation above $290,000 ($305,000 in 2022). For subsequent plan years, the compensation dollar limit may be adjusted for cost-of-living increases. Note that the compensation dollar limit described above does not apply to Salary Deferrals contributed to the Plan.

For purposes of determining Plan Compensation, your total taxable wages or salary is taken into account including any Salary Deferrals you make to this 401(k) plan and any pre-tax salary reduction contributions you may make under any other plans we may maintain, which may include any pre-tax contributions you make under a medical reimbursement plan or "cafeteria" plan. Plan Compensation also generally includes compensation for services that is paid after termination of employment, as long as such amounts are paid by the end of the year or within 2½ months following termination of employment, if later. However, for purposes of determining contributions under the Plan, Plan Compensation does not include the following types of compensation:

➢ Any wages or salary you receive from a "related employer," unless that "related employer" adopts this Plan
➢ Certain amounts paid pursuant to a nonqualified unfunded deferred compensation plan
➢ Continuation payments to disabled Participants paid after severance of employment

**Period for determining Plan Compensation.** For purposes of determining Plan Compensation, only compensation you earn while you are a participant in the Plan will be taken into account. Thus, any compensation you earn while you are not eligible to participate in the Plan will not be considered in determining Plan Compensation.

**Normal Retirement Age:**

You will reach Normal Retirement Age under the Plan when you turn age 55.

**Disabled:**

You generally will be considered Disabled for purposes of certain Plan rules, such as those that may apply to Plan distributions, vesting and allocations, under the following hierarchy:

➢ You are determined to be Disabled by the Social Security Administration under Section 223(d) of the Social Security Act for purposes of determining eligibility for Social Security benefits.

➢ You are unable to engage in any substantial gainful activity by reason of a medically determinable physical or mental impairment that can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. The Plan Administrator may establish reasonable procedures for determining whether you are disabled for purposes of applying the provisions of the Plan.

## ARTICLE 3
## DESCRIPTION OF PLAN

**Type of Plan.** This Plan is a special type of retirement plan commonly referred to as a 401(k) plan. Under the Plan, you may elect to have a portion of your salary deposited directly into a 401(k) account on your behalf. This pre-tax contribution is called a "Salary Deferral." As a pre-tax contribution, you do not have to pay any income tax while your Salary Deferrals are held in the Plan, and any earnings on your Salary Deferrals are not taxed while they stay in the Plan.

You also may choose to make contributions to the Plan on an after-tax basis, by designating your Salary Deferrals as Roth Deferrals. While you are taxed on a Roth Deferral in the year you contribute to the Plan, you will not be taxed on the contribution or earnings attributable to Roth Deferrals under the Plan when you elect to withdraw your Roth amounts from the Plan, as long as your withdrawal is a qualified distribution. See the discussion of Roth Deferrals under Article 5 below.

In addition to your own Salary Deferrals, if you satisfy the eligibility conditions described in Article 4 below, you may be eligible to receive an additional Employer Contribution under the Plan. If you are eligible to receive an Employer Contribution, we will deposit such contribution directly into the Plan on your behalf. Like the pre-tax Salary Deferrals discussed above, any Employer Contribution we make to the Plan on your behalf and any earnings on such amounts will not be subject to income tax as long as those amounts stay in the Plan. You will not be taxed on your Employer Contributions generally until you withdraw such amounts from the Plan. Article 5 below describes the Employer Contributions authorized under the Plan.

This Plan is a defined contribution plan, which is intended to qualify under Section 401(a) of the Internal Revenue Code. As a defined contribution plan, it is not covered under Title IV of ERISA and, therefore, benefits are not insured by the Pension Benefit Guaranty Corporation.

## ARTICLE 4
## ELIGIBILITY REQUIREMENTS

This Article sets forth the requirements you must satisfy to participate under the Plan. To qualify as a participant under the Plan, you must:

- be an Eligible Employee
- satisfy the Plan's minimum age and service conditions and
- satisfy any allocation conditions required under the Plan.

Employees who are residents of Puerto Rico may not participate in the Plan unless otherwise specifically included below.

### Eligible Employees

To participate under the Plan, you must be an Eligible Employee. For this purpose, you are considered an Eligible Employee if you are an employee of Management Registry, Inc, provided you are not otherwise excluded from the Plan.

For this purpose, if you worked for another Employer that we acquired in the past, you may be excluded from the Plan. If you have questions regarding your eligibility to participate in the Plan, please contact the Plan Administrator (or other Plan representative).

**Excluded Employees.** For purposes of determining whether you are an Eligible Employee, the Plan excludes from participation certain designated employees. If you fall under any of the excluded employee

categories, you will not be eligible to participate under the Plan (until such time as you no longer fall into an excluded employee category). [See below for a discussion of your rights upon changing to or from an excluded employee classification.]

The following categories of employees are not eligible to participate in the Plan:

- Employees covered under a collective bargaining agreement (i.e., union employees)
- Non-resident aliens who do not receive any compensation from U.S. sources
- Field Employees of Nexstaff franchises, TechFlyte Contractors and field employees, Field employees of MMD/AllStaff, Field employees and Highly compensated employees

### Minimum Age and Service Requirements

In order to participate in the Plan, you must satisfy certain age and service conditions under the Plan.

- **Minimum age requirement.** In order to participate in the Plan you must be at least age 21.
- **Minimum service requirement.** In order to participate in the Plan, you must work for us for at least a 6 months period. For this purpose, you may receive credit for service earned during a period of severance if you are subsequently reemployed. If you have questions regarding your eligibility to participate, please contact the Plan Administrator.

You will be eligible to participate in the Plan as of the first Entry Date based on when you satisfy any minimum age and service requirements under the Plan.

**Entry Date.** Once you have satisfied the eligibility conditions described above, you will be eligible to participate under the Plan on your Entry Date. For this purpose, your Entry Date is the first January 1, April 1, July 1, or October 1 coinciding with or next following the date you satisfy the eligibility conditions described above. For example, if you satisfy the Plan's eligibility conditions on April 12, you will be eligible to enter the Plan on the following July 1. If on the other hand, you satisfy the eligibility conditions on November 12, you will be eligible to enter the Plan on the following January 1.

**Crediting eligibility service.** In determining whether you satisfy any minimum age or service conditions under the Plan, all service you perform during the year is counted. In addition, if you go on a maternity or paternity leave of absence (including a leave of absence under the Family Medical Leave Act) or a military leave of absence, you may receive credit for service during your period of absence for certain purposes under the Plan. You should contact the Plan Administrator to determine the effect of a maternity/paternity or military leave of absence on your eligibility to participate under the Plan. See Article 2 for a description of "predecessor" employers for whom service may be credited for eligibility purposes under the Plan.

**Eligibility upon rehire or change in employment status.** If you terminate employment after satisfying the minimum age and service requirements under the Plan and you are subsequently rehired as an Eligible Employee, you will enter the Plan on the later of your rehire date or your Entry Date. If you terminate employment prior to satisfying the minimum age and service requirements, and you are subsequently rehired, you may have to re-satisfy the eligibility requirements in order to participate under the Plan. However, if you are rehired within 12 months of your date of termination, you will be credited with service as if you never terminated employment. If you are rehired 12 months or more after your termination date, you will not receive credit for service during your absence; however, your service prior to termination will be added to your service after your rehire date to determine when you will be eligible to enter the Plan. If you are rehired, see your Plan Administrator to determine when you may be eligible to participate in the Plan.

If you are not an Eligible Employee on your Entry Date, but you subsequently change status to an eligible class of Employee, you will be eligible to enter the Plan immediately (provided you have already satisfied the minimum age and service requirements). If you are an Eligible Employee and subsequently become ineligible to participate in the Plan, all contributions under the Plan will cease as of the date you become ineligible to participate. However, all service earned while you are employed, including service earned while you are ineligible, will be counted when calculating your vested percentage in your account balance.

**Allocation Conditions**

If you are an Eligible Employee and have satisfied the minimum age and service requirements described above, you are entitled to share in the contributions described in Article 5, provided you satisfy the allocation conditions described below.

**Salary Deferrals.** You do not need to satisfy any additional allocation conditions to make Salary Deferrals under the Plan. If you satisfy the eligibility conditions described above, you will be eligible to make Salary Deferrals, regardless of how many hours you work during the year or whether you terminate employment during the year. However, you may not continue to make Salary Deferrals after you terminate employment.

**Matching Contributions.** You will be entitled to share in any fixed Matching Contributions we make to the Plan if you satisfy the eligibility conditions described above. You do not need to satisfy any additional allocation conditions to receive a fixed Matching Contribution. You will receive your share of the fixed Matching Contributions regardless of how many hours you work during the year or whether you terminate during the year. You will be entitled to share in any discretionary Matching Contributions we make to the Plan only if you satisfy the following allocation conditions. Thus, even if you satisfy the eligibility conditions described above, you will not receive any Matching Contributions if you do not satisfy the following allocation conditions.

➢ You must be employed on the last day of the Plan Year to receive a Matching Contribution for such Plan Year.

If you are not employed on the last day of the Plan Year, you will not be entitled to a Matching Contribution, even if you have satisfied all other conditions for receiving the Matching Contribution.

• **Exceptions to allocation conditions.** The allocation conditions described above do not apply if:

➢ you die during the Plan Year
➢ you terminate employment due to becoming disabled
➢ you terminate employment after attaining Normal Retirement Age

| ARTICLE 5 |
| :---: |
| PLAN CONTRIBUTIONS |

The Plan provides for the contributions listed below. Article 4 discusses the requirements you must satisfy to receive the contributions described in this Article 5. Article 7 describes the vesting rules applicable to your plan benefits. Special rules also may apply if you leave employment to enter qualified military service. See your Plan Administrator if you have questions regarding the rules that apply if you are on military leave.

**Salary Deferrals**

If you have satisfied the conditions for participating under the Plan (as described in Article 4 above) you are eligible to make Salary Deferrals to the Plan. To begin making Salary Deferrals, you must complete a Salary Deferral election requesting that a portion of your compensation be contributed to the Plan instead of being paid to you as wages. Any Salary Deferrals you make to the Plan will be invested in accordance with the Plan's investment policies.

**Pre-Tax Salary Deferrals.** If you make Salary Deferrals to the Plan, you will not have to pay income taxes on such amounts or on any earnings until you withdraw those amounts from the Plan.

Consider the following examples:

• If you earn $30,000 a year, are in the 12% tax bracket, are eligible to participate in the Plan and you elect to save 3% (or $900) of your salary under the 401(k) Plan this year, you would save $108 in Federal income taxes (12% of $900 = $108).

- If you earn $30,000 a year, are in the 12% tax bracket, are eligible to participate in the Plan, and you elect to save 5% (or $1,500) of your salary under the 401(k) Plan this year, you would save $180 in Federal income taxes (12% of $1,500 = $180).

- If you earn $42,000 a year, are in the 22% tax bracket, are eligible to participate in the Plan and you elect to save 5% (or $2,100) of your salary under the 401(k) Plan this year, you would save $462 in Federal income taxes (22% of $2,100 = $462).

As you can see, the more you are able to put away in the Plan and the higher your tax bracket, the greater your tax savings will be. In addition, if the amount of your Salary Deferrals grows due to investment earnings, you will not have to pay any Federal income taxes on those earnings until such time as you withdraw those amounts from the Plan.

**Roth Deferrals.** You also may be able to avoid taxation on earnings under the Plan by designating your Salary Deferrals as Roth Deferrals. Roth Deferrals are a form of Salary Deferral but, instead of being contributed on a pre-tax basis, you must pay income tax currently on such deferrals. However, provided you satisfy the distribution requirements applicable to Roth Deferrals (as discussed in Article 9 below), you will not have to pay any income taxes at the time you withdraw your Roth Deferrals from the Plan, including amounts attributable to earnings. Thus, if you take a qualified distribution (as described in Article 9) your entire distribution may be withdrawn tax-free. You should discuss the relative advantages of pre-tax Salary Deferrals and Roth Deferrals with a financial professional before deciding how much to designate as pre-tax Salary Deferrals and Roth Deferrals.

If you have made both pre-tax Salary Deferrals and Roth Deferrals under the Plan, any distribution you take from your Salary Deferral Accounts will be taken first from the pre-tax Salary Deferral Account and then from the Roth Deferral Account. Any distribution of Salary Deferrals (including Roth Deferrals) must be authorized under the Plan distribution provisions.

**Salary Deferral election.** You may not begin making Salary Deferrals under the Plan until you enter into a Salary Deferral election designating how much you wish to defer under the Plan.

**Change of election.** You can increase or decrease the amount of your Salary Deferrals at least once a year. For this purpose, the designated election date(s) for changing or modifying your Salary Deferral election will be set forth under the Salary Deferral election or other written procedures describing the time period for changing Salary Deferral elections. If the available election date(s) change, you will be notified of any such change. Generally, you may revoke an existing Salary Deferral election and stop making Salary Deferrals at any time. Any change you make to a Salary Deferral election will become effective as soon as administratively feasible.

If you terminate employment, your election to defer (or not defer) will cease and you will need to make a new Salary Deferral election if you are rehired.

**Limit on Salary Deferrals.** In addition to the IRS limits described in Article 6 below, the Plan limits the amount you may contribute as Salary Deferrals. Under this Plan limit, you may not defer an amount in excess of 100% of Plan Compensation for any Plan Year.

Regardless of any limits described above, you may always defer up to 100% of any bonus payments you receive during the year. You must enter into a separate Salary Deferral election to designate a different deferral amount to be withheld from bonus payments. (Any deferrals from bonus payments still must satisfy the overall limits on Salary Deferrals described in Article 6 below.)

### Matching Contributions

We are authorized under the Plan to make a Matching Contribution on behalf of eligible Plan participants. A Matching Contribution is an Employer Contribution that is made to participants who make Salary Deferrals to the Plan. If you satisfy all of the eligibility requirements described in Article 4 above for Matching Contributions and you make Salary Deferrals to the Plan, you will receive an allocation of any Matching

Contributions we may make to the Plan, in accordance with the matching formula described below. For this purpose, any Matching Contribution will also apply with respect to any Roth Deferrals you make to the Plan. If you do not satisfy all of the eligibility requirements for receiving a Matching Contribution, you will not share in an allocation of such Matching Contributions for the period for which you do not satisfy the eligibility requirements.

Matching Contributions will be contributed to your Matching Contribution account under the Plan at such time as we deem appropriate. Matching Contributions may be contributed during the Plan Year or after the Plan Year ends. Any Matching Contributions we make will be made in accordance with the following Matching Contribution formula.

- **Discretionary Matching Contribution formula.** Under this formula, we have discretion whether to make a Matching Contribution to the Plan. We will decide each year how much, if any, we wish to make as a Matching Contribution. Since this Matching Contribution is discretionary, we may decide not to make a Matching Contribution. We will provide you with more detailed information regarding the Matching Contribution, if we decide to make one, no later than 60 days after the last Matching Contribution has been made for the applicable Plan Year.

### Top Heavy Benefits

A plan that primarily benefits key employees is called a top heavy plan. For this purpose, key employees are defined as certain owners of an employer and officers with a specified level of compensation. A plan is generally a top heavy plan when more than 60% of all account balances under the plan are attributable to key employees. The Plan Administrator will determine each year whether the plan is a top heavy plan.

If the Plan becomes top heavy in any Plan Year, non-key employees who are eligible to receive a top heavy contribution under the Plan generally will receive a minimum contribution equal to the lesser of 3% of Plan Compensation or the highest percentage provided to any key employee (as defined in the Plan). This minimum contribution may be different if the Employer maintains another qualified plan. For this purpose, any Employer Contributions and Matching Contributions may be taken into account in determining whether the top heavy rules are satisfied. In applying the top heavy rules, any eligible non-key employee who is employed at the end of the year is entitled to the top heavy minimum, regardless how many hours the employee works during the year.

### Rollover Contributions

If you have an account balance in another qualified retirement plan or an IRA, you may move those amounts into this Plan, without incurring any tax liability, by means of a "rollover" contribution. You may also rollover Roth contributions from another qualified plan to this Plan. Rollovers are not permitted from a Roth IRA. You are always 100% vested in any amounts you contribute to the Plan as a rollover from another qualified plan or IRA. This means that you will always be entitled to all amounts in your rollover account. Rollover contributions will be affected by any investment gains or losses under the Plan.

You may accomplish a rollover in one of two ways. You may ask your prior plan administrator or trustee to directly rollover to this Plan all or a portion of any amount which you are entitled to receive as a distribution from your prior plan. Alternatively, if you receive a distribution from your prior plan, you may elect to deposit into this plan any amount eligible for rollover within 60 days of your receipt of the distribution. The 60-day rollover option is not available for rollovers of Roth contributions. Any rollover to the Plan will be credited to your Rollover Contribution Account. See Article 9 below for a description of the distribution provisions applicable to rollover contributions.

Generally, the Plan will accept a rollover contribution from another qualified retirement plan or IRA. The Plan Administrator may adopt separate procedures limiting the type of rollover contributions it will accept. For example, the Plan Administrator may impose restrictions on the acceptance of after-tax contributions or Salary Deferrals (including Roth Deferrals) or may restrict rollovers from particular types of plans. In addition, the Plan Administrator may, in its discretion, accept rollover contributions from Employees who are not currently participants in the Plan. The following special rules also apply with respect to Rollover Contributions

under the Plan: Permitted from plans qualified under 401(a), 403(a), 403(b), governmental 457(b), or pre-tax IRA, but excluding any after-tax non-Roth dollars. Any procedures affecting the ability to make Rollover Contributions to the Plan will not be applied in a discriminatory manner.

If you have questions about whether you can rollover a prior plan distribution, please contact the Plan Administrator or other designated Plan representative.

## ARTICLE 6
## LIMIT ON CONTRIBUTIONS

The IRS imposes limits on the amount of contributions you may receive under this Plan, as described below.

**IRS limits on Salary Deferrals.** The IRS imposes limits on the amount you can contribute as Salary Deferrals during a calendar year. For 2022, the maximum deferral limit is $20,500. For years after 2022, the maximum deferral limit may be adjusted for cost-of-living each year. The Plan Administrator will provide you with information regarding the adjusted deferral limits beginning after 2022. In addition, if you are at least age 50 by December 31 of the calendar year, you also may make a special catch-up contribution in addition to the maximum deferral limit described above. For 2022, the catch-up contribution limit is $6,500. For years after 2022, the catch-up contribution limit may be adjusted for cost-of living each year. The Plan Administrator will provide you with information concerning the catch-up contribution limit for years after 2022.

> **Example:** If you are at least age 50 by December 31, 2022, the maximum Salary Deferral you may make for the 2022 calendar year would be $27,000 [i.e., $20,500 maximum deferral limit plus $6,500 catch-up contribution limit].

The IRS deferral limit applies to all Salary Deferrals you make in a given calendar year to this Plan or any other cash or deferred arrangement (including a cash or deferred arrangement maintained by an unrelated employer). For this purpose, cash or deferred arrangements include 401(k) plans, 403(b) plans, simplified employee pension (SEP) plans or SIMPLE plans. (Note: If you participate in both this Plan and a 457 eligible deferred compensation plan, special limits may apply under the 457 plan. You should contact the Plan Administrator of the 457 plan to find out how participation in this Plan may affect your limits under the 457 plan.)

If you make Salary Deferrals for a given year in excess of the deferral limit described above under this Plan or another plan maintained by the Employer (or any other employer maintaining this Plan), the Plan Administrator will automatically return the excess amount and associated earnings to you by April 15. If you make Salary Deferrals for a given year in excess of the deferral limit described above because you made Salary Deferrals under this Plan and a plan of an unrelated employer not maintaining this Plan, you must ask one of the plans to refund the excess amount to you. If you wish to take a refund from this Plan, you must notify the Plan Administrator, in writing, by March 1 of the next calendar year so the excess amount and related earnings may be refunded by April 15. The excess amount is taxable for the year in which you made the excess deferral. If you fail to request a refund, you will be subject to taxation in two separate years: once in the year of deferral and again in the year the excess amount is actually paid to you.

**IRS limit on total contributions under the Plan.** The IRS imposes a maximum limit on the total amount of contributions you may receive under this Plan. This limit applies to all contributions we make on your behalf, all contributions you contribute to the Plan, and any forfeitures allocated to any of your accounts during the year. Under this limit, the total of all contributions under the Plan cannot exceed a specific dollar amount or 100% of your annual compensation, whichever is less. For 2022, the dollar limit is $61,000. (For years after 2022, this amount may be increased for inflation.) For purposes of applying the 100% of compensation limit, your annual compensation includes all taxable compensation, increased for any Salary Deferrals you may make under a 401(k) plan and any pre-tax contributions you may make to any other plan we may maintain, such as a cafeteria health plan.

> **Example:** Suppose in 2022 you earn compensation of $55,000 (after reduction for pre-tax 401(k) plan contributions of $5,000). Your compensation for purposes of the overall contribution limit is $60,000

($55,000 + $5,000 of pre-tax deferrals). The maximum amount of contributions you may receive under the Plan for 2022 is $60,000 (the lesser of $61,000 or 100% of $60,000).

## ARTICLE 7
## DETERMINATION OF VESTED BENEFIT

**Vested account balance.** When you take a distribution of your benefits under the Plan, you are only entitled to withdraw your *vested* account balance. For this purpose, your *vested* account balance is the amount held under the Plan on your behalf for which you have earned an ownership interest. You earn an ownership interest in your Plan benefits if you have earned enough service with us to become *vested* based on the Plan's vesting schedule. If you terminate employment before you become fully vested in any of your Plan benefits, those non-vested amounts may be forfeited. (See below for a discussion of the forfeiture rules that apply if you terminate with a non-vested benefit under the Plan.)

The following describes the vesting schedule applicable to contributions under the Plan.

- **Salary Deferrals.** You are always 100% vested in your Salary Deferrals. In other words, you have complete ownership rights to your Salary Deferrals under the Plan. Thus, you will never forfeit your Salary Deferral contributions after they are contributed to the Plan.

- **Matching Contributions.** You become *vested* in your Matching Contributions account in accordance with the "vesting schedule" set forth in the Plan. Under this vesting schedule, you will have an ownership interest in your Matching Contributions based on the number of Years of Vesting Service you complete. Based on the number of years you work for us, your vested percentage is as follows:

| Years of Vesting Service | Vested percentage |
|---|---|
| 1 | 33% |
| 2 | 66% |
| 3 or more | 100% |

- **Other contributions.** In addition, certain special contributions that are made to the Plan on your behalf will always be 100% vested. If any of these special contributions are made to the Plan, you will always have an immediate ownership interest in such contributions. Examples of special contributions that may be made to the Plan include:

  ➢ Rollover Contributions

**Top heavy contributions.** If you are eligible to receive top heavy contributions (as described in Article 5 above), the vesting schedule with respect to such contributions will be the same as applies for Employer Contributions. If the Plan does not allow for Employer Contributions, for example because the Plan only provides for Salary Deferrals and/or Matching Contributions, the top heavy contributions will become vested under a 6-year graded schedule (i.e., 20% for each year of service over 2-years with 100% vesting after 6 years of service).

**Protection of vested benefit.** Once you are vested in your benefits under the Plan, you have an ownership right to those amounts. While you may not be able to immediately withdraw your vested benefits from the Plan due to the distribution restrictions described under Article 9 below, you generally will never lose your right to those vested amounts. However, it is possible that your benefits under the Plan will decrease as a result of investment losses. If your benefits decrease because of investment losses, you will only be entitled to the vested amount in your account at the time of distribution.

**Exception to vesting schedule.** The above vesting schedule no longer applies once you reach Normal Retirement Age under the Plan. Thus, if you are still employed with us at Normal Retirement Age, you will

automatically become 100% vested in all contributions under the Plan. You also will be fully vested in your entire account balance (regardless of the Plan's vesting schedule) if the plan is terminated. In addition, you will also automatically become 100% vested if, during your employment, you:

➢ die
➢ terminate employment due to becoming Disabled

**Years of Vesting Service.** To calculate your vested benefit under the Plan, your Years of Vesting Service are used to determine where you are on the vesting schedule. You will be credited with a Year of Vesting Service for each year in which you work at least 1,000 hours. The Plan Administrator will track your service and will calculate your years of service in accordance with the Plan requirements.

In calculating your Years of Vesting Service, all of your service with us is taken into account, including service you may have earned before the Plan was adopted.

**Forfeiture of nonvested benefits.** If you terminate employment before you become fully vested in your Plan benefits, you will be entitled to receive a distribution of your *vested* benefits under the Plan. Your non-vested benefits will be *forfeited* as described below. You are not entitled to receive a distribution of your non-vested benefits.

If you terminate employment at a time when you are only partially-vested (or totally non-vested) in any of your Plan benefits, how the Plan treats your non-vested balance will depend on whether you take a distribution when you terminate employment.

❖ **Forfeiture upon distribution.** If you take a distribution of your entire vested benefit when you terminate employment, your non-vested benefit will be forfeited in accordance with the terms of the Plan. If you are totally non-vested in any contributions we made on your behalf, you will be deemed to receive a distribution for purposes of applying these forfeiture rules.

• **Buy-back of forfeited benefits upon reemployment.** If you take a distribution of your entire vested benefit when you terminate employment, and as a result, some (or all) of your Plan benefits are forfeited, you have the right to repay the distributed amount to the Plan if you are rehired prior to incurring five consecutive Breaks in Service (as defined under "Forfeiture upon five consecutive Breaks in Service" below). If you repay the total amount of your distribution back to the Plan, we will restore the amount of your non-vested benefit which was forfeited as a result of that distribution. Please contact the Plan Administrator if you wish to buy-back prior benefits under the Plan. The Plan Administrator will inform you of the amount you must repay to buy-back your prior forfeited benefit.

• **Timing of buy-back.** For us to restore your forfeited benefits, you must make repayment to the Plan no later than five years following your reemployment date. If you received a "deemed" distribution because you were totally non-vested, your non-vested benefit will automatically be restored within a reasonable time following your reemployment, provided you have not incurred five consecutive Breaks in Service prior to your reemployment.

❖ **Forfeiture upon five consecutive Breaks in Service.** Depending on the value of your vested benefits, you may be able to keep your benefits in the Plan when you terminate employment. If you do not take a distribution of your entire vested benefit when you terminate employment, your non-vested benefit will remain in your account until you have incurred five consecutive Breaks in Service, at which time your non-vested benefit will be forfeited in accordance with the terms of the Plan. For this purpose, you will have a Break in Service for each year in which you work less than 501 hours. Your vested benefits will not be forfeited under this forfeiture rule. If you have any questions regarding the application of these rules, you should contact the Plan Administrator.

**Treatment of forfeited benefits.** If any of your benefits are forfeited, we may decide in our discretion how to use those forfeited amounts. For example, we may use such forfeitures to pay Plan expenses. If any forfeitures are not used to pay Plan expenses, such forfeitures may be allocated as additional Employer

contributions or we may use the forfeitures to reduce other Employer Contributions under the Plan. We will determine each year the amount of any forfeitures for such year and will use those forfeitures in the Plan Year for which the forfeiture occurs or in the following Plan Year.

---

## ARTICLE 8
## PARTICIPANT LOANS

The Plan permits Participants to take a loan from the Plan. Thus, you may take a loan from your vested benefits under the Plan. The following procedures generally apply for purposes of administering Participant loans. The Plan Administrator may modify these procedures in a separate, written loan policy. For more information regarding the procedures for receiving a Participant loan, please contact the Plan Administrator.

- **Availability of Participant loans.** Participant loans are available to Participants and Beneficiaries who are parties in interest under the Plan. To receive a Participant loan, you must sign a promissory note and pledge your Account Balance as security for the loan. You will have to enter into a written loan agreement that specifies the amount and term of the loan, and the repayment schedule.

- **Loan limitations.** The total amount you may take as a loan from the Plan may not exceed one-half (½) of your vested Account Balance. In addition, the total amount you may have outstanding as a loan during any 12-month period may not exceed $50,000. If you have any questions regarding the amount that is available as a Participant loan under the Plan, please contact the Plan Administrator.

- **Number of outstanding loans and minimum loan amounts.** The Plan may limit the minimum amount available for a loan and the number of loans you may take under the Plan. In determining the availability of a Plan loan, you may only have 1 loans outstanding at any time. The minimum amount you may take as a loan is $1,000. The Plan Administrator may refuse to make a loan if it is decided that you are not creditworthy to receive a Participant loan.

- **Reasonable rate of interest and periodic repayment requirement.** If you take a loan from the Plan, you will be charged a reasonable rate of interest. For this purpose, a reasonable rate of interest will be based on the prime interest rate plus 1 percentage points, determined at the time you take a loan from the Plan. The Plan Administrator will disclose the applicable interest rate at the time you request the loan. The Plan Administrator will provide you with an amortization schedule providing for level periodic payments. The loan repayment period generally may not extend beyond five years. However, if you take a loan for the purchase of your primary residence, the loan period may extend beyond five years (but in no case more than 10 years). Loan repayments must be made through payroll withholding, except to the extent the Plan Administrator determines payroll withholding is not practical given the level of your wages, the frequency with which you are paid, or other circumstances. Please contact the Plan Administrator if you have any questions regarding the rate of interest or repayment period applicable to a Participant loan.

- **Adequate Security.** All Participant loans must be adequately secured. If you take a loan from the Plan, your vested Account Balance will be used as security for the loan. The Plan Administrator may require you to provide additional collateral if the Plan Administrator determines such additional collateral is required to protect the interests of Plan participants.

- **Loan repayment and default procedures.** If you take a loan from the Plan, you must make periodic loan payments, at least quarterly, throughout the loan period. The loan period generally cannot exceed 5 years from the date of the loan. You may be able to enter into a longer loan period if the loan is for the purchase of your principal residence. You will receive an amortization schedule setting forth the required payments under the terms of the loan. If you fail to make a required loan payment by the end of the calendar quarter following the calendar quarter in which the loan payment is due, you will be taxed on the entire amount of the outstanding loan (plus accrued interest) through the date of the default.

Following your termination of employment, you may continue to repay the outstanding balance of your Plan loan. If you fail to make required payments, your loan will be treated as in default and your vested Account Balance will be reduced by the remaining outstanding balance of the loan and you will be taxed on the entire amount of the outstanding loan (plus accrued interest). Alternatively, you may be able to

rollover your loan to a qualified plan maintained by another employer (provided such employer will accept a rollover of your loan note).

- **Loan Renegotiation.** You may renegotiate the terms of an outstanding loan, provided the renegotiated loan separately satisfies the loan limitations, interest rate, security and periodic repayment requirements under the Plan.

| ARTICLE 9 |
| :---: |
| **PLAN DISTRIBUTIONS** |

The Plan contains detailed rules regarding when you can receive a distribution of your benefits from the Plan. As discussed in Article 7 above, if you qualify for a Plan distribution, you will only receive your vested benefits. This Article 9 describes when you may request a distribution and the tax effects of such a distribution.

**Distribution upon termination of employment.** When you terminate employment, you may be entitled to a distribution from the Plan. The availability of a distribution will depend on the amount of your vested account balance.

- **Vested account balance in excess of $5,000.** If your total vested account balance exceeds $5,000 as of the distribution date, you may receive a distribution from the Plan within a reasonable period after your termination of employment. If you do not consent to a distribution of your vested account balance, your balance will remain in the Plan. If you receive a distribution of your vested benefits when you are only partially-vested in your Plan benefits, your non-vested benefits will be forfeited.

  You may elect to take your distribution in any of the following forms. In addition, in certain rare cases, you may be entitled to a distribution in the form of a joint and survivor annuity. Prior to receiving a distribution from the Plan, you will receive a distribution package that will describe the distribution options that are available to you. If you have any questions regarding your distribution options under the Plan, please contact the Plan Administrator.

  ➢ **Lump sum.** You may elect to take a distribution of your entire vested account balance in a lump sum. If you take a lump sum distribution, you may elect to rollover all (or any portion) of your distribution to an IRA or to another qualified plan. See the *Special Tax Notice*, which you may obtain from the Plan Administrator, for more information regarding your ability to rollover your plan distribution.

- **Vested account balance of $5,000 or less.** If your total vested account balance under the Plan is $5,000 or less as of the distribution date, you will be eligible to receive a distribution of your entire vested account balance in a lump sum within a reasonable period after your termination of employment. If you receive a distribution of your vested benefits when you are partially-vested in your Plan benefits, your non-vested benefits will be forfeited.

  You may elect to receive your distribution in cash or you may elect to rollover your distribution to an IRA or to another qualified plan. If your total vested account balance under the Plan is $1,000 or less as of the distribution date and you do not consent to a distribution of your vested account balance, your vested benefit will be distributed in a lump sum, even if you do not consent to a distribution. If your total vested account balance exceeds $1,000, no distribution will be made from the Plan without your consent.

**In-service distributions.** You may withdraw vested amounts from the Plan while you are still employed with us, but only if you satisfy the Plan's requirements for in-service distributions. Different in-service distribution options apply depending on the type of contribution being withdrawn from the Plan.

- **Salary Deferrals.** You may withdraw amounts attributable to Salary Deferrals while you are still employed upon any of the following events:

  ➢ You are at least age 59½ at the time of the distribution.

➢ You have incurred a hardship, as described below.
➢ You are in certain qualified active military duty. Please contact your Plan Administrator if you have any questions regarding the availability of a distribution under this provision.

- **Matching Contributions.** You may withdraw amounts attributable to Matching Contributions while you are still employed upon any of the following events:

➢ You are at least age 59½ at the time of the distribution.
➢ You have incurred a hardship, as described below.

- **Rollover Contributions.** If you have rolled money into this Plan from another qualified plan or IRA, you may take an in-service distribution of your Rollover Contribution account at any time.

**Hardship distribution.** To receive a distribution on account of hardship, you must demonstrate one of the following hardship events.

(1) You need the distribution to pay unpaid medical expenses for yourself, your spouse or any dependent.

(2) You need the distribution to pay for the purchase of your principal residence. You must use the hardship distribution for the *purchase* of your principal residence. You may not receive a hardship distribution solely to make mortgage payments.

(3) You need the distribution to pay tuition and related educational fees (including room and board) for the post-secondary education of yourself, your spouse, your children, or other dependent. You may take a hardship distribution to cover up to 12 months of tuition and related fees.

(4) You need the distribution to prevent your eviction or to prevent foreclosure on your mortgage. The eviction or foreclosure must be related to your principal residence.

(5) You need the distribution to pay funeral or burial expenses for your deceased parent, spouse, child or dependent.

(6) You need the distribution to pay expenses to repair damage to your principal residence (provided the expenses would qualify for a casualty loss deduction on your tax return, without regard to 10% adjusted gross income limit).

(7) You need the distribution to pay expenses and losses (including loss of income) incurred due to a federally-declared disaster. Your principal residence or principal place of employment at the time of the disaster must be located in a federally-declared disaster area designated for individual assistance.

Before you may receive a hardship distribution, you must represent, in writing, that you have insufficient cash or other liquid assets to satisfy your financial need.

In addition, if you have other distributions available under this Plan (or any other plan we may maintain) you must take such distributions *before* requesting a hardship distribution.

You may not receive a hardship distribution of more than you need to satisfy your hardship. In calculating your maximum hardship distribution, you may include any amounts necessary to pay federal, state or local income taxes or penalties reasonably anticipated to result from the distribution. See the Plan Administrator for more information regarding the maximum amount you may take from the Plan as a hardship distribution and the total amount you have available for a hardship distribution. The Plan Administrator will provide you with the appropriate forms for requesting a hardship distribution.

**Limits on in-service distributions.** In addition to the requirements described above for receiving an in-service distribution, the Plan contains additional limits which may limit your ability to take an in-service withdrawal. For example:

- The amounts you withdraw from the Plan must be 100% vested. (See Article 7 for a description of the vesting rules).

The Plan Administrator may impose additional limitations on in-service distributions as authorized under the Plan.

14

See Article 8 above for a discussion of the Plan's rules regarding the availability of a loan from the Plan.

**Required distributions.** If you have not begun taking distributions before you attain your Required Beginning Date, the Plan generally must commence distributions to you as of such date. For this purpose, your Required Beginning Date is April 1 following the end of the calendar year in which you attain age 70½ (or age 72, if you were born after June 30, 1949), or terminate employment, whichever is later. (For 5% owners, the Required Beginning Date is April 1 following the calendar year in which you attain age 70½ (or age 72, if you were born after June 30, 1949), even if you are still employed.)

Once you attain your Required Beginning Date, the Plan Administrator will commence distributions to you as required under the Plan. The Plan Administrator will inform you of the amount you are required to receive once you attain your Required Beginning Date.

**Distribution upon disability.** If you should terminate employment because you are Disabled, you will be eligible to receive a distribution of your vested account balance under the Plan's normal distribution rules.

**Distributions upon death.** If you should die before taking a distribution of your entire vested account balance, your remaining benefit will be distributed to your beneficiary or beneficiaries, as designated on the appropriate designated beneficiary election form. You may request a designated beneficiary election form from the Plan Administrator.

If you are married, your spouse generally is treated as your beneficiary, unless you and your spouse properly designate an alternative beneficiary to receive your benefits under the Plan. The Plan Administrator will provide you with information concerning the availability of death benefits under the Plan and your rights (and your spouse's rights) to designate an alternative beneficiary for such death benefits. For purposes of determining your beneficiary to receive death distributions under the Plan, any designation of your spouse as beneficiary is automatically revoked upon a formal divorce decree unless you re-execute a new beneficiary designation form or enter into a valid Qualified Domestic Relations Order (QDRO).

**Default beneficiaries.** If you do not designate a beneficiary to receive your benefits upon death, your benefits will be distributed first to the default beneficiaries identified under the Plan. Generally, distribution will be made first to your spouse and, if you have no spouse at the time of death, then equally to your children and then to your estate. However, the following special rules apply in determining the default beneficiaries under the Plan: The beneficiary shall be the Participant's surviving spouse. If the Participant does not have a surviving spouse at the time of death, distribution will be made to the Participant's surviving children in equal shares (including legally adopted children, but not step-children). If the Participant has no surviving children, the beneficiaries shall be the Participant's surviving parents, in equal shares. If the Participant has no surviving parents, distribution will be made to the Participant's surviving siblings, in equal shares. If the Participant has no surviving siblings, distribution shall be made to the estate.

**Taxation of distributions.** Generally, you must include any Plan distribution in your taxable income in the year you receive the distribution. More detailed information on tax treatment of Plan distributions is contained in the "Special Tax Notice" which you may obtain from the Plan Administrator.

- **Roth Deferrals.** If you make Roth Deferrals under the Plan, you will not be taxed on the amount of the Roth Deferrals taken as a distribution (because you pay taxes on such amounts when you contribute them to the Plan). In addition, you will not pay taxes on any earnings associated with the Roth Deferrals, provided you take the Roth Deferrals and earnings in a qualified distribution. For this purpose, a qualified distribution occurs only if you have had your Roth Deferral account in place for at least 5 years and you take the distribution on account of death, disability, or attainment of age 59½. If you have made both pre-tax Salary Deferrals and Roth Deferrals under the Plan, any distribution you take from your Salary Deferral Accounts will be taken first from the pre-tax Salary Deferral Account and then from the Roth Deferral Account. Any distribution of Salary Deferrals (including Roth Deferrals) must be authorized under the Plan distribution provisions.

If you take a distribution that does not qualify as a qualified distribution, you will be taxed on the earnings associated with the Roth contributions. (You will never be taxed on the Roth contributions distributed since those amounts are taxed at the time you make the Roth contributions or Roth conversion.)

**Non-assignment of benefits and Qualified Domestic Relations Orders (QDROs)** Your benefits cannot be sold, used as collateral for a loan, given away, or otherwise transferred, garnished, or attached by creditors, except as provided by law. However, if required by applicable state domestic relations law, certain court orders could require that part of your benefit be paid to someone else—your spouse or children, for example. This type of court order is known as a Qualified Domestic Relations Order (QDRO). As soon as you become aware of any court proceedings that might affect your Plan benefits, please contact the Plan Administrator. You may request a copy of the procedures concerning QDROs, including those procedures governing the qualification of a domestic relations order, without charge, from the Plan Administrator.

---

## ARTICLE 10
## PLAN ADMINISTRATION AND INVESTMENTS

---

**Investment of Plan assets.** You have the right to direct the investment of Plan assets held under the Plan on your behalf. The Plan Administrator will provide you with information on the amounts available for direction, the investment choices available to you, the frequency with which you can change your investment choices and other investment information. Periodically, you will receive a benefit statement that provides information on your account balance and your investment returns. If you have any questions about the investment of your Plan accounts, please contact the Plan Administrator or other Plan representative.

This Plan is intended to comply with the requirements of ERISA §404(c). As such, to the extent you are permitted to direct the investment of your account, you are solely responsible for the investment decisions you make with respect to your Plan benefits. No other fiduciary, including the Trustee, Employer or Plan Administrator, will be responsible for any losses resulting from your direction of investments under the Plan. If you have questions regarding investment decisions or strategies with respect to the investment of your Plan benefits, you should consult an investment professional.

**Valuation Date.** To determine your share of any gains or losses incurred as a result of the investment of Plan assets, the Plan is valued on a regular basis. For this purpose, the Plan is valued on a daily basis. Thus, you will receive an allocation of gains or losses under the Plan at the end of each business day during which the New York Stock Exchange is open.

**Plan fees.** There may be fees or expenses related to the administration of the Plan or associated with the investment of Plan assets that will affect the amount of your Plan benefits. Any fees related to the administration of the Plan or associated with the investment of Plan assets may be paid by the Plan or by the Employer. If the Employer does not pay Plan-related expenses, such fees or expenses will generally be allocated to the accounts of Participants either proportionally based on the value of account balances or as an equal dollar amount based on the number of participants in the Plan. If you direct the investment of your benefits under the Plan, you will be responsible for any investment-related fees incurred as a result of your investment decisions. Prior to making any investment, you should obtain and read all available information concerning that particular investment, including financial statements, prospectuses, and other available information.

In addition to general administration and investment fees that are charged to the Plan, you may be assessed fees directly associated with the administration of your account. For example, if you terminate employment, your account may be charged directly for the pro rata share of the Plan's administration expenses, regardless of whether the Employer pays some of these expenses for current Employees. Other fees that may be charged directly against your account include:

- Fees related to the processing of distributions upon termination of employment.

- Fees related to the processing of in-service distributions.

- Fees related to the processing of required minimum distributions.

- Participant loan origination fees and annual maintenance fees.

- Charges related to processing of a Qualified Domestic Relation Order (QDRO) where a court requires that a portion of your benefits is payable to your ex-spouse or children as a result of a divorce decree.

If you are permitted to direct the investment of your benefits under the Plan, each year you will receive a separate notice describing the fees that may be charged under the Plan. In addition, you will also receive a separate notice describing any actual fees charged against your account. Please contact the Plan Administrator if you have any questions regarding the fees that may be charged against your account under the Plan.

---

## ARTICLE 11
## PLAN AMENDMENTS AND TERMINATION

**Plan amendments.** We have the authority to amend this Plan at any time. Any amendment, including the restatement of an existing Plan, may not decrease your vested benefit under the Plan, except to the extent permitted under the Internal Revenue Code, and may not reduce or eliminate any "protected benefits" (except as provided under the Internal Revenue Code or any regulation issued thereunder) determined immediately prior to the adoption or effective date of the amendment (whichever is later). However, we may amend the Plan to increase, decrease or eliminate benefits on a prospective basis.

**Plan termination.** Although we expect to maintain this Plan indefinitely, we have the ability to terminate the Plan at any time. For this purpose, termination includes a complete discontinuance of contributions under the Plan or a partial termination. If the Plan is terminated, all amounts credited to your account shall become 100% vested, regardless of the Plan's current vesting schedule. In the event of the termination of the Plan, you are entitled to a distribution of your entire vested benefit. Such distribution shall be made directly to you or, at your direction, may be transferred directly to another qualified retirement plan or IRA. If you do not consent to a distribution of your benefit upon termination of the Plan, the Plan Administrator will transfer your vested benefit directly to an IRA that we will establish for your benefit. Except as permitted by Internal Revenue Service regulations, the termination of the Plan shall not result in any reduction of protected benefits.

A partial termination may occur if either a Plan amendment or severance from service excludes a group of employees who were previously covered by this Plan. Whether a partial termination has occurred will depend on the facts and circumstances of each case. If a partial termination occurs, only those Participants who cease participation due to the partial termination will become 100% vested. The Plan Administrator will advise you if a partial termination occurs and how such partial termination affects you as a Participant.

---

## ARTICLE 12
## PLAN PARTICIPANT RIGHTS AND CLAIM PROCEDURES

**Participant rights.** As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

➢ Examine, without charge, at the Plan Administrator's office, all documents governing the Plan, including insurance contracts and collective bargaining agreements (if applicable), and a copy of the latest annual report (Form 5500 series) filed by the Plan Administrator with the U.S. Department of Labor.

➢ Obtain copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements (if applicable), and copies of the latest annual report (Form 5500

series) and updated SPD, upon written request to the Plan Administrator. The Plan Administrator may assess a reasonable charge for the copies.

- ➢ Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to provide each participant with a copy of this summary annual report.
- ➢ Obtain a statement telling you whether you have a right to receive benefits under the Plan and, if so, what your current benefits are. You must request this statement in writing and you may only request this claim once a year. The Plan Administrator will provide the statement free of charge.
- ➢ File a claim for benefits.

**Prudent Actions by Plan Fiduciaries**. In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. These people, called "fiduciaries," have a duty to operate the Plan prudently and in the best interests of you, other Plan participants and beneficiaries. You may not be fired or otherwise discriminated against in any way solely to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

**Enforcement of Rights**. If you have a claim for benefits under the Plan that is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For example, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive the requested documents within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the documents and pay you up to $110 a day until you receive the documents, unless the documents were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order that affects the payment of benefits under the Plan, you may file suit in federal court. If the Plan's fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Questions.** If you have any questions about the Plan or this SPD, you should contact the Plan Administrator. If you have any questions about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Claim for Benefits.** Benefits will normally be payable under the Plan without the need for a formal claim. However, if you feel you are entitled to benefits under the Plan that have not been paid, you may submit to the Plan Administrator a written claim for benefits. Your request for Plan benefits will be considered a claim for Plan benefits, and it will be subject to a full and fair review. The Plan Administrator will evaluate your claim (including all relevant documents and records you submit to support your claim) to determine if benefits are payable to you under the terms of the Plan. The Plan Administrator may solicit additional information from you, if necessary, to evaluate the claim.

If the Plan Administrator determines the claim is valid, then you will receive a statement describing the amount of benefit, the method or methods of payment, the timing of distributions and other information relevant to the payment of the benefit.

If the Plan Administrator denies all or any portion of your claim, you (and your authorized representative, if applicable) will receive within a reasonable period of time (not to exceed 90 days after receipt of the claim form), a written or electronic notice setting forth the reasons for the denial (including references to the

specific provisions of the Plan on which the decision is based), a description of any additional information needed to perfect your claim, and the steps you must take to submit the claim for review. If the Plan Administrator determines that special circumstances require an extension of time for processing your claim, it may extend the 90-day period described in the prior sentence to 180 days, provided the Plan Administrator provides you with written notice of the extension and prior to the expiration of the original 90-day period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which the Plan Administrator expects to render its decision.

If the Plan Administrator denies your claim, you will have 60 days from the date you receive notice of the denial of your claim to appeal the adverse decision of the Plan Administrator. You may submit to the Plan Administrator written comments, documents, records and other information relating to your claim for benefits. You will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim. The Plan Administrator's review of the claim and of its denial of the claim shall take into account all comments, documents, records and other information relating to the claim, without regard to whether these materials were submitted or considered by the Plan Administrator in its initial decision on the claim.

If the Plan Administrator denies your claim for benefits after appeal, you will receive within a reasonable period of time (not to exceed 60 days after receipt of the appeal), a written or electronic notice setting forth the reasons for the denial (including references to the specific provisions of the Plan on which the decision is based), and a description of your right to bring an action under ERISA Section 502(a). If the Plan Administrator determines that special circumstances require an extension of time for processing your appeal, it may extend the 60-day period described in the prior sentence to 120 days, provided the Plan Administrator provides you with written notice of the extension and prior to the expiration of the original 60-day period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which the Plan Administrator expects to render its decision. If the Plan Administrator denies your claim for benefits upon review, in whole or in part, you may file suit in a state or Federal court.

If the Plan Administrator makes a final written determination denying your claim for benefits, you may commence legal or equitable action with respect to the denied claim upon completion of the claims procedures outlined under the Plan. Any legal or equitable action must be commenced no later than the earlier of 180 days following the date of the final determination or three years following the proof of loss. If you fail to commence legal or equitable action with respect to a denied claim within the above timeframe, you will be deemed to have accepted the Plan Administrator's final decision with respect to the claim for benefits.

**Disability Claims Procedures.** If your claim is based on disability benefits, different claim procedures and deadlines will apply. If your disability benefits are provided or administered by a third party (such as Social Security Administration or an insurance company), that will be the entity to which claims are addressed.

The following disability claims procedures apply only to the determination under the Plan as to whether a Participant is entitled to a Plan benefit due to disability. These disability claims procedures do not apply if a third party (such as the Social Security Administration), rather than the Plan Administrator, makes the determination of disability. These disability claims procedures are intended to comply with the requirements of Department of Labor Regulation §2560.503-1 and will be interpreted accordingly.

These disability claims procedures are intended to ensure that disability claims procedures are reasonable, that "claimants" (which include Participants and Beneficiaries (and their authorized representatives, if applicable)) receive sufficient information explaining why disability benefits are denied and that the process is impartial.

If you have questions about the Plan's claims procedures, contact the Plan Administrator named under Article 2 of this SPD.

**Review of Initial Claim.** In the case of a claim for disability benefits, the Plan Administrator will notify the claimant of an adverse benefit determination within a reasonable period of time, but not later than 45 days after receipt of the claim by the Plan. This period may be extended by the Plan for up to 30 days, provided that the Plan Administrator both determines that such an extension is necessary due to matters

beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial 45-day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision.

If, prior to the end of the first 30-day extension period, the Plan Administrator determines that, due to matters beyond the control of the Plan, a decision cannot be rendered within that extension period, the period for making the determination may be extended for up to an additional 30 days, provided that the Plan Administrator notifies the claimant, prior to the expiration of the first 30-day extension period, of the circumstances requiring the extension and the date as of which the Plan expects to render a decision. In the case of any extension, the notice of extension shall specifically explain the standards on which entitlement to a benefit is based, the unresolved issues that prevent a decision on the claim, and the additional information needed to resolve those issues. The claimant shall have at least 45 days within which to provide the specified information.

**Notice of Adverse Benefit Determination.** The Plan Administrator will provide a claimant with written or electronic notification (written in a culturally and linguistically appropriate and understandable manner) of any "adverse benefit determination." An adverse benefit determination includes a rescission of coverage (except for non-payment of premiums). The notice of adverse benefit determination will set forth:

- The specific reason or reasons for the adverse determination;

- Reference to the specific Plan provisions on which the determination is based;

- A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary;

- A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA §502(a) following an adverse benefit determination on review; and

- A discussion of the decision, including an explanation of the basis for disagreeing with or not following:

  - The views presented by the claimant to the Plan of health care professionals treating the claimant and vocational professionals who evaluated the claimant;

  - The views of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination; and

  - A disability determination regarding the claimant presented by the claimant to the Plan made by the Social Security Administration.

- If the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request;

- The specific internal rules, guidelines, protocols, standards or other similar criteria of the Plan relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the Plan do not exist; and

- A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits.

The Plan Administrator will assist in language translation of a notice of adverse benefit determination, if necessary. Translation assistance can include recommending translation services, providing verbal assistance and providing the notice in a non-English language upon request.

**Appeals of Adverse Benefit Determinations.** A claimant shall have 180 days following receipt of a notification of an adverse benefit determination within which to appeal the determination. Any appeal will

receive a full and fair review of the claim and the adverse benefit determination. With respect to such review:

- Claimants will have the opportunity to submit written comments, documents, records, and other information relating to the claim for benefits;

- Claimants (upon request and free of charge) will have reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits;

- The review will take into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination;

- As soon as possible and sufficiently in advance of the date on which any notice of an "adverse benefit determination on review," the Plan Administrator will provide the claimant, free of charge, with any new or additional evidence considered, relied upon, or generated by the person making the benefit determination in connection with the claim; and

- As soon as possible and sufficiently in advance of the "notice of adverse benefit determination on review," the Plan Administrator will provide the claimant, free of charge, with the rationale for the adverse decision.

In performing the review, the Plan will not afford deference to the initial adverse benefit determination and the review will be conducted by an appropriate named fiduciary of the Plan who is neither the individual who made the initial adverse benefit determination, nor the subordinate of such individual. If the appeal is based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug, or other item is experimental, investigational, or not medically necessary or appropriate, the appropriate named fiduciary shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. Such health care professional will not be an individual (or a subordinate of such individual) who was consulted in connection with the initial adverse benefit determination.

If the Plan obtained advice from medical or vocational experts in connection with a claimant's adverse benefit determination (without regard to whether the advice was relied upon in making the benefit determination), such experts will be identified.

The Plan Administrator shall notify the claimant of the Plan's benefit determination on review within a reasonable period of time, but not later than 45 days after receipt of the claimant's request for review by the Plan, unless the Plan Administrator determines that special circumstances (such as the need to hold a hearing) require an extension of time for processing the claim. If the Plan Administrator determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial 45-day period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the determination on review.

**Notice of Adverse Benefit Determination on Review.** The Plan Administrator will provide a claimant with written or electronic notification (written in a culturally and linguistically appropriate and understandable manner) of any "adverse benefit determination." The notice of adverse benefit determination on review will set forth:

- The specific reason or reasons for the adverse determination;

- Reference to the specific Plan provisions on which the determination is based;

- That the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits;

- A description of any voluntary appeal procedures offered by the Plan and the claimant's right to obtain the information about such procedures;

- A description of the claimant's right to bring an action under ERISA §502(a) (including a description of any applicable contractual limitation period that applies to the claimant's right to bring such an action);

- A discussion of the decision, including an explanation of the basis for disagreeing with or not following:

  - ➢ The views presented by the claimant to the Plan of health care professionals treating the claimant and vocational professionals who evaluated the claimant;

  - ➢ The views of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination; and

  - ➢ A disability determination regarding the claimant presented by the claimant to the Plan made by the Social Security Administration;

- If the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances, or, alternatively, a statement that such explanation will be provided free of charge upon request; and

- The specific internal rules, guidelines, protocols, standards or other similar criteria of the Plan relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the Plan do not exist.

The Plan Administrator will assist in language translation of a notice of adverse benefit determination on review, if necessary. Translation assistance can include recommending translation services, providing verbal assistance and providing the notice in a non-English language upon request.

| SUMMARY OF MATERIAL MODIFICATIONS |
| --- |
| Management Registry 401(k) Plan ("Plan") |

Due to the recent amendment of the above-referenced Plan, changes have been made that could affect your rights under the Plan. This Summary of Material Modifications (SMM) describes the recent Plan amendment and how that amendment may affect you. This SMM overrides any inconsistent information included in the Plan's Summary Plan Description (SPD) or other Plan forms.

The modifications described in this SMM are effective as of January 1, 2023. All other provisions are effective as described in the SPD.

### GENERAL INFORMATION AND DEFINITIONS

Article 2 of the SPD describes general information and definitions applicable to the Plan. The Plan has been amended to change certain general information or definitions. This section describes the changes that were made to the information contained in Article 2 of the SPD.

The Plan has been amended to modify the Participating Employers under the Plan. Under the Plan as amended, in addition to Management Registry, Inc, the primary Employer maintaining the Plan, the following Employer(s) are also maintaining the Plan:

➢ M.M.D., Inc. dba Allstaff

If you are an Employee of any of these Employers, you may be eligible to participate in the Plan as described in Article 1 of the SPD.

**Compensation for Safe Harbor Contributions.** The Plan was amended to change the definition of Plan Compensation used to determine Safe Harbor Contributions under the Plan. Under the Plan as amended, the same definition of Plan Compensation applies for purposes of determining Safe Harbor Contributions as is used for determining Salary Deferrals under the Plan.

In determining the amount of Safe Harbor Matching Contributions, the Plan will only consider compensation earned while an individual is a participant under the Plan.

### ELIGIBLE EMPLOYEES

The Plan excludes certain Employees from participating in the Plan. The definition of who is eligible to participate in the Plan has been amended. Under the current Plan provisions, as amended, the following Employees are excluded from participating in the Plan. Thus, the following Employees may not participate under the Plan until such time as they fall into a covered class of Employees and satisfy the Plan's minimum age and service requirements. See Article 4 of your SPD for a description of the Plan's minimum age and service requirements.

➢ Employees covered under a collective bargaining agreement (i.e., union employees)

➢ Non-resident aliens who do not receive any compensation from U.S. sources

### MINIMUM AGE AND SERVICE REQUIREMENTS

Article 4 of the SPD describes the minimum age and/or service requirements that you must satisfy to be eligible for contributions under the Plan. The Plan has been amended to modify the minimum age and/or service requirements under the Plan. This section describes the new minimum age and/or service requirements under the Plan, as amended.

• **Minimum age requirement.** In order to participate in the Plan, you must be at least age 21.

- **Minimum service requirement.** In order to participate under the Plan, you must complete a Year of Service with us. For this purpose, you will earn a Year of Service if you work at least 1000 hours for us during the 12-month period immediately following your date of hire. If you do not work at least 1000 hours during the 12-month period immediately following your date of hire, you will earn a Year of Service for purposes of Plan participation if you work at least 1000 hours during any Plan Year beginning after your date of hire. In determining whether you have satisfied the Plan's service requirements, we will count the actual hours of service you work for us, unless you are not paid on an hourly basis, in which case we will credit you with a specific number of hours of service based on how many weeks you have worked with us.

You will be eligible to participate in the Plan as of the first Entry Date based on when you satisfy any minimum age and service requirements under the Plan.

**Special eligibility rules.** The following special rules apply for purposes of determining eligibility under the Plan: Employees hired on or before December 31, 2022, except those Highly Compensated and Field employees previously excluded, are eligible after 6 months of service under the elapsed time method..

**Entry Date.** The rules described in Article 4 of the SPD concerning the Plan's Entry Date have been amended. The Entry Date is the date you may enter the Plan once you have satisfied the Plan's minimum age and/or service requirements. Under the Plan, as amended, your Entry Date is the first January 1 or July 1 coinciding with or next following the date you satisfy the Plan's minimum age and/or service requirements. Thus, for example, if you satisfy the Plan's eligibility conditions on April 12, you will be eligible to enter the Plan on the following July 1. If on the other hand, you satisfy the eligibility conditions on November 12, you will be eligible to enter the Plan on the following January 1.

The following special rules apply for purposes of determining the Entry Date under the Plan: Employees hired on or before December 31, 2022, except those Highly Compensated and Field employees previously excluded, will enter the plan on the quarter coinciding with or next following satisfaction of the minimum age and service requirements under Section 4-1(c).

## ELIGIBILITY RULES FOR SAFE HARBOR PLANS

The Plan has been amended to modify the eligibility provisions for receiving a Safe Harbor Contribution under the Plan. Under the current Plan provisions, as amended, the following provisions apply in determining who is eligible to receive a Safe Harbor Contribution.

**Excluded Employees for Safe Harbor Contributions.** Under the current Plan provisions, the same rules for determining Excluded Employees for Salary Deferrals apply for purposes of determining the Employees who are excluded from receiving Safe Harbor Contributions under the Plan.

**Minimum age and service requirements for Safe Harbor Matching Contributions.** The Plan provides for special Safe Harbor Matching Contributions that are provided to Participants who are eligible to make Salary Deferrals under the Plan. Under the Plan, as amended, the same minimum age and service requirements that apply to Salary Deferrals also apply to Safe Harbor Matching Contributions. For more information regarding eligibility for Safe Harbor Matching Contributions, see your SPD or the Safe Harbor contribution notice we provide you at the beginning of each Plan Year.

**Entry Date for Safe Harbor Matching Contributions.** Your Entry Date applicable to Safe Harbor Matching Contributions is the same as applies for purposes of determining eligibility for Salary Deferrals under the Plan.

**Eligibility Break in Service rules.** Under the Plan as amended, there are no Break in Service rules that will cause you to "lose" credit for eligibility service due solely to your termination of employment.

## PLAN CONTRIBUTIONS

Article 5 of the SPD describes the types of contributions authorized under the Plan. The Plan has been amended to modify the types or amount of contributions that may be made under the Plan. This section describes the changes that were made to the information contained in Article 5 of the SPD. Any contributions described in this section are subject to the eligibility conditions under the Plan, as described in Article 4 of the SPD.

**Safe Harbor Matching Contributions.** Effective January 1, 2023, the Plan has been amended to provide for Safe Harbor Matching Contributions. Safe Harbor Matching Contributions are special Matching Contributions that we will make for those eligible Participants who make Salary Deferrals during the year. Safe Harbor Matching Contributions will be contributed to a special Safe Harbor Matching Contribution account that will be established under the Plan on your behalf. We will provide you with a notice prior to the beginning of each Plan Year describing the Safe Harbor Matching Contribution and your rights with respect to such contributions. We will contribute the Safe Harbor Matching Contributions to the Plan at such time as we deem appropriate. Generally, Safe Harbor Matching Contributions may be contributed during the Plan Year or after the Plan Year ends.

**Safe Harbor Matching Contribution formula.** The Safe Harbor Matching Contribution formula under the Plan has been amended. Under the Plan, as amended, we will make a Safe Harbor Matching Contribution equal to 100% of the amount you contribute to the Plan for each payroll period up to the first 3% of compensation plus 50% of the amount you contribute between 3% and 5% of compensation.

**Special Employer Contribution -- QNEC.** In addition to any other contributions authorized under the Plan, we may make a special discretionary contribution called a Qualified Nonelective Employer Contribution (QNEC). If you receive a QNEC contribution, you will automatically be 100% vested in that QNEC contribution. If we make a fixed QNEC to the Plan, we will make such contribution on behalf of all eligible participants who are nonhighly compensated employees, as defined under the Plan.

Any fixed QNEC contributed to the Plan will be allocated as a uniform percentage of Plan Compensation or as a uniform dollar amount. Alternatively, we may make the QNEC first to Employees with the lowest Plan Compensation. To receive an allocation of fixed QNECs, you must satisfy the minimum age and service conditions described in Article 4 of the SPD for Salary Deferrals. However, you do not have to satisfy any other allocation conditions to receive an allocation of fixed QNECs under the Plan. Thus, for example, you do not have to be employed at the end of the year or work a specific number of hours of service to receive a fixed QNEC contribution under the Plan.

In addition, the following rules apply for purposes of determining the amount of QNECs provided under the Plan: If applicable, the QNEC shall be allocated to those Employees who are age 21 and have worked 1 Year of Service, plus Employees who are age 21 and have worked 6 months beginning with the lowest paid excluded non benefitting employees up to the number needed to satisfy 410(b) minimum coverage testing requirements for the purpose of satisfying minimum coverage requirements under Code §410(b) for the 2022 Plan Year and applies to the 2022 Plan Year only.

**No offset of Employer Contributions.** Any Safe Harbor Employer Contributions you receive under the Plan will be in addition to any other Employer Contributions you may be entitled to under the Plan.

**Additional Information**

If you have any questions about the modifications described in this SMM or about the Plan in general, or if you would like a copy of the SPD or other Plan documents, you may contact:

Management Registry, Inc
1868 Campus Place
Louisville, KY 40299
502-242-3175

# EXHIBIT 3

 

# Healthcare Benefits That Work

The benefits offered to our employees have been carefully selected to provide the most usable, affordable, and effective medical coverage available on the market today. Our employees' health and well-being are extremely important, and we encourage everyone to participate in these helpful, valuable plans.

 **Did You Know?**

84% of workers incur less than $5,000 per year in medical expenses and 95% incur less than $15,000 per year in medical expenses*. This means the vast majority of employees do not incur enough medical expense to overcome their deductible and therefore pay out-of-pocket for all their costs. The ESC Fixed Indemnity plan helps pay for day-to-day medical expenses without the high deductibles major medical plans require.

\* Milliman Distribution of Healthcare Expenses Brief for IAG

 ### Fixed Indemnity Medical Plan

The ESC Fixed Indemnity Medical plan is designed to cover the most common medical needs at an easy-to-afford price. Fixed Indemnity pays a flat amount for each covered claim such as doctor's office visits, prescription drugs, occupational therapy, urgent care, and other day-to-day claims. These fixed benefits are based upon national averages of healthcare expenses and incorporate one of the largest networks in the country that accepts ESC claims payments directly.

NOTE: Fixed Indemnity is an excepted supplemental healthcare plan, not a Major Medical plan, that is designed to provide a fixed dollar amount used to cover basic healthcare needs.

**Plan Benefits and Features Include:**

- No Waiting Periods
- No Co-pays or Deductibles
- Coverage for Your Family and Dependents
- Doctor's Office Visits

- Urgent Care Coverage
- Lab & X-Ray Services
- Wellness Checkups
- Access to Over 1 Million Healthcare Professionals Nationwide

- Surgical Benefits
- Ambulance Services
- Prescription Drug Benefits
- Emergency Room Coverage

 **Dental:** The dental plan pays a portion of the costs for dental claims like exams, cleaning, fillings, and other dental work.

 **Accident:** The accident plan reduces out-of-pocket medical expenses resulting from an accidental injury including emergency care, ambulance services, and rehabilitative therapy.

 ### Minimum Essential Coverage Plus:

The Minimum Essential Coverage (MEC) Plus plan is an ACA-compliant wellness and preventive plan that provides coverage for all mandated testing, screening, and wellness services. In addition to ACA-mandated benefits, the MEC Plus plan pays first-dollar benefits for covered day-to-day medical needs including doctors office and emergency room visits, prescription drugs, hospital care, and surgery. For those working in areas where their state government mandates that a minimum level of health insurance is carried, the MEC Plus plan satisfies this requirement.

 ### Minimum Value Plan:

The Major Medical Minimum Value Plan (MVP) is an ACA-compliant comprehensive medical plan made available to full-time employees, covering inpatient and outpatient treatments, emergency services, prescription drugs, rehab, physical therapy, mental health, preventive services, and more. Once the deductible and out-of-pocket maximums are met, the MVP's coverage can act as a backstop by paying for unlimited catastrophic care should serious medical treatment be required, offering peace of mind by protecting the insured from expensive medical bills.

**ESC Customer Service: 888-208-1998**

# EXHIBIT 4



# Your Healthcare Benefits Overview

## Open Enrollment Period:
October 1st - October 31st



BPQ1



# Table of Contents

The health and well-being of our employees is extremely important to us, which is why all employees are eligible to enroll in group health insurance products from Essential StaffCARE (ESC). The products offered to you have been carefully selected to provide the most usable, affordable, and effective medical coverage available on the market today.

01    How to Enroll

02    Electronic Enrollment
      Form Instructions

03    Benefit Options Overview

04    Fixed Indemnity Overview

05    Fixed Indemnity Video

06    Fixed Indemnity
      Summary of Benefits

07    1.800MD Telemedicine Services

08    Dental Summary of Benefits

09    Accident Summary of Benefits

10    MEC Plus Overview

11    MEC Plus Video

12    MEC Plus Summary of Benefits

13    MVP Overview

14    MVP Summary of Benefits

16    Network Information

17    Customer Service Information & FAQs





# How to Enroll

Malone Workforce Solutions is pleased to offer benefits to its employees through ESC. Our company wide annual open enrollment period will take place from **October 1st to October 31st**. During this time all associates are able to enroll in coverage or make changes to your current coverage selections.

To enroll in coverage, please visit: **https://enrollment.care/esc/malone/**

If you are currently enrolled and **DO NOT wish to make changes to your benefits**, no action is needed. As long as you continue to work and receive payroll deductions from your paycheck for insurance benefits, your coverage will continue uninterrupted.

If you are currently enrolled and **DO need to make a change to your benefit selections or dependent information,** please contact the ESC Member Services Center at **1-888-208-1998**. Representatives are able to assist Monday – Friday from 8:30am – 8pm Eastern time. You will be asked to provide your name and company policy number (3117001) so the representative can pull up your coverage information.

ESC Customer Service representatives can also assist with questions about the benefits being offered, your current coverage status, your current claims status, or assistance with an ID card.

The next page in this guide (page 2) outlines step-by-step instructions needed to complete your ESC electronic enrollment form.

**IMPORTANT NOTE: Minimum Value Plan**
The Major Medical Minimum Value Plan (MVP) is only made available to employees who have reached full-time status. Once you reach full-time status, your employer will reach out to you with more information.



# Electronic Enrollment Form Instructions

**1** Click on the blue "Enroll/Decline" button

**2** Click on the blue "View Benefit Guide" button to view a PDF document outlining the benefits being offered. The Benefit Guide includes a full list of services each plan covers, how much the plan pays for each of the covered service, and the cost of the plan.

》 You may save or print the Benefit Guide for your reference

**3** Type your personal information into the appropriate fields. The fields with a red asterisk (*) are required.

**4** Type in your email address to ensure you receive a confirmation email upon completing the enrollment process.

》 The confirmation email will include your enrollment confirmation number, the list of benefits you enrolled or declined, and a copy of the benefit guide for you to reference.

**5** Click on the "Enrollment Status" drop down menu to either elect or decline coverage.

**6** If you elect coverage, select your coverage level (employee-only coverage or dependent coverage) and enter your dependent information if applicable.

》 Please note that if you select dependent coverage and do not enter your dependent's SSN, your coverage will still be processed but you must call ESC Customer Service at 1-888-208-1998 before any claims for your dependent will be processed.

**7** Click on the yellow box to certify that you viewed the Benefit Guide.

**8** Click on the blue "Submit" button.

》 If you entered your email address on the form, you will receive a confirmation email.

**9** You are finished!

Your coverage will go into effect the Monday after you receive your first payroll deduction for benefits. You will receive an ID card by mail shortly after.
If you need your ID card sooner, please contact ESC Customer Service at **1-888-208-1998** for assistance.

2



# Benefit Options Overview
## Open Enrollment Period:
## October 1st - October 31st

### Fixed Indemnity Weekly Rates

Employee Only
**$19.98**

Employee + Child(ren)
**$33.17**

Employee + Spouse
**$37.96**

Employee + Family
**$50.55**

### MEC Plus Weekly Rates

Employee Only
**$24.52**

Employee + Child(ren)
**$32.65**

Employee + Spouse
**$35.62**

Employee + Family
**$43.39**

### MVP Monthly Rates*

Employee Only
**$370.26**

Employee + Child(ren)
**$592.59**

Employee + Spouse
**$703.76**

Employee + Family
**$926.10**

## ESC Fixed Indemnity Medical:
✓ Medical, RX, Dental, & Accident Benefit Options Available
✓ No Deductibles & No Copays
✓ No Health Questions, Guaranteed Issue
✓ No Waiting Period
✓ No Pre-Existing Condition Limitations
✓ No Surgical Schedule
✓ Includes Both In & Outpatient Benefits
✓ First Dollar Benefits

## Minimum Essential Coverage (MEC) Plus:
✓ Covers All Mandated Wellness & Preventive Services
✓ Covers Services for Adults, Children, & Women
✓ Includes Maternity Benefits
✓ Qualifies as Minimum Essential Coverage
✓ Services Include Immunization & Routine Health Screenings
✓ Covers 100% of Cost of Services When In-network

## Minimum Value Plan (MVP):
✓ Covers 80% of Cost of Services When In-network
✓ First Health Network
✓ Offers Rx Benefits
✓ Covers ACA Preventive Care

Note: the MVP is only made available to employees who have reached full-time status.

*Rates listed are prior to any applicable employer contribution

3



# Fixed Indemnity Overview

## Fixed Indemnity Medical Plan:

### ESC's Most Popular Plan

The Fixed Indemnity Medical plan is designed to cover the most common, day-to-day medical needs at an easy-to-afford price. This plan pays a flat amount for each covered service and, if the covered service costs less than what the plan pays, you keep the difference. Once enrolled, the weekly premium payments will be taken out of your paycheck for your convenience.

### Fixed Indemnity Medical Benefits

- Doctor's Office Visits
- Urgent Care
- Wellness Checkups
- Prescription Drug Benefits
- Emergency Room
- Labs & X-Rays
- Surgical Benefits
- In & Outpatient Hospital Care

### Fixed Indemnity Medical Features

- No Deductible
- No Copay
- No Waiting Periods
- First Dollar Benefits
- Large Network of Providers
- Affordable Weekly Price

## Additional Benefit Options:

**Dental**
Covers a percentage of dental services, including cleanings, exams, fillings, oral surgery, crowns, bridges, and dentures.



**Accident**
Pays a flat amount for covered medical services due to an accidental injury, including emergency care, ambulance transportation, x-rays, AD&D, and rehabilitative therapy.

The Fixed Indemnity Medical Plan is a supplement to health insurance. It is not Major Medical insurance or a substitute for essential health benefits coverage as defined in federal health law.



# Fixed Indemnity Overview Video



**Group Number:
3117001-BPQ1**

# Fixed Indemnity Summary of Benefits

| BENEFIT | Plan Year Max | Plan 1 |
|---|---|---|
| **Outpatient Medical Benefits** | | |
| Physician Office Visit (per day) | 8 days | $105 |
| Surgery [1] (per day) | 1 day | $500 |
| Anesthesiology (per day) | — | $125 |
| Diagnostic Labs (per day) [2] | 6 days | $75 |
| Diagnostic X-Ray (per day) [3] | 3 days | $200 |
| Ambulance Services (per day) [4] | 1 day | $300[5]/ $900[6] |
| Emergency Room—Sickness (per day) | 2 days | $200 |
| Emergency Room—Injuries (per day) [7] | 2 days | $500 |
| **Prescription Drugs [8]** | | |
| Generic/Brand (per day) | 30 days | $20 |
| **Inpatient Hospital Benefits (requires 24 hour minimum stay)** | | |
| Daily Hospital Confinement (per day) | 3 stays (unlimited days per stay) | $300 |
| Hospital Admission (per day) | 1 day | $250 |
| Intensive Care Unit Maximum (per day) [9] | 30 days | $400 |
| Skilled Nursing (per day) [10] | 60 days (no lifetime max) | $100 |
| Surgery (per day) | 1 day | $2,000 |
| Anesthesiology (per day) | — | $500 |
| **Wellness Care [11]** | **Age 1+: 1 day Age<1: 4 days** | **$100** |

[1] benefits are not payable for surgical operations performed in a Physician's office [2] routine or wellness lab screens and tests are not covered [3] laboratory tests and routine wellness screens and tests not covered [4] transportation must occur within 72 hours of the accident or onset of the sickness [5] benefit is for ground/water services [6] benefit is for air services [7] treatment must be within 72 hours of the accident [8] To file a claim for reimbursement, save your receipt and remit to Planned Administrators, Inc. [9] pays in addition to daily hospital confinement [10] must be under age 65 and admitted to the Skilled Nursing Facility within 14 days following a Hospital stay of at least three consecutive days [11] benefit is payable for each day an insured person has any one of the health screenings, exams, or tests listed in the policy

## Weekly Rates

| Tier Level | Fixed Indemnity Medical |
|---|---|
| Employee Only | $19.98 |
| Employee + Child(ren) | $33.17 |
| Employee + Spouse | $37.96 |
| Employee + Family | $50.55 |

Insurance benefits provided under policies issued by Fidelity Security Life Insurance Company, Kansas City, MO.

6



# 1.800MD Telemedicine Services



**Group Number:**
**3117001-BPQ1**

# Dental
# Summary of Benefits

Dental benefits are payable for dental treatment services and supplies performed by or prescribed by a Dentist or Dental Hygienist.

| Dental | | | | |
|---|---|---|---|---|
| Annual Maximum Benefit | | $750 | Deductible | $50 |
| | Waiting Period | Co-Insurance | Covered Prodecures | |
| Coverage A | None | 80% | Exams, Cleanings, Intraoral Films, and Bitewings | |
| Coverage B | 3 Months | 60% | Fillings, Oral Surgery, and Repairs for Crowns, Bridges, and Dentures | |
| Coverage C | 12 Months | 50% | Periodontics, Crowns, Endodontics, Bridges, and Dentures | |

## Weekly Rates

| Tier Level | Dental |
|---|---|
| Employee Only | $5.40 |
| Employee + Child(ren) | $14.58 |
| Employee + Spouse | $10.80 |
| Employee + Family | $20.52 |

*Insurance benefits provided under policies issued by Fidelity Security Life Insurance Company, Kansas City, MO*



**Group Number:**
**3117001-BPQ1**

# Accident Summary of Benefits

Accident benefits are paid once per accident, one day per year, unless otherwise noted here or in the exclusions and limitations.

| Accident [1] | |
|---|---|
| **Benefit** | **Plan 1** |
| Medical Benefit Maximum [2] | $3,000 |
| Emergency Room Deductible (per visit) | $0 |
| Emergency Care | up to $3,000 |
| Ambulance Ground/Air Transportation | $300/$750 |
| First Treatment [3] | 72 hours |
| X-Rays [2] | up to $3,000 |
| Durable Medical Equipment | $300 |
| Major Diagnostic Exam | $750 |
| Prosthetic Devices [1,4] | up to $3,000 |
| Dental | $450 |
| Accidental Death (Employee) | $10,000 |
| Accidental Death (Spouse) | $5,000 |
| Accidental Death (per Child) | $2,500 |
| Accidental Dismemberment | $3,000 |
| Follow-up Care [2] | up to 4 visits |
| Subsequent Treatment [3] | 120 days |
| Rehabilitative Therapy [2] | up to 10 visits |

[1] payable for non-occupational accidental injury  [2] per insured, per covered year  [3] within listed time frame  [4] one accident per year

## Weekly Rates

| Tier Level | Accident |
|---|---|
| Employee Only | $2.80 |
| Employee + Child(ren) | $6.74 |
| Employee + Spouse | $4.42 |
| Employee + Family | $10.02 |

*Insurance benefits provided under policies issued by Fidelity Security Life Insurance Company, Kansas City, MO*

9



# MEC Plus Overview

The Minimum Essential Coverage (MEC) Plus plan meets the Affordable Care Act's definition of minimum essential coverage, providing benefits for all mandated testing, screening, and wellness services. In addition to ACA-mandated benefits, the MEC Plus plan pays first-dollar for covered inpatient and outpatient services.

## Inpatient & Outpatient Benefits

- Doctor's Office Visits
- Prescription Drug Coverage
- Emergency Room Coverage
- Lab & X-ray Services
- Ambulance Services
- Surgical Benefits

## Wellness & Preventive Services

- Screenings
- Immunizations & Vaccinations
- Contraception
- Dietary & Nutrition Supplements
- Behavioral Assessments
- Pregnancy Support

Enrollment in the MEC Plus plan will DISQUALIFY you from receiving a subsidy from the health insurance exchange. Please DO NOT enroll in the MEC Plus plan if you wish to obtain or continue receiving subsidized health insurance from the health insurance exchange.

The MEC Plus plan covers all wellness and preventive services mandated by the Affordable Care Act. The total number of covered benefits are subject to change based on the method of classification used.

For more details, please visit:
https://www.healthcare.gov/coverage/preventive-care-benefits/.

10



# MEC Plus Video



**Group Number:**
**P3117001-M-BPQ1**

# MEC Plus Summary of Benefits

| Inpatient Benefits | Per Day | Plan Year Max |
|---|---|---|
| Inpatient Surgery | $2,000 | 1 day |
| Anethesiology | $500 | — |
| Daily Hospital Confinement | $300 | 3 days |
| Intensive Care Unit Maximum [1] | $400 | 30 days |
| Skilled Nursing [2] | $100 | 60 days |
| **Outpatient Medical Benefits** | | |
| Physician Office Visit | $55 | 8 days |
| Diagnostic (Lab) [3] | $75 | 6 days |
| Diagnositc (X-Ray) [4] | $150 | 3 days |
| Ambulance Services [5] | $300[6]/$900[7] | 1 day |
| Emergency Room Benefit (Sickness) | $100 | 2 days |
| Emergency Room Benefit (Accident) [8] | $300 | 2 days |
| Outpatient Surgery [9] | $500 | 1 day |
| Anesthesiology | $125 | — |
| **Prescription Drugs (via reimbursement) [10]** | | |
| Generic or Brand | $20 | 30 days |
| **Wellness Care [11]** | | |
| Persons Age 1+ | $75 | 1 day |
| Persons Under Age 1 | $75 | 4 days |
| **Preventive Services Benefit [12]** | **In-Network** | **Out-of-Network** |
| Preventive Services for Adults | 100% | 40% |
| Preventive Services for Women | 100% | 40% |
| Preventive Services for Children | 100% | 40% |

[1] pays in addition to daily hospital confinement [2] must be under age 65 and admitted to the Skilled Nursing Facility within 14 days following a Hospital stay of at least three consecutive days [3] routine or wellness lab screens and tests are not covered [4] laboratory tests and routine wellness screens and tests not covered [5] transportation must occur within 72 hours of the accident or onset of the sickness [6] benefit is for ground/water services [7] benefit is for air services [8] treatment must be within 72 hours of the accident [9] benefits are not payable for surgical operations performed in a Physician's office [10] To file a claim for reimbursement, save your receipt and remit to Planned Administrators, Inc. [11] benefit is payable for each day an insured person has any one of the health screenings, exams, or tests listed in the policy [12] For more information about preventive services, please visit www.healthcare.gov.

## Weekly Rates

| Tier Level | MEC Plus |
|---|---|
| Employee Only | $24.52 |
| Employee + Child(ren) | $32.65 |
| Employee + Spouse | $35.62 |
| Employee + Family | $43.39 |



# MVP Overview

The Major Medical Minimum Value Plan (MVP) is an ACA-compliant comprehensive medical plan made available to full-time employees, covering inpatient and outpatient services. Once the deductible and out-of-pocket maximum are met, the MVP's coverage can act as a backstop by paying for unlimited catastrophic care should serious medical treatment be required, offering peace of mind by protecting the insured from expensive medical bills.

## MVP Benefits

- Doctor's Office Visits
- Labs & X-Rays
- Prescription Drugs
- Hospital Services
- Urgent Care
- Surgery Benefits
- Preventive Care
- Emergency Room Coverage
- Ambulance Transportation
- Allergy Testing

Once you reach full-time status, you become eligible for MVP coverage and will receive more information from your employer.

The MVP may satisfy your state individual health insurance mandate for those states that operate under an individual mandate requirement.

Please note that, in accordance with ACA regulations, this offer of the MVP DISQUALIFIES you and your dependent children from subsidized coverage on the Federal Marketplace. If you decline coverage under the MVP and purchase coverage on the Federal Marketplace, you may be responsible for the full cost of coverage without any subsidy from the government or your employer.



# MVP Summary of Benefits

| Deductible & Co-insurance | |
|---|---|
| Individual Deductible | $6,000 |
| Family Deductible | $12,000 |
| Co-insurance | 0% |
| **Maximum Out-of-Pocket (per calendar year)** | |
| Per Covered Person (excludes deductible and co-pays) | $6,000 |
| Family | $12,000 |
| **Plan Lifetime Maximum** | **Unlimited** |
| **BENEFITS** | **PLAN PAYS** |
| **Physician Services** | |
| Office Visits | |
|     Primary Care | 100% after deductible |
|     Specialty Care | 100% after deductible |
| In-Hospital Visits | 100% after deductible |
| Surgery (1 asst. max; 25% of primary fee) | 100% after deductible |
| Anesthesiology | 100% after deductible |
| Urgent Care | 100% after deductible |
| **Preventive Care** | |
| ACA Recommended, Gender and Age-appropriate Clinical Screenings | 100% |
| **Diagnostic Procedures** | |
| Lab or X-Ray | 100% after deductible |
| X-Ray for Complex Imaging (MRI, MRA, PET, CT Scans; pre-authorization required) | 100% after deductible |
| **Hospital Services** | |
| Room and Board | 100% after deductible |
| Emergency Room | 100% after deductible |
| Intensive Care Unit | 100% after deductible |
| Outpatient Surgery | 100% after deductible |
| Urgent Care | 100% after deductible |
| Lab/X-Ray | 100% after deductible |
| Outpatient Dialysis/Chemotherapy | 100% after deductible |



# MVP Summary of Benefits

| Other Medical Services | |
|---|---|
| Home Health Care (pre-authorization required) | 100% after deductible |
| Skilled Nursing Facility | 100% after deductible |
| Organ Transplants (kidney, pancreas, heart, liver, lung and bone marrow; includes prep and transport) | 100% after deductible |
| Hospice Care (outpatient; pre-authorization required) | 100% after deductible |
| Ambulance | 100% after deductible |
| Occupational/Speech/Physical Therapy (30 visits max per treatment or 60 visits combined max) | 100% after deductible |
| Diabetes Supplies | 100% after deductible |
| Prosthetics/Orthotics | 100% after deductible |
| Mental and Nervous/Sub Abuse Inpatient (pre-authorization required) | 100% after deductible |
| Mental and Nervous/Sub Abuse Outpatient (pre-authorization required) | 100% after deductible |
| Allergy Testing | 100% after deductible |
| Allergy Serum and Injections | 100% after deductible |
| Spinal Manipulation | 100% after deductible |
| Jaw Joint/TMJ | 100% after deductible |
| Durable Medical Equipment | 100% after deductible |
| **Prescription Drug** | |
| Generic Drug | 100% after deductible |
| Brand Name Drug [1] | Not Covered |
| Non-Preferred Brand [1] | Not Covered |
| Specialty | Not Covered |
| Mail Order | Not Covered |

[1] *If a generic drug is not available then 100% after deductible will apply*

## Monthly Rates

| TIER LEVEL | ESC MVP |
|---|---|
| Employee Only | $370.26 |
| Employee + Child(ren) | $592.59 |
| Employee + Spouse | $703.76 |
| Employee + Family | $926.10 |

*Insurance benefits provided under policies issued by Fidelity Security Life Insurance Company, Kansas City, MO*



# Network Information

These benefit plans offer you savings for medical care through discounts negotiated with providers and facilities in the First Health Network. Although not required, choosing an in-network provider helps maximize your benefits. When you use an in-network provider, you will automatically receive the network discount and the doctor's office will file the claim for you. If you use a doctor who is not part of the network, you will not receive the discount, and you may need to file the claim yourself. To find a participating provider or to verify if your current medical provider is in-network, please call or visit the network websites listed below.

## Medical Network
**First Health Network**
www.myfirsthealth.com
1-800-226-5116

## Prescription Network
**For your pharmacy benefit information, visit:**
www.paisc.com
1-866-798-0803

Please do not contact the above networks for questions regarding your medical benefits. All medical benefit questions should be directed to **ESC Customer Service at 1-888-208-1998.**



# Customer Service Information & FAQs

| Fixed Indemnity Medical Plan | Group Number: 3117001 |
|---|---|

**For FAQs and Additional Network Information, Visit:**
www.esc-enrollment.com/FSLIND

**To Make Changes or Cancel Coverage, Call:**
1-888-208-1998 and use pin code 408 + _ _ _ _  (last four digits of your SSN)

| MEC Plus Plan | Group Number: P3117001 |
|---|---|

**For FAQs, a Full List of Covered Preventive Services, or an SBC, Visit:**
www.esc-enrollment.com/FSLMECW

A paper copy of your SBC is also available, free of charge by calling
ESC Customer Service 1-888-208-1998.

**To Make Changes or Cancel Coverage, Call:**
1-888-208-1998 and use pin code 648 + _ _ _ _ (last four digits of your SSN)

## Essential StaffCARE Customer Service:
# 1-888-208-1998

Once enrolled, you can call this number for questions
regarding plan coverage, ID card, claim status,
and policy booklets and to add, change, or cancel coverage.

ESC Customer Service hours are
**M - F, 8:30 a.m. to 8 p.m. EST.**
Bilingual representatives are available.

You can also visit www.paisc.com,
click on "Members", and enter your group number **3117001**.