# **EXHIBIT D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Staffing Services Association of Illinois, American Staffing Association, ClearStaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., TempsNow Employment and Placement Services LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor,<br><br>Defendant. | Case No.: 1:23-cv-16208 |

**DECLARATION OF FRANK AURIEMMA, ON BEHALF OF THE STAFFING SERVICES ASSOCIATION OF ILLINOIS**

Frank Auriemma, being duly sworn, states the following under oath:

1. I am over the age of eighteen years and have personal knowledge of the matters set forth herein. If sworn as a witness, I could testify completely to the facts set forth in this Declaration.

2. I have been involved in the temporary staffing industry for over eighteen years, and am the principal of Summit Staffing.

3. I am currently the President of the Staffing Services Association of Illinois ("SSAI") and make this Declaration in this capacity. Sumit Staffing is an SSAI member. The SSAI is a leading trade association in the State of Illinois for the staffing industry. The SSAI provides the staffing industry in Illinois with a unified voice to influence public policy. The SSAI consists of about thirty members that are all staffing agencies as that term is defined in the Day and Temporary Labor Services Act (the "Act"). SSAI members employ several hundred thousand workers annually. Ultimately, the purpose of the SSAI is to advance the interests of staffing agencies and workers in the state of Illinois.

4. Temporary staffing agencies hire individuals as employees. Temporary staffing agencies then offer light industrial and other industries flexible staffing, candidate screening, and the opportunity to try out potential hires before committing to a direct-hire employment arrangement. Temporary staffing agencies also allow employers to ramp up quickly and scale down rapidly depending on the ebb and flow of demand. Companies may turn to staffing agencies for temporary workers until permanent staff are hired. Companies also source potential direct hires through staffing agencies.

5. Staffing agencies allow light industrial companies, such as manufacturing and distribution companies, the chance to compete more effectively by focusing on growing their businesses. The use of a staffing agency is essentially an outsourcing arrangement. Light industrial companies often prefer to outsource the task of sourcing qualified individuals to perform the work that is needed at the light industrial company. Temporary staffing agencies promote the growth of commerce and industry throughout the State of Illinois by helping their clients meet their staffing needs more efficiently.

6. SSAI was one of the first business groups in the state to support the 15-dollar statewide minimum wage, and one of the first business groups in the state to sign up for the Secure Choice retirement savings program. Jobs for employees of members of the association usually pay more than 15 dollars per hout. Employees of SSAI members include single mothers, college students and others who are able to onboard quickly into paying jobs. Employees of temporary staffing agencies often choose a flexible schedule to work around other commitments. These employees also have the ability to work extra hours and gain needed income according to their schedules.

7. SSAI's members face challenges resulting from the emergency and proposed regulations to the Act, including burden, extraordinary expense, and unreasonable compliance risk.

8. SSAI itself has been harmed by the emergency and proposed regulations to the Act. SSAI has incurred costs in the form of outside legal counsel bills trying to understand the regulations to provide guidance to its members, and in challenging the regulations in this lawsuit. SSAI has also been less able to advance the interests of the temporary staffing industry in Illinois as the vast majority of its resources have been devoted to addressing the emergency and proposed regulations.

9. SSAI and other associations submitted comments to the Illinois Department of Labor in connection with some of the challenges now facing the industry given the current state of matters, and concerns for what will happen in the future.

10 Attached as Exhibit A is a copy of a complaint regarding alleged violations of the Day and Temporary Labor Services Act submitted in October to the Illinois Department of Labor by an organization holding itself out as an interested party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 21, 2023

Frank Auriemma

# **EXHIBIT A**

*[Handwritten at top: Date: (illegible) Services 312-793-8889.]*



# ILLINOIS DEPARTMENT OF LABOR

**JB PRITZKER**
GOVERNOR

**JANE R. FLANAGAN**
DIRECTOR

Jaime Hamm
208 Edgewood Dr.
Nicholasville, KY 40356

Date: October 26, 2023

**Re:**      **Reliant Healthcare Staffing:**
            **Notice of Complaint**
**Case No.:**  **23-DL0007**

Dear Reliant Healthcare Staffing:

Please be aware that an interested party has filed a complaint with the Illinois Department of Labor alleging that **Reliant Healthcare Staffing** ("named party") engaged in violations of the Day and Temporary Labor Services Act ("the Act"), 820 ILCS 175 *et. seq.*

Specifically, the complaint alleges that **Reliant Healthcare Staffing** violated Section 5 (Definitions); Section 45 (Registration); and Section 85 (Third Party Clients) of the Act. Further, the complaint alleges that the above-named party is operating a day and temporary labor service agency without a license from the Department of Labor, in violation of the Act and administrative regulations. *See* 56 Ill. Admin. Code 260.300(a). A copy of the complaint is enclosed.

Pursuant to the Act, the named party may choose to either contest or cure the alleged violations within 30 days after the receipt of this notice of complaint. If you choose to contest, please indicate the basis for your disagreement with the allegations. If you chose to cure, please indicate how you intend to come into compliance with the Act. The Department requires written communication of your decision on or before thirty (30) days from the date this notice of complaint was served on the named party. If the named party does not respond within 30 days, the Department may issue a "right to sue" letter to the interested party that filed the complaint, allowing them to proceed with filing suit in court.

Attached to this correspondence please find a copy of the Complaint filed in this matter. A copy of this notice has also been sent to the interested party on today's date.

Please be aware that this notice does not preclude the Department from taking any additional investigative or enforcement action pursuant to the Act or administrative regulations.

Lincoln Tower Plaza
524 South 2nd Street, Suite 400
Springfield, Illinois 62701
(217) 782-6206
Fax: (217) 782-0596

Michael A Bilandic Building
160 North LaSalle, Suite C-1300
Chicago, Illinois 60601-3150
(312) 793-2800
Fax: (312) 793-5257

Regional Office Building
2309 West Main Street, Suite 115
Marion, Illinois 62959
(618) 993-7090
Fax: (618) 993-7258

*[Handwritten at bottom: scanned to Jaime on 11/15]*

Please feel free to contact John Tribble, Compliance Manager at 312-793-3541 or via email IDOL at DOL.DayLabor@illinois.gov.

Attentively,

*John.tribble@illinois.gov.*

*Susie Reynolds*
Susie Reynolds

Susie Reynolds
Division Manager
Fair Labor Standards
Illinois Department of Labor
160 N. LaSalle Street, 13th floor
Chicago, IL 60601
Telephone: 312-521-9412
E-mail: susie.reynolds@illinois.gov

Enclosures

CC: Chicago Worker's Collaborative
    300 Grand
    Waukegan, IL 60805



Illinois Department Of Labor Fair Labor Standards Division
160 North Lasalle Street, Ste 1300
Chicago, Illinois 60601
DOL.DayLabor@illinois.gov; http://labor.illinois.gov/

# DAY & TEMPORARY LABOR SERVICE ACT COMPLAINT FORM

**Is your complaint against the Day/Temp Labor Agency, Third-Party Client/Worksite, or Both?**

| ☐ Day/Temp Labor Agency | ☐ Third-Party Client | ■ Both |
|---|---|---|

### Day/Temp Agency Information

| Name of Business | Reliant Healthcare Staffing |
|---|---|
| Address | Online-www.relianthealthcarestaffing.com/ |
| City, State, Zip | |
| Email: | Phone Number: 859-241-6001 |
| Name of Owner/Contact Person (if known) | Jaime Hamm. |

### Assigned Work Site/Third-Party Information

| Name of Business | |
|---|---|
| Address, City, State, Zip | |
| Email: | Phone Number: |
| Name of Owner/Contact Person (if known) | |

### Complainant Information

| Type of Complainant: | ☐ Temporary Worker | ■ Interested Party |
|---|---|---|
| Name of Complainant | Chicago Workers' Collaborative | |
| Address | 300 Grand | |
| City, State, Zip | Waukegan, IL 60805 | |
| Email: chris@chicagoworkerscollaborative.org | Phone Number: | 847.596.7491 |



Illinois Department Of Labor Fair Labor Standards Division
160 North Lasalle Street, Ste 1300
Chicago, Illinois 60601
DOL.DayLabor@illinois.gov; http://labor.illinois.gov/

# DAY & TEMPORARY LABOR SERVICE ACT COMPLAINT FORM

## Type of Complaint

| ✔ General and/or more than one issue: list in Narrative below. | ☐ Unequal pay or benefits after 90 days of working at the location. | ☐ Did not receive adequate health, safety, and hazard training. | ☐ Was not told of Right to Refuse assignment due to labor dispute. | ☐ Retaliation |
|---|---|---|---|---|

■ **Check this box if you are filing as an "Interested Party" under the Act and will be seeking a Right to Sue letter**

☐Other:

## Complaint Description

On information, Reliant Healthcare Staffing is a day and temporary labor service agency as defined by Section 5 of the Illinois Day and Temporary Labor Services Act operating in Illinois assigning non-professional CNA's to area nursing homes but is not registered in violation of Section 45 of the Act. The third party client companies doing business with Reliant are also in violation of the Act for doing business with an unregistered agency pursuant to Section 85 of the Act. While most third party client companies are unknown, West Suburban Nursing and Rehabilitation Center, Momence Meadows Nursing and Rehabilitation Center and Lakeview Rehabilitation and Nursing Center are doing business with Reliant Healthcare Staffing.

## Dates of Employment

| From: | To: | Rate of Pay: | Daily Hours Worked: |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

DocuSigned by:
*Chris Williams*
41C0BD263DFB428...
Signature

10/3/23
Date

✔ **Check this box if you consent to service of process via electronic mail at the email address provided above.**