# **EXHIBIT E**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Staffing Services Association of Illinois, American Staffing Association, TempsNow Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., TempsNow Employment and Placement Services LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: 1:23-cv-16208 ) ) ) ) ) ) ) |

## DECLARATION OF SCOTT POLEN

Scott Polen, being duly sworn, states the following under oath:

I. **Background**

1. I am over the age of eighteen years and have personal knowledge of the matters set forth herein. If sworn as a witness, I could testify completely to the facts set forth in this Declaration.

2. I am the President of TempsNow Employment and Placement Services, LLC ("TempsNow"). TempsNow is a Northern Illinois based industrial staffing company meeting the staffing needs in the warehouse, logistics, manufacturing, electronics, packaging and co-packaging industries.

3. TempsNow has approximately ten full-time employees that facilitate the work of about 250-400 employees working daily as temporary laborers ("Hourly Employees") as that term is defined by the Day and Temporary Labor Services Act (the "Act").

4. I have been working in the temporary staffing industry for over twenty years.

II. **Benefits**

5. Hourly Employees are provided with benefits, as that term is defined in the Act, in three categories: retirement savings, medical insurance and leave policies.

1



A. **Retirement Benefits**

6. Hourly Employees are automatically enrolled in the Illinois Secure Choice Savings Program ("Illinois Secure Choice"). Illinois Secure Choice is a state-facilitated program that is designed to make it easy to save for retirement. After thirty days of employment, 5% of an employee's gross wages are deposited into an IRA account that is independent of TempsNow, meaning the account is not managed or controlled in any way by TempsNow.

7. The benefit options being offered to my clients directly-hired employees are too numerous to describe in detail. I understand that many clients offer 401(k) programs.

8. These retirement programs generally come with a minimum service requirement that varies from company to company.

9. Many clients offer some matching of contributions, and others with tiered matching where larger contributions trigger larger matching contributions.

10. These 401(k) programs have many rules and a wide variety of investment options, all of which makes them more or less beneficial depending on whether one prioritizes minimizing fees, historical returns, the creditworthiness of the custodian institution, or other factors.

11. The value of the "retirement benefit" to any given employee is entirely subjective. The actual cost of any retirement benefit generally depends on the employee's level of participation.

B. **Health Insurance**

12. Exhibit A is "Summary of Benefits," which is a document that describes the health plan offered by TempsNow to the Hourly Employees. As shown on Exhibit A, TempsNow offers a Minimal Essential Coverage plan to its employees.

13. As described in Exhibit A, there are benefits for outpatient visits as well as prescription drugs, hospital care and surgery. There is also limited coverage for dental, vision, life and short term disability matters, if the employee chooses one or more of these available options, for themselves or a dependent.

14. This health insurance plan can provide coverage to an employee and/or his or her spouse and/or children. Each employee must make decisions about whether to enroll, and whether to secure coverage for other family members during enrollment periods. I understand that enrollment periods are limited to the period when someone is first hired by the company, an annual open enrollment period in the late fall, and at the time of so-called "qualified" life events, which are a discrete list of events such as the birth of a child or a divorce. I understand that TempsNow is not able under various federal laws to offer enrollment at other times, such as when someone rolls off a particular assignment.

2



15. The cost of coverage to the employee depends on a series of choices the employee makes. Employees must decide if they want coverage, and if they do, whether they want coverage for themselves only or if they want to add a spouse, and/or a child, and/or more than one child.

16. If an employee opts for coverage for him or herself, the weekly premium is about $19.98, simply for the basic plan. There are additional costs to the employee if the employee elects dental, vision, life or short term disability coverage. See Exhibit A. The employee's actual benefit from the coverage depends, of course, on the health care services consumed by the covered individual(s).

17. TempsNow could not possibly offer its employees the opportunity to participate in the its clients' health care plans. First, I understand that the insurance companies operating these plans will not allow non-employees of TempsNow's clients to join the cohort of insured lives. Second, TempsNow could not simply move its employees from its TempsNow's plans to another, superior plan when necessary to comply with the Act. I am not aware of any legal right that TempsNow has to de-enroll any of its employees and enroll them in a different, superior plan. As I mentioned before, I understand that enrollment in a health plan is only possible when meeting the minimum hours requirement, an open enrollment period or when there is a Qualified Life Event. Third, I understand that TempsNow has a legal obligation to avoid discrimination within its workforce when it comes to benefits. I understand that TempsNow is not free to offer two similarly situated employees different benefits merely because they have been assigned to work for different TempsNow clients. Fourth, TempsNow could not possibly design and administer various health care plans as well as its own plans.

III. **Harm and Potential Harm to TempsNow**

18. The Act poses an extraordinary, impossible to calculate, benefit mandate and potentially a significant threat to TempsNow continuing its our operations for various reasons.

19. First, we simply do not know how to value benefits to comply with the Act. Under the definition of "benefits" under the Act, TempsNow can meet its obligations under the equivalent benefits provision by providing the same benefits as the client to which a temporary employee is assigned. The problem is that it is impossible to do so. TempsNow cannot ensure its employees are "paid" the same benefits offered by its clients for many reasons including that insurance companies will not allow participation by non-employees members in their life insurance, long-term disability, or health plans.

20. Payment of the actual cost of corporate benefits is impossible, too, considering there is no way to compute the benefit or actual cost for a specific employee of "opportunities," such as the opportunity to participate in a disaster relief fund or a legal services plan.



21. TempsNow does not merely need to compute the actual cost of benefits. It also needs to compute a different number: the value to the employee so that TempsNow can determine which of the two bundles of benefits is superior. For example, the value of the MEC plan offered by TempsNow might be substantial to a particular person even though TempsNow does not generate any expense as a result of providing the MEC plan. The challenge for TempsNow and every other staffing agency is that the value to the employee of many benefits is entirely subjective. Some may consider the opportunity to attain health care insurance as worth an additional $19.98/week and others may consider it to be worthless. There is no objective way to determine whether TempsNow's benefits are better than the benefits offered by TempsNow's client for anyone much less for everyone because the perceptions differ as to what is "better" or "equivalent."

22. Second, paying the actual cost of the benefits offered by TempsNow's clients is not a legitimate option, either. To compute the actual cost of retirement plans, heath plans, and other benefits, including leave policies, requires TempsNow to know whether to use a person-specific computation of actual cost or a metric-based computation of actual cost.

23. A person-specific computation would factor in whether that particular person opted into a savings program with a matching contribution and/or participated in the MEC program. Such an approach would require assessing whether the person chose coverage for only him or herself, a spouse, children, among other matters.

24. A metric-based computation would ignore the behavior of the specific, potentially comparable employee and allocate the costs of providing a 401(k) program to all employees based on a metric like headcount or hours of service at a specific moment in time. This approach would ignore whether a person took advantage of a monetized fringe benefit and instead allocate the actual cost of all benefits to every employee or maybe some subset of the client's directly-hired employees.

25. Deciding which of these two methods to use requires judgment and discretion, the exercise of which is going to be measured by the Illinois Department of Labor, "strangers" such as interested parties and the court system. Similarly, deciding all the subsidiary questions, such as the right date for a population census, whether to divide the total actual cost by all employees or only the hourly employees, are decisions that require judgment and discretion, the accuracy of which will be determined by others.

26. TempsNow does not have the expertise or personnel to handle these discretionary decisions about benefit plans. Unfortunately, TempsNow is not free to merely rely on its client's assessment of these matters. TempsNow's obligation under the Act is to be accurate. TempsNow can have its license terminated and be subjected to large fines and lawsuits by strangers if it incorrectly computes the "actual cost" of a potentially comparable employee's benefits.

27. Leave policies can have a very different actual cost depending on which of the two Illinois Department of Labor-approved approaches the company takes to accruing

4



paid time off. A "front-loaded" approach may grant a year's worth of paid days off on day 1 of a calendar year. An "accrual" approach grants employees paid days off over time. These two policies have very different values to an employee and very different "actual costs" to an employer depending on the valuation date. So, for example, if two employers that use the two different approaches each grant 12 paid days off a year, the value and costs of these programs on June 30 is radically different. At that point in the year, the front-loaded approach "costs" 12 paid days and the accrual method "costs" 6 days off. Although these policies will have the same actual cost if the employee remains for all 12 months, they have very different actual costs depending on the date of the analysis. Thus assessing the actual costs of benefits requires assessing corporate policies that change from time-to-time. This is a real problem as most Illinois employers are currently reassessing their paid leave policies as a result of the new Illinois Paid Leave Law effective in January 2024.

28. In addition, the actual cost of these benefits for any given hourly employee depends on many factors, including the employee's preferences. Some TempsNow Hourly Employees want benefits, but the vast majority of them reject them. Indeed, the majority of TempsNow's Hourly Employees opt out of health benefits offered by TempsNow. In my experience, the predominant reason for this is the desire by TempsNow Hourly Employees to maximize their cash compensation. Another reason is that some TempsNow's Hourly Employees receive benefits from other employment they have or they rely on a spouse or other family member's benefits.

29. The actual cost of benefits for any given hourly employee also depends on the individual's personal characteristics, such as whether they are married and/or whether they have dependents because health care plans and life insurance offer different options depending on the scope of coverage.

30. The actual cost of benefits for any given hourly employee also depends on the actions of the employee. Each employee has a unique approach to leave benefits, with some employees taking substantial unpaid leave and others preferring to maximize their compensation and taking zero unpaid leave. Similarly, employee perception of "other" benefits such as employee lounges and annual employee picnics vary greatly.

31. TempsNow does not compute the value of its benefits to a generic or specific employee in the ordinary course of business. TempsNow similarly does not compute the actual cost of its benefits to TempsNow for any generic or specific employee. TempsNow certainly has never computed the value of benefits or the actual cost of benefits offered by its clients.

32. As a practical matter, it is not possible to compute either the value of benefits or the actual cost of benefits on a going-forward basis. There are far too many unknowns about how each employee will make decisions about whether to reject or accept, consume or ignore, and maximize or minimize, each benefit, including leave and other benefits, to compute either the value or the actual cost of benefits for a specific employee on a going-forward basis.

5



33. Computing the actual cost of benefits for any given employee after the fact would be extraordinarily burdensome and expensive. Doing so would require TempsNow to develop systems and processes to gather data about benefits usage, including the actual cost of unpaid leave, which is dependent on whether TempsNow missed business opportunities because it lacked deployable employees due to their usage of unpaid leave. Computing the value to employees and the actual cost to TempsNow of unpaid leave is itself an impossible task in an industry where employees generally pick and choose when they work; they do not take days off.

34. Even if this analysis was possible, which it is not, I estimate TempsNow would need full-time HR and/or finance department employees to develop systems to track the necessary information and perform the necessary computations to compute the value of benefits to its employees as well as the actual cost of benefits for each of its hourly employees and all the potentially comparable directly hired employees of the third-party clients. We will also need to continue to work with our software developer to create programming to handle the requirements of the Act, not only with respect the equal pay and benefits issues, but with respect to notification and tracking of new obligations imposed by the Act.

35. I am further concerned about our exposure and my clients' exposure to civil actions by uninjured, interested parties under the Act. The costs incurred in defending, and possibly paying fines, will harm the industry. Both we and our clients will suffer financially.

36. Next, despite asking clients whether a labor dispute, that does not guarantee the mandated disclosure will be made. The Act requires TempsNow to be advised by its clients whether or not there is a controversy affecting the terms and conditions of work at a particular worksite. Controversies could include union organizing activities like meetings during meal breaks where there is talk about a collective interest in higher wages. Controversies could also include a confidential investigation into an alleged age harassment by a supervisor.

37. In my experience, TempsNow's client contacts do not know about every controversy within their workplaces and do not keep a dynamic list of every "controversy" regarding terms and conditions of employment at a particular worksite. In fact, I only recently learned about a National Labor Relations Board charge filed against a TempsNow client because one of the attorneys representing another party in this case advised me about it.

38. Ultimately, TempsNow's expected cost structure has changed substantially as a result of the passage of amendments to the Act. Gathering information about the value of the benefits and the actual cost of the benefits for each potential comparable, directly-hired employee will be extraordinarily expensive. It requires discretionary judgment by both TempsNow and its client. It also imposes compliance risk and litigation exposure on both TempsNow and its clients.



39. TempsNow does not have the size necessary to absorb both the loss in business and the additional expense and risk caused by the recent amendments to the Act and related regulations. We do not have the funds to hire the support staff to calculate, design and administer the plans and other requirements of the amended Act.

40. I understand that two of my clients have ceased using our services due to the requirements placed upon them by the amended Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 20, 2023

_____
Scott Polen

7



# EXHIBIT A



# Limited Benefit & Self-Funded
# Minimum Essential Coverage (MEC) Enrollment Guide
Complete the Enrollment Form to Elect or Decline Coverage

**IMPORTANT PLAN INFORMATION:** You have two medical plan options. You may enroll in one or both. Additional benefits are available to add if you enroll in the Fixed Indemnity Medical Plan.

1. You **MUST** complete the Enrollment Form as part of your New Hire Process.
2. Elect or decline all benefits on the Enrollment Form.
3. You **MUST** <u>Sign</u> and <u>Date</u> the bottom of the form, even if you decline coverage.
4. Return the Enrollment Form to your Branch Manager.
5. Keep the Benefits at a Glance page for your records.

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

For Enrollees of California: In order to enroll in the Fixed Indemnity Medical Benefit, you and any dependent must have minimum essential coverage and be enrolled in major medical coverage.

**THE <u>FIXED INDEMNITY MEDICAL PLAN</u> IS A SUPPLEMENT TO HEALTH INSURANCE. IT IS NOT A SUBSTITUTE FOR ESSENTIAL HEALTH BENEFITS COVERAGE AS DEFINED IN FEDERAL HEALTH LAW.**

The Essential StaffCARE Fixed Indemnity Medical, Prescription Drug, Accidental Loss of Life, Limb & Sight, Dental and Vision Plans are underwritten by BCS Insurance Company, Oakbrook Terrace, Illinois under Policy Series Numbers 25.1204, 26.1214, 26.212, and 26.213. The Term Life and Short-Term Disability Plans are underwritten by 4 Ever Life Insurance Company, Oakbrook Terrace, Illinois under Policy Series Number 62.200.

The <u>MEC Wellness/Preventive Plan</u> is an employer-sponsored, self-funded plan that has been deemed to be in compliance with ACA rules and regulations. More information about Preventive Services may be found on the government website at: https://www.healthcare.gov/coverage/preventive-care-benefits. For questions or assistance, please call Essential StaffCARE Customer Service at 1-866-798-0803.

| **Voluntary Electronic Availability of Summary Health Information for MEC/Wellness Preventive Plan** |
|---|
| A sample copy of the Summary of Benefits and Coverage ("SBC") from Essential StaffCARE ("ESC") is available at the following link: www.enrollment.care/info/sbcmec. |
| While you may have other health plans, this is the link for your MEC plan with ESC. This important document explains the terms and conditions of your Health Plan, including eligibility, coverage amounts and exclusions along with your rights and responsibilities. At any time, you may request paper copies or revoke your consent to electronic delivery, free of charge, by calling 1-866-798-0803. |

For questions or assistance, please call Essential StaffCARE Customer Service at 1-866-798-0803.



BDW ESC/MEC 4SWwb P1Mb v23.1

VSI  **2986700-BDW**   OFFICE USE ONLY   LOCATION _____   Rehire Date __ __/__ __/__ __ __ __

# ENROLLMENT FORM

ESC/MEC 4SWwb P1Mb

## A. REQUIRED EMPLOYEE INFORMATION
PRINT USING BLACK or BLUE INK (Must Be Filled Out)

| Name | Phone |
|---|---|
| Social Security # | Date of Birth  /  /  | Gender M F |
| Address | | Apt. # |
| City | Zip | State |

## B. MEDICARE INFORMATION
Do you or any of your dependents receive Medicare Benefits? ☐ Yes ☐ No. If Yes:

Medicare Health Insurance Claim Number (HICN)

Medicare Effective Date

Name of Covered Person(s):
1.    2.

## C. LIMITED BENEFIT PLAN SELECTION

**Payroll Deducted Rates**

You **MUST** enroll in the **Fixed Indemnity Medical Insurance Plan** before adding any additional benefits in Section C. Your coverage level for the additional benefits in Section C will be identical to your fixed indemnity medical plan selection. These plans are underwritten by BCS Insurance Company and 4 Ever Life Insurance Company.

| | FIXED INDEMNITY MEDICAL [1] | | DENTAL | | VISION | | TERM LIFE | | SHORT-TERM DISABILITY [2] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | weekly | biweekly | weekly | biweekly | weekly | biweekly | weekly | biweekly | weekly | biweekly |
| Employee Only | $19.98 | $39.96 | $5.40 | $10.80 | $2.42 | $4.84 | $0.60 | $1.20 | $4.20 | $8.40 |
| Employee + Child(ren) | $33.17 | $66.33 | $14.58 | $29.16 | $6.54 | $13.08 | $0.90 | $1.80 | - | - |
| Employee + Spouse | $37.96 | $75.92 | $10.80 | $21.60 | $4.84 | $9.68 | $0.90 | $1.80 | - | - |
| Employee + Family | $50.55 | $101.10 | $20.52 | $41.04 | $9.20 | $18.40 | $1.80 | $3.60 | - | - |
| | ☐ NO to ALL Benefits | | ☐ Yes ☐ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No | |

[1] This coverage is not available to residents of **NH, HI,** or **PR**. [2] STD is not available to persons who reside in **CA, HI, NJ, NY,** or **RI**.

**For Term Life / Accidental Loss of Life, Limb & Sight, please write in your beneficiary information. Accidental Loss of Life, Limb & Sight is part of the Fixed Indemnity Medical Benefit.**

| Name | Relationship |
|---|---|

## D. REQUIRED DEPENDENT INFORMATION

| Name | Social Security # | Date of Birth / / | Gender M F | Relationship ☐ Spouse ☐ Child ☐ Domestic Partner |
|---|---|---|---|---|
| Name | Social Security # | Date of Birth / / | Gender M F | Relationship ☐ Spouse ☐ Child ☐ Domestic Partner |
| Name | Social Security # | Date of Birth / / | Gender M F | Relationship ☐ Spouse ☐ Child ☐ Domestic Partner |

## E. OPTIONAL MEC WELLNESS/PREVENTIVE BENEFIT SELECTION    82986700-BDW    **Payroll Deducted Weekly Rates**

Enrolling in the **Optional MEC Wellness/Preventive Benefit** may **DISQUALIFY** you from receiving a subsidy from the health insurance exchange. The MEC Wellness/Preventive Benefit is **NOT** underwritten by BCS Insurance Company. It is a benefit offered and provided by your employer. Note: The Patient Protection and Affordable Care Act (PPACA) individual mandate no longer imposes a penalty at the federal level; however, please check with your state for any state specific individual mandate requirements or penalties. Rates for the MEC Wellness/Preventive Benefit are billed weekly.

☐ **$13.42** Employee Only    ☐ **$15.18** Employee + Child(ren)    ☐ **$16.38** Employee + Spouse    ☐ **$18.66** Employee + Family

☐ **NO** to MEC Wellness/Preventive

## F. REQUIRED SIGNATURE    YOU MUST SIGN AND DATE EVEN IF YOU DECLINE COVERAGE

By signing below, I confirm I have read the Benefits Summary and the Limitations and Exclusions for the recommended benefit plans; I've been offered self-funded ACA compliant coverage (MEC Wellness/Preventive). I understand that weekly or biweekly rates, as provided above, will be deducted based on my assignment; open enrollment is only available for a limited time; that making no benefit selection is a declination of benefit coverage and benefit coverage is only available to employees who are over the age of 18.

DATE  __ __/__ __/__ __ __ __    ▶ SIGNATURE

*SAMPLE*

# LIMITED BENEFITS SUMMARY

Policy Number  2986700-BDW

## FIXED INDEMNITY MEDICAL BENEFIT

For more details, please see your Summary Plan Description.

The Fixed Indemnity Medical Plan pays a flat amount for a covered event caused by an accident or illness. If the covered event costs more, you pay the difference. But if the covered event costs less, you keep the difference.

| Outpatient Benefits[1] | | Inpatient Benefits | |
|---|---|---|---|
| Physician Office Visit (Virtual or In-Person) | $105 per day | Standard Care | $300 per day |
| Diagnostic (Lab) | $75 per day | Intensive Care Unit Maximum[5] | $400 per day |
| Diagnostic (X-Ray) | $200 per day | Inpatient Surgery | $2,000 per day |
| Ambulance Services | $300 per day | Anesthesia | $400 per day |
| Physical, Speech, or Occupational Therapy | $50 per day | Skilled Nursing[6] | $100 per day |
| Emergency Room Benefit—Sickness | $200 per day | First Hospital Admission (1 per year) | $250 |
| Emergency Room Benefit—Accident[2] | $500 per day | Annual Inpatient Maximum[7] | No Limit |
| Outpatient Surgery | $500 per day | **Accidental Loss of Life, Limb & Sight** | |
| Anesthesia | $200 per day | Employee/Spouse | $20,000 |
| Annual Outpatient Maximum | $2,000 | Dependent (6 months to 26 years) | $5,000 |
| **Prescription Drugs (via reimbursement)**[3,4] | | Dependent (15 days to 6 months) | $2,500 |
| Annual Maximum | $600 | **Wellness Care** | |
| Generic Coinsurance / Brand Coinsurance | 70% / 50% | Wellness Care (one per year) | $100 |

[1]all outpatient benefits are subject to the outpatient maximum  [2]covers treatment for off the job accidents only  [3]not subject to outpatient maximum  [4]To file a claim for reimbursement, save your receipt and remit to Planned Administrators, Inc.  [5]pays in addition to standard care benefit  [6]for stays in a skilled nursing facility after a hospital stay  [7]subject to internal limits of plan

## DENTAL BENEFIT

| | Waiting Period/Coinsurance | Annual Maximum Benefit $750 | Deductible $50 |
|---|---|---|---|
| **Coverage A** | None / 80% | Exams, Cleanings, Intraoral Films, and Bitewings | |
| **Coverage B** | 3 Months / 60% | Fillings, Oral Surgery, and Repairs for Crowns, Bridges and Dentures | |
| **Coverage C** | 12 Months / 50% | Periodontics, Crowns, Endodontics, Bridges and Dentures | |

## VISION BENEFIT

| | In-Network | | Out-of-Network | |
|---|---|---|---|---|
| | You Pay | Plan Pays | You Pay[3] | Plan Pays |
| **Eye Exam**[1] (including dilation) | $10 Copay | 100% | 100% | $35 |
| **Standard Contact Lens Fit Exam** (includes follow up) | Up to $55 | $0 | 100% | $0 |
| **Premium Contact Lens Fit Exam** (includes follow up) | 100%, after 10% discount | $0 | 100% | $0 |
| **Frames** (once every 24 months) | 80%, after $110 allowance | 20% plus $110 allowance | 100% | $55 |
| **Standard Plastic Lenses** (single, bifocal, trifocal)[1,2] | $25 Copay | 100% | 100% | $25-$55 |
| **Contact Lenses (Conventional)** (materials only)[1] | 85%, after $110 allowance | 15% plus $110 allowance | 100% | $88 |
| **Contact Lenses (Disposable)** (materials only)[1] | 100%, after $110 allowance | $110 allowance | 100% | $88 |
| **Contact Lenses (Medically Necessary)** (materials only)[1] | $0 Copay | 100% | 100% | $200 |

[1]Once every 12 months  [2]$15 higher in AK, CA, HI, OR, WA  [3]After plan payment

## GROUP TERM LIFE BENEFIT

| **Employee Amount** | $10,000 (reduces to $7,500 at 65; $5,000 at 70) | **Child Amount (6 mos to 26 yrs old)** | $5,000 |
|---|---|---|---|
| **Spouse Amount** | $5,000 (terminates at age 70) | **Infant Amount (15 days to 6 mos)** | $1,000 |

## SHORT-TERM DISABILITY BENEFIT

| **Benefit Amount** | 60% of base pay up to $150 per week |
|---|---|
| **Waiting Period/Maximum Benefit Period** | 7 days for injury or sickness / up to 26 weeks |

## OPTIONAL MEC WELLNESS/PREVENTIVE BENEFIT [1]

Policy Number  82986700-BDW

The optional MEC Wellness/Preventive Benefit **DOES NOT** cover medical services. This plan provides coverage for preventive services such as immunization and routine health screening. It does not cover conditions caused by accident or illness.

| Benefit | In-Network | Non-Network | WEEKLY MEC PREMIUM | MEC |
|---|---|---|---|---|
| **Preventive Services for Adults** | 100% | 40% | Employee Only | $13.42 |
| **Preventive Services for Women** | 100% | 40% | Employee + Child(ren) | $15.18 |
| **Covered Preventive Services for Children** | 100% | 40% | Employee + Spouse | $16.38 |
| [1] For more information about preventive services, please visit www.healthcare.gov. | | | Employee + Family | $18.66 |

## LIMITED BENEFITS PREMIUM

| | Medical | | Dental | | Vision | | Term Life | | STD | |
|---|---|---|---|---|---|---|---|---|---|---|
| | weekly | biweekly | weekly | biweekly | weekly | biweekly | weekly | biweekly | weekly | biweekly |
| **Employee Only** | $19.98 | $39.96 | $5.40 | $10.80 | $2.42 | $4.84 | $0.60 | $1.20 | $4.20 | $8.40 |
| **Employee + Child(ren)** | $33.17 | $66.33 | $14.58 | $29.16 | $6.54 | $13.08 | $0.90 | $1.80 | - | - |
| **Employee + Spouse** | $37.96 | $75.92 | $10.80 | $21.60 | $4.84 | $9.68 | $0.90 | $1.80 | - | - |
| **Employee + Family** | $50.55 | $101.10 | $20.52 | $41.04 | $9.20 | $18.40 | $1.80 | $3.60 | - | - |

## LIMITED BENEFIT EXCLUSIONS AND LIMITATIONS

These are the standard limitations and exclusions. As they may vary by state, please see your summary plan description (SPD) for a more detailed listing.

### FIXED INDEMNITY MEDICAL AND ACCIDENTAL LOSS OF LIFE, LIMB OR SIGHT BENEFIT

**No benefits will be paid for loss caused by or resulting from:**

- Intentionally self-inflicted injuries, suicide or any attempt while sane or insane
- Declared or undeclared war
- Serving on full-time active duty in the armed forces
- The covered person's commission of a felony
- Work-related injury or sickness, whether or not benefits are payable under workers' compensation or similar law or
- With regard to the accidental loss of life, limb or sight benefit - sickness, disease, bodily or mental infirmity or medical or surgical treatment thereof, or bacterial or viral infection regardless of how contracted. This does not include bacterial infection that is the natural and foreseeable result of an accidental external bodily injury or accidental food poisoning.

**No benefits will be paid for:**

- Eye examinations for glasses, any kind of eye glasses, or vision prescriptions
- Hearing examinations or hearing aids
- Dental care or treatment other than care of sound, natural teeth and gums required on account of injury to the covered person resulting from an accident that happens while such person is covered under the policy, and rendered within 6 months of the accident
- Services rendered in connection with cosmetic surgery, except cosmetic surgery that the covered person needs for breast reconstruction following a mastectomy or as a result of an accident that happens while such person is covered under the policy. Cosmetic surgery for an accidental injury must be performed within 90 days of the accident causing the injury and while such person's coverage is in force
- Services provided by a member of the covered person's immediate family.

The fixed indemnity medical plan is not available to residents of Hawaii, New Hampshire or Puerto Rico.

### PRESCRIPTION DRUGS

No benefits will be paid for over-the-counter products or medications or for drugs and medications dispensed while you are in a hospital.

### DENTAL

The plan will pay only for procedures specified on the Schedule of Covered Procedures in the group policy. Many procedures covered under the plan have waiting periods and limitations on how often the plan will pay for them within a certain time frame. For more detailed information on covered procedures or limitations, please see your summary plan description.

### VISION

No benefits will be paid for any materials, procedures or services provided under worker's compensation or similar law; non-prescription lenses, frames to hold such lenses, or non-prescription contact lenses; any materials, procedures or services provided by an immediate family member or provided by you; charges for any materials, procedures, and services to the extent that benefits are payable under any other valid and collectible insurance policy or service contract whether or not a claim is made for such benefits.

### SHORT-TERM DISABILITY

**No benefits are payable under this coverage in the following instances:**

- Attempted suicide or intentionally self-inflicted injury
- Voluntary taking of poison; voluntary inhalation of gas; voluntary taking of a drug or chemical. This does not apply to the extent administered by a licensed physician. The physician must not be you or your spouse, you or your spouse's child, sibling or parent, or a person who resides in your home
- Declared or undeclared war or act of war
- Your commission of or attempt to commit a felony, or any loss sustained while incarcerated for the felony
- Your participation in a riot
- If you engage in an illegal occupation
- Release of nuclear energy
- Operating, riding in, or descending from any aircraft (including a hang glider). This does not apply while you are a passenger on a licensed, commercial, nonmilitary aircraft; or
- Work-related injury or sickness.

Short-Term Disability benefits are not available to persons who reside in California, Hawaii, New Jersey, New York, or Rhode Island.

### GROUP TERM LIFE

No Life Insurance benefits will be payable under the policy for death caused by suicide or self-destruction, or any attempt at it within 24 months after the person's coverage under the policy became effective.

---

### Member Services:

**For frequently asked questions and network information for the Fixed Indemnity Medical Plan, visit *https://enrollment.care/info/bcs/ind*. For questions and a full list of preventive services covered by the MEC Wellness/Preventive Plan, as well as the MEC SBC, please visit *https://enrollment.care/info/bcs/mw*. A paper copy is also available, free of charge, by calling Essential StaffCARE Customer Service 1-866-798-0803.**

**PLEASE NOTE:** To make changes or cancel coverage by telephone call (800) 269-7783. Use pin code **408** + ____ (last four digits of your SSN) for **Limited Benefits** plans (see gray section above for benefits covered). Use pin code **648** + ____ (last four digits of your SSN) for your **MEC** plan. Your Company has chosen to take some/all of your payroll deductions on a **Post-Tax** basis.

**Essential StaffCARE Customer Service: 1-866-798-0803**
- Once enrolled, members can call this number for questions regarding plan coverage, ID card, claim status, and policy booklets and to add, change, or cancel coverage.
- Customer Service Call Center hours are M - F, 8:30 a.m. to 8 p.m. Eastern Standard Time. Bilingual representatives are available.
- Members can also visit www.paisc.com and click on "Members."