# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Staffing Services Association of Illinois; American Staffing Association; ClearStaff Inc.; M.M.D. Inc. d/b/a The AllStaff Group, Inc.; TempsNow Employment; and Placement Services LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor, <br><br> Defendant. | Case No. 1:23-cv-16208 <br><br> Hon. Thomas M. Durkin |

## JOINT SUBMISSION AS TO RESPONSIVE PLEADING AND CASE MANAGEMENT DEADLINES

The Plaintiffs, on behalf of themselves and the Defendant, submit this Joint Submission as directed by the Court on January 26, 2024.

1. On January 26, 2024, during the briefing process on Plaintiffs' pending motion for preliminary injunction (ECF #27), the Court held a teleconference with counsel for all parties.

2. During that teleconference, the Court directed the parties to meet and confer regarding discovery matters related to the preliminary injunction motion. The parties have done so.

3. The Court also directed the parties to submit a witness list ahead of the February 7 preliminary injunction hearing. Plaintiffs expect to call three witnesses:

| Witness | Subject Matter of Testimony |
|---|---|
| Byron Figueroa | The temporary staffing industry; experience in the staffing industry; compliance and impact of the amendments to the DTLSA and the related rules. |
| Clarice Shiu | The temporary staffing industry; experience in the staffing industry; compliance and |

| Witness | Subject Matter of Testimony |
|---|---|
| | impact of the amendments to the DTLSA and the related rules. |
| Scott Polen | The temporary staffing industry; experience in the staffing industry; compliance and impact of the amendments to the DTLSA and the related rules. |

4. The Director does not expect to call any witnesses.

5. The Court also directed the parties to provide an update on any legislation that may affect the Illinois Day and Temporary Labor Services Act provisions challenged in this case. The parties are not presently aware of any pending bills regarding the Illinois Day and Temporary Labor Services Act.

6. The parties agreed to meet and confer within fourteen days of any ruling on the motion for preliminary injunction to discuss appropriate deadlines for other procedural matters related to this case.

Dated: February 6, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Matthew T. Furton*
　　　　　　　　　　　　　　　　　　　　Matthew T. Furton
　　　　　　　　　　　　　　　　　　　　(mfurton@lockelord.com)
　　　　　　　　　　　　　　　　　　　　Julie C. Webb
　　　　　　　　　　　　　　　　　　　　(jwebb@lockelord.com)
　　　　　　　　　　　　　　　　　　　　Heidi L. Brady
　　　　　　　　　　　　　　　　　　　　(heidi.brady@lockelord.com)
　　　　　　　　　　　　　　　　　　　　Joshua A. Skundberg
　　　　　　　　　　　　　　　　　　　　(josh.skundberg@lockelord.com)
　　　　　　　　　　　　　　　　　　　　Locke Lord LLP
　　　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606

　　　　　　　　　　　　　　　　　　　　AND

　　　　　　　　　　　　　　　　　　　　Carl C. Scherz, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　(cscherz@lockelord.com)
　　　　　　　　　　　　　　　　　　　　Locke Lord LLP

2

2200 Ross Avenue
Dallas TX, 75201
*Attorneys for Plaintiffs*

AND

Bradley S. Levison
(brad@hlhlawyers.com)
Herschman Levison Hobfoll PLLC
401 S. LaSalle St.
Ste. 1302G
Chicago, IL 60605
*Attorney for Plaintiff M.M.D. Inc. d/b/a The AllStaff Group, Inc.*