# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STAFFING SERVICES ASSOCIATION OF ILLINOIS; AMERICAN STAFFING ASSOCIATION; CLEARSTAFF INC.; M.M.D. INC. d/b/a The AllStaff Group, Inc.; TEMPSNOW EMPLOYMENT and PLACEMENT SERVICES LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br> JANE R. FLANAGAN, in her official capacity as Director of the Illinois Department of Labor, <br><br>    Defendant. | Case No. 1:23-cv-16208 <br><br> Hon. Thomas M. Durkin |

## NOTICE OF INTERLOCUTORY APPEAL

PLEASE TAKE NOTICE that on this 25th day of March, 2024, Defendant Jane R. Flanagan, in her official capacity as the Director of the Illinois Department of Labor, appeals to the United States Court of Appeals for the Seventh Circuit from the opinion and order (Docs. 45, 46) issued by the Honorable Judge Thomas M. Durkin on March 11 and 18, 2024, granting in part plaintiffs' motion for a preliminary injunction. Jurisdiction is proper under 28 U.S.C. § 1292(a).

| | |
|---|---|
| Dated: March 25, 2024 | Respectfully submitted, |
| R. Henry Weaver <br> Office of the Illinois Attorney General <br> 115 S. LaSalle St. <br> 20th Floor <br> Chicago, IL 60603 <br> (773) 590-6838 <br> robert.weaver@ilag.gov | KWAME RAOUL, <br> Attorney General of Illinois, on behalf of <br> Defendant Jane R. Flanagan <br><br> By:  /s/ R. Henry Weaver <br>          Assistant Attorney General |

## CERTIFICATE OF SERVICE

    I certify that on March 25, 2024, I electronically filed this Notice of Appeal with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. All other participants in the case are CM/ECF users and will be served by that system.

<u>/s/ R. Henry Weaver</u>
R. Henry Weaver
