IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STAFFING SERVICES ASSOCIATION OF ILLINOIS; AMERICAN STAFFING ASSOCIATION; CLEARSTAFF INC.; M.M.D. INC. d/b/a The AllStaff Group, Inc.; and TEMPSNOW EMPLOYMENT AND PLACEMENT SERVICES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JANE R. FLANAGAN, in her official capacity as Director of the Illinois Department of Labor, <br><br> Defendant. | Case No. 1:23-cv-16208 <br><br> Hon. Thomas M. Durkin |

## NOTICE OF FILING OF EXHIBITS

Pursuant to Seventh Circuit Rule 10, Defendant Jane R. Flanagan, in her official capacity as the Director of the Illinois Department of Labor, hereby files on the district court docket true and correct copies of the exhibits introduced at the February 7, 2024, hearing on plaintiffs' motion for a preliminary injunction. *See* 7th Cir. R. 10(a)(1) ("Counsel must ensure, within 21 days of filing the notice of appeal, that all electronic and non electronic documents necessary for review on appeal are on the district court docket."). Plaintiffs have stated that they have no objection to the filing of the exhibits on the docket.

The exhibits are as follows:

| ECF | Exhibit Number (where applicable) | Bates Stamp | Transcript Page |
|---|---|---|---|
| 53-1 | Plaintiffs' Exhibit 1 | A000179 | 25 |
| 53-2 | Plaintiffs' Exhibit 2 | C000033 | 75 |
| 53-3 | | IDOL00077 | 86 |
| 53-4 | | C000017 | 88 |
| 53-5 | | C000018 | 90 |

| 53-6 | | C000021 | 93 |
| --- | --- | --- | --- |
| 53-7 | | IDOL00124 | 107 |
| 53-8 | | T000001 | 111 |
| 53-9 | | SSAI000001 | 114 |

Plaintiffs introduced a video exhibit stamped SSAI000001. Defendant will arrange for that exhibit to be uploaded using the Court's digital media exhibit submission portal.

Dated: March 29, 2024

R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
20th Floor
Chicago, IL 60603
(773) 590-6838
*robert.weaver@ilag.gov*

Respectfully submitted,

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Defendant Jane R. Flanagan

By:  */s/ R. Henry Weaver*
         Assistant Attorney General

3

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on March 29, 2024, I electronically filed this Notice of Filing of Exhibits with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. All other participants in the case are CM/ECF users and will be served by that system.

                                                                         *<u>/s/ R. Henry Weaver</u>*
                                                                        R. Henry Weaver