**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Staffing Services Association of Illinois, American Staffing Association, ClearStaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., TempsNow Employment and Placement Services LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 1:23-cv-16208 |
| vs. | ) ) | |
| Jane R. Flanagan, solely in her capacity as the Director of the Illinois Department of Labor, | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

On June 23, 2025, this Court entered an Order staying this litigation until forty-five calendar days after the effective date of the final regulations concerning the interpretation, implementation, and enforcement of the Employee Benefits Provisions of the Illinois Day and Temporary Labor Services Act. The June 23, 2025 Order further directed the parties to submit a joint status report detailing the parties' intentions with respect to this case by December 20, 2025.

The parties hereby report that the Department of Labor has not yet issued proposed regulations concerning the interpretation, implementation, and enforcement of the Employee Benefits Provisions of the Illinois Day and Temporary Labor Services Act. In light of the absence of proposed rules, the parties believe the stay should be maintained for the reasons set forth in their Agreed Motion to Stay Litigation (ECF No. 115), which were:

- Fully developed rules will simplify the issues in this case because the parties would no longer need to focus on the hypothetical impact of the Employee Benefit Provisions.

- A stay would conserve the parties', the Illinois Attorney General's, and the Court's resources.

1

- No prejudice will result because the parties are not interested in actively litigating a statute while rules that affect that statute are being promulgated.

The parties further suggest that they be directed to submit a joint status report detailing the parties' intentions with respect to this case by June 20, 2026.

DATED:  December 18, 2025

Respectfully Submitted,

/s/ Matthew T. Furton
Matthew T. Furton
(matthew.furton@troutman.com)
Joshua A. Skundberg
(josh.skundberg@ troutman.com)
Troutman Pepper Locke LLP
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for Plaintiffs*

AND

Bradley S. Levison
(brad@legalhl.com)
Herschman Levison PLLC
401 S. LaSalle St.
Ste. 1302G
Chicago, IL 60605

*Attorney for Plaintiff M.M.D. Inc. d/b/a The AllStaff Group, Inc.*

KWAME RAOUL,
Attorney General of Illinois

By: */s/ R. Henry Weaver*
R. Henry Weaver
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*robert.weaver@ilag.gov*
(312) 814-3000

*Attorneys for Defendant Jane R. Flanagan*

2