IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STAFFING SERVICES ASSOCIATION OF
ILLINOIS, AMERICAN STAFFING
ASSOCIATION, CLEARSTAFF INC.,
M.M.D. INC. D/B/A THE ALLSTAFF
GROUP, INC., TEMPSNOW
EMPLOYMENT AND PLACEMENT
SERVICES LLC,

        Plaintiffs,

v.

JANE R. FLANAGAN, SOLELY IN HER
CAPACITY AS THE DIRECTOR OF THE
ILLINOIS DEPARTMENT OF LABOR,

        Defendant.

Case No. 23 C 16208

Judge Thomas M. Durkin

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17, Plaintiffs Staffing Services Association of Illinois, American Staffing Association, Clearstaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., and TempsNow Employment and Placement Services LLC (collectively "Plaintiffs") move this Court for the entry of an order (1) lifting the agreed stay entered herein June 23, 2025 (ECF Doc.#116) for the exclusive purpose of (2) granting leave for Plaintiffs' present counsel of record to withdraw and for the simultaneous substitution of their new counsel. In support hereof, Plaintiffs state:

1.     Plaintiffs' present counsel of record herein are Matthew T. Furton, Heidi Brady, Joshua A. Skundberg, Julia C. Webb, all of Troutman Pepper Locke LLP.

2.     Plaintiffs wish to substitute as their record counsel Nicholas Anaclerio, Patrick W. Spangler, Allison E. Czerniak, and Ellen M. Hemminger of Vedder Price P.C. Vedder Price

1

attorneys Anaclerio, Spangler, Czerniak, and Hemminger are experienced litigators and members in good standing of the trial and/or general bars of this Court.

3.      By this Motion, Plaintiffs request that Troutman Pepper Locke attorneys Furton, Brady, Skundberg, and Webb be permitted to withdraw their appearances as counsel for Plaintiffs herein and that Vedder Price attorneys Anaclerio, Spangler, Czerniak, and Hemminger be concurrently granted leave to file their appearances as counsel of record for Plaintiffs.

4.      In an email message of 1:51 p.m. Central time March 4, 2026, Defendant's record counsel R. Henry Weaver confirmed, in response to Plaintiffs' request that the Defendant consent to the entry of an order granting this Motion, that Defendant takes no position concerning it.

5.      Neither the Court nor any party will be prejudiced by the substitution of counsel Plaintiffs request, which will likewise cause no delay in the prosecution of this action or in the progress of these proceedings, particularly inasmuch as they are presently conditionally stayed by agreement.

6.      This request is made in good faith and is neither intended to, nor will it effectuate any improper purpose. Allowance of this Motion will instead fully enable Plaintiffs to avail themselves of the legal representation of their choice in this important litigation.

WHEREFORE, Plaintiffs Staffing Services Association of Illinois, American Staffing Association, Clearstaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., and TempsNow Employment and Placement Services LLC respectfully request that the Court enter an order (1) lifting the agreed stay entered herein June 23, 2025 (ECF Doc.#116) for the exclusive purpose of (2) granting leave instanter for Plaintiffs' present counsel of record (Matthew T. Furton, Heidi Brady, Joshua A. Skundberg, and Julia C. Webb) to withdraw their appearances and for the simultaneous substitution of their new counsel, each of whom to be granted leave instanter to file

2

their appearances for Plaintiffs, namely Nicholas Anaclerio, Patrick W. Spangler, Allison E. Czerniak, and Ellen M. Hemminger. Plaintiffs further respectfully request such other, further or additional relief as the Court may deem fair and equitable in the circumstances.

Dated this 5th day of March 2026

Respectfully submitted,

STAFFING SERVICES ASSOCIATION OF ILLINOIS, AMERICAN STAFFING ASSOCIATION, CLEARSTAFF INC., M.M.D. INC. D/B/A THE ALLSTAFF GROUP, INC., TEMPSNOW EMPLOYMENT AND PLACEMENT SERVICES LLC

By:   /s/ *Nicholas Anaclerio*
      Nicholas Anaclerio
      One of Their Attorneys

By:   /s/ *Matthew T. Furton*
      Matthew T. Furton
      One of Their Attorneys

Nicholas Anaclerio, Bar No. 6187889
nanaclerio@vedder.com
Patrick W. Spangler, Bar No. 6290810
pspangler@vedderprice.com
Allison E. Czerniak, Bar No. 6319273
aczerniak@vedder.com
Ellie Hemmiger, Bar. No. 6336026
ehemminger@vedder.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
*Attorneys for Plaintiff*

Matthew T. Furton
matthew.furton@troutman.com
Heidi Brady
heidi.brady@troutman.com
Joshua A. Skundberg
josh.skundberg@troutman.com
Julia C. Webb
julie.webb@troutman.com
Troutman Pepper Locke LLP
111 South Wacker Dr.
Suite 4300
Chicago, IL 60606
(312) 443-0700
*Attorneys for Plaintiffs*

Bradley Steven Levison
brad@legalhl.com
Herschman Levison PLLC
401 S LaSalle St, Ste 1302
Chicago, IL 60605
(312) 825-0500
*Attorney for Plaintiff M.M.D. Inc. d/b/a The
AllStaff Group, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a copy of the foregoing **Plaintiffs Staffing Services Association of Illinois, American Staffing Association, Clearstaff Inc., M.M.D. Inc. d/b/a The AllStaff Group, Inc., and TempsNow Employment and Placement Services LLC's Motion For Substitution of Counsel** was served by CM/ECF case filing on the following counsel of record:

Heidi Brady
Joshua A. Skundberg
Julia C. Webb
Matthew T. Furton
Troutman Pepper Locke LLP
111 South Wacker Dr.
Suite 4300
Chicago, IL 60606
(312) 443-0700
heidi.brady@troutman.com
josh.skundberg@troutman.com
julie.webb@troutman.com
matthew.furton@troutman.com
*Attorneys for Plaintiffs*

Alex Hemmer
Illinois Attorney General's Office
115 S. LaSalle Street
23rd Floor
Chicago, IL 60603
(312) 814-5526
alex.hemmer@ilag.gov
*Attorney for Defendant*

Bradley Steven Levison
Herschman Levison PLLC
401 S LaSalle St
Suite 1302g
Chicago, IL 60605
(312) 825-0500
brad@legalhl.com
*Attorney for Plaintiff M.M.D. Inc. d/b/a The AllStaff Group, Inc.*

Robert Henry Weaver
Office of the Illinois Attorney General
Workplace Rights Bureau
115 S. LaSalle St.
35th Floor
Chicago, IL 60603
(773) 590-6838
robert.weaver@ilag.gov
*Attorney for Defendant*

By: /s/ *Nicholas Anaclerio* _____

4